Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–19054–JNP
Chapter: 11
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Garces Restaurant Group, Inc.
  dba Garces Group
  2401 Walnut Street, Suite 300
  Philadelphia, PA 19103

Social Security No.:

Employer's Tax I.D. No.:
  26–1210697

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO FILE DOCUMENTS

☑   The Court having noted that the debtor filed a petition on May 2, 2018, and did not file the following documents:

   Summary of Assets and Liabilities for Non–Individuals, Statement of Financial Affairs For Non–Individuals, Atty Disclosure Statement, List of All Creditors, Schedules A/B,D,E/F,G,H.

☐   The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

   It is hereby

   ORDERED that the above document(s) must be received by the Clerk on or before 5/16/18 or the case will be dismissed.

   If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 5/16/18.

   If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Jerrold N. Poslusny Jr. on

Date: May 21,
Time: 10:00a.m.
Location: Courtroom 4C
Address:   Mitchell H. Cohen Courthouse
       1 John F. Gerry Plaza
       400 Cooper Street
       Camden, NJ 08101–2067

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: May 4, 2018
JAN: mef

                                  <u>Jerrold N. Poslusny Jr.</u>
                                  United States Bankruptcy Judge