| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway,<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)<br>Kelly D. Curtin, Esq. (kdcurtin@pbnlaw.com)<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br>*Proposed Counsel to Debtors* |
| In Re:<br><br>Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.*,[1]<br><br>    Debtors. |

**Order Filed on May 10, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18- 19054 (JNP)

(Jointly Administered)

Chapter: 11

Hearing Date: **TBD**

Objection Deadline: **TBD**

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: May 10, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 Cases ar d/b/a Amada (7047); GRGAC2, LLC d/b /a LLC (0542); Garces Restaurant Group, Inc. d/b/a Garces Group (0697); Latin Valley 2130, LLC; La Casa Culinary, LLC d/b/a Amada Restaurant (4127); Garces Catering 300, LLC d/b/a Garces Catering (379 1); Latin Quarter Concepts, LLC d/b/a Tin to d/b/a Village Whiskey (0067); UrbanFarm, LLC d/b/a JG Domestic (3014); GR300, LLC d/b/a Volver (0347); GRG2401, LLC (7222); GRGChubb1, LLC (8350); GRGFC1, LLC (2040); GRGKC1, LLC; GRGWildwood, LLC (9683); and GRGNY2, LLC (0475).

1

3944751

Case 18-19054-JNP    Doc 65-1    Filed 05/09/18    Entered 05/09/11 18:35:25    Desc Main
Proposed Order    Page 2 of 4

Page: 2
Debtors: Garces Restaurant Group, Inc., d/b/a Garces Group, et al
Case No.: 18- 19054 (JNP)
Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

After review of the application of Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.* (the "Debtors") for reduction of time for a hearing under Fed. R. Bankr. P. 9006(c)(1) for the following Motion:

- Debtors' Motion for entry of an order (A) approving stalking horse asset purchase agreement for the sale of substantially all of the Debtors' assets; (B) approving bidding procedures and form, manner and sufficiency of notice; (C) scheduling (1) an auction sale and (2) a hearing to consider approving the highest and best offer; and (D) granting related relief; and (II) an order (A) authorizing the Debtors to sell substantially all their assets free and clear of liens, claims, encumbrances, and interests; (B) authorizing the Debtors to assume and assign certain executory contracts and unexpired leases; and (C) granting related relief (the "Motion")

It is hereby, ORDERED as follows:

1. A hearing will be conducted on the Debtors' Motion on May 18, 2018 at 10:00 a.m., in the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101, Courtroom No. 4C.

2. The applicant must serve a copy of this Order, and all related documents, on the following parties: Any potential bidders and their counsel (if known), and the Master Service List, in accordance with the Order Establishing Case Management and Administrative Procedures [Docket No. 54] by: ☐ each, ☒ any of the following methods selected by the Court: ☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The applicant must also serve a copy of this Order, and all related documents, on the following parties: _____

_____

Case 18-19054-JNP    Doc 65-1    Filed 05/09/18    Entered 05/09/18 17:52:50    Desc Main
Case 18-19054-JNP    Doc 75    Filed 05/10/18    Entered 05/10/18 13:18:25    Desc
Proposed Order    Page 3 of 4
Document    Page 3 of 4

| | |
|---|---|
| Page: | 3 |
| Debtors: | Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.* |
| Case No.: | 18- 19054 (JNP) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE |

by: ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail __1 (by 12 pm)__ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

3944751

Page: 4
Debtors: Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.*
Case No.: 18- 19054 (JNP)
Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

☒ Objecting parties may request to appear by phone by contacting Chambers prior to the return date.

rev. 2/1/16

3944751