| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)<br>Kelly D. Curtin, Esq. (kdcurtin@pbnlaw.com)<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br>*Proposed Counsel to Debtors* |

In Re:

Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.*,[1]

                    Debtors.

Case No.: 18-19054 (JNP)

(Jointly Administered)

Chapter: 11

## GENERAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTORS' SCHEDULES AND STATEMENTS

On May 2, 2018 (the "Petition Date"), GRGAC1, LLC d/b/a Amada; GRGAC2, LLC

d/b/a Village Whiskey; GRGAC3, LLC d/b/a Distrito Cantina; GRGAC4, LLC; Garces

Restaurant Group, Inc. d/b/a Garces Group; Latin Valley 2130, LLC; La Casa Culinary, LLC

d/b/a Amada Restaurant; Garces Catering 300, LLC d/b/a Garces Catering; Latin Quarter

Concepts, LLC d/b/a Tinto d/b/a Village Whiskey; UrbanFarm, LLC d/b/a JG Domestic; GR300,

LLC d/b/a Volver; GRG2401, LLC; GRGChubb1, LLC; GRGKC1, LLC; GRGWildwood, LLC;

and GRGNY2, LLC, (each a "Debtor," and collectively, the "Debtors")[2], each filed a voluntary

petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq.

(the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey

---

[1] The Debtors in these cases and the last four digits of their employee identification numbers are: GRGAC1, LLC d/b/a Amada (7047); GRGAC2, LLC d/b/a Village Whiskey (7079); GRGAC3, LLC d/b/a Distrito Cantina (7109); GRGAC4, LLC (0542); Garces Restaurant Group, Inc. d/b/a Garces Group (0697); Latin Valley 2130, LLC; La Casa Culinary, LLC d/b/a Amada Restaurant (4127); Garces Catering 300, LLC d/b/a Garces Catering (3791); Latin Quarter Concepts, LLC d/b/a Tinto d/b/a Village Whiskey (0067); UrbanFarm, LLC d/b/a JG Domestic (3014); GR300, LLC d/b/a Volver (0347); GRG2401, LLC (7222); GRGChubb1, LLC (8350); GRGKC1, LLC; GRGWildwood, LLC (9683); GRGNY2, LLC (0475); GRGDC2, LLC d/b/a Latin Market (8878); and GRGBookies, LLC d/b/a The Olde Bar (4779).
[2] Debtors GRGDC2, LLC d/b/a Latin Market and GRGBookies, LLC d/b/a The Olde Bar filed petitions on May 17, 2018.

(the "Bankruptcy Court").  The Debtors' chapter 11 cases (collectively, the "Chapter 11 Cases")

are being jointly administered under lead case number 18-19054 (JNP).  The Debtors, with the

assistance of their advisors, have prepared and filed their respective Schedules of Assets and

Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (the "Statements"

and, together with the Schedules, the "Schedules and Statements") pursuant to section 521 of the

Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes, Methodology and Specific Disclosures Regarding the Debtors'

Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are

incorporated by reference in and comprise an integral part of the Schedules and Statements filed

by each of the Debtors and should be referenced in connection with any review thereof.

The Schedules and Statements do not purport to represent financial statements prepared

in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"),

nor are they intended to be fully reconciled with the financial statements of each Debtor.

Additionally, the Schedules and Statements contain unaudited information that is subject to

further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the

assets and liabilities of each Debtor on an unconsolidated basis.  Except as otherwise noted, the

information provided in the Schedules and Statements is as of the close of business on the

Petition Date.

In preparing the Schedules and Statements, the Debtors relied upon financial data derived

from their books and records that was available at the time of such preparation.  Although the

Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial

information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or

subsequent information, may cause a material change to the Schedules and Statements.

Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify or alter any part of the Schedules and Statements as and to the extent the Debtors deem necessary or appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

## Global Notes and Overview of Methodology

1.    <u>Reservation of Rights</u>. Nothing contained in the Schedules and Statements shall constitute a waiver of the Debtors' rights or an admission with respect to the Chapter 11 Cases, including any issues involving substantive consolidation, equitable subordination, defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws.

2.    <u>Recharacterization</u>. The Debtors have made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements correctly.  The Debtors, however, may have improperly characterized, classified, categorized or designated certain items.  As such, the Debtors reserve their right to recharacterize, reclassify, recategorize or redesignate information reported in the Schedules and Statements at a later time, as necessary or appropriate, as additional information becomes available, including, but not limited to, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition.

3.    <u>Intercompany Accounts.</u>  The intercompany accounts and any related transfers continue to be analyzed and the Debtors anticipate amending the Schedules to reflect intercompany balances.  Additionally, the Debtors anticipate amending the Statements to reflect transfers between and among Debtors and other related non-Debtor parties.

3

4.      <u>Confidentiality.</u> There may be instances within the Schedules and Statements where either names, addresses or amounts have been left blank.   Due to the nature of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

5.      <u>Summary of Reporting Procedures.</u> The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

(i)      <u>Assets.</u> All asset and liability information contained in the Statements and Schedules, except where otherwise noted, is as of the Petition Date.

(ii)      <u>Value of Assets.</u> It would be expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests.  Amounts ultimately realized from any asset, or the actual value of any such asset to the extent it must be determined in connection with this chapter 11 case, may vary from the values stated in the Schedules and Statements and such variance may be material.  The Debtors reserve the right to contend and/or prove that the value of any asset set forth in the Schedules may, in fact, be different from the value ascribed to that asset in the Schedules.  Fixed assets have been stated at cost.  While a depreciation schedule is available for 2016, its configuration does not allow for the separation of accumulated depreciation and amortization from the various classes of depreciable and amortizable assets.

(iii)      <u>Liabilities.</u> The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition

4

periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

(iv)     Leases. The Debtors have not set forth executory contracts and unexpired leases as assets in their Schedules and Statements.   The Debtors' executory contracts and unexpired leases have been set forth in Schedule G (see below).

(v)     Contingent Assets. The Debtors may possess certain claims and causes of action against various parties, including, contingent claims in the form of various avoidance actions they could commence under the Bankruptcy Code and other relevant nonbankruptcy laws.   Nothing contained or omitted in these General Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion thereof.   The identity and amounts of these contingent claims, if any, are not yet known and, therefore, the Debtors reserve all their rights with respect to any claims.

(vi)     Classifications. Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E as "priority," or (iii) on Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify

5

such claim or contract.  In particular, the Debtors reserve the right to amend the Schedules and

Statements to recharacterize or reclassify any such contract or claim.

(vii)    Disputed, Contingent, and Unliquidated Claims. Schedules D, E and F

permit the Debtors to designate a claim as disputed, contingent and/or unliquidated. A failure to

designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not

constitute an admission that such claim is not disputed, contingent and/or unliquidated or subject

to objection.  The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim

reflected on these Schedules as to amount, liability or status.

6.      Schedule D. Although the Debtors may have scheduled claims of various

creditors as secured claims, and except as set forth in any Order of the Bankruptcy Court, the

Debtors reserve all their rights to dispute or challenge the secured nature of any such creditor's

claim or the characterization of the structure of any such transaction or any document or

instrument related to such creditor's claim.   The descriptions provided on Schedule D are

intended only to be a summary.   Reference to the applicable loan agreements and related

documents is necessary for a complete description of the collateral and the nature, extent and

priority of any liens.

7.      Schedule E. Certain of the Debtors' employees had pre-petition wage claims due

to the timing of the Petition Date with respect to the Debtors' pay periods.  On May 4, 2018, the

Bankruptcy Court entered an order granting the Debtors authority to pay pre-petition employee

wage and other obligations in the ordinary course (the "Employee Wage Order").  Pursuant to

the Employee Wage Order, the Debtors believe that, other than claims of certain former and

current employees for wages, etc. in excess of the permitted priority amount (if any), any

employee claims and related payroll taxes for pre-petition amounts have been or will be satisfied in the ordinary course of business pursuant to the Employee Wage Order.

8.    <u>Schedule G.</u>  Consistent with Schedule B, the Debtors have not included any executory contracts or leases among their assets.  Any such contract or lease is listed solely on Schedule G.  While every effort has been made to ensure the accuracy of the Schedule of Executory Contracts, inadvertent errors or omissions may exist or have occurred.  The Debtors hereby reserve all their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule as necessary.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

9.    <u>Schedule H.</u>  The listing of co-debtors on Schedule H shall not be deemed a waiver or admission that the persons or entities listed therein are liable on any debts listed by the Debtors.

10.    <u>General Reservation of Rights.</u>  The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of its Schedules and Statements as and to the extent necessary as appropriate.

Dated: May 25, 2018                    Respectfully submitted,

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Proposed Counsel to the Debtors*

By: <u>*/s/ Warren J. Martin Jr.*</u>
        Warren J. Martin Jr.

7

3956335

| Debtor Name | **Garces Catering 300, LLC** |
|---|---|
| **United States Bankruptcy Court for the District of New Jersey** | |
| Case number (if known): | **18-19055** |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

**1. Schedule A/B: Assets - Real and Personal Property**    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*..............................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*............................................................................

$590,930.39

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*...............................................................................

$590,930.39

## Part 2:    Summary of Liabilities

2.    **Schedule D: Creditors Who Have Claims Secured by Property**    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$7,232,791.51

3.    **Schedule E/F: Creditors Who Have Unsecured Claims**    (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*..............................................................

$63,588.86

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of *Schedule E/F*...................................................

**+**    $3,425,973.65

4.    **Total liabilities** ......................................................................................................
Lines 2 + 3a + 3b

$10,722,354.02

| Debtor Name | Garces Catering 300, LLC |
| --- | --- |
| **United States Bankruptcy Court for the  District of New Jersey** | |
| Case number (if known): | **18-19055** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash of cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**    $71,559.85

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1 | M&T Bank | Operating | 0565 | $46,936.79 |
| 3.2 | M&T Bank | Operating | 3384 | $72,066.87 |
| 3.3 | M&T Bank | Operating | 3392 | $1,675.72 |
| 3.4 | M&T Bank | Disbursement | 9295 | $0.00 |

4. **Other cash equivalents**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $192,239.23

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

Debtor  Garces Catering 300, LLC                              Case Number (if known) 18-19055

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** |  |  |
|  | Description, including name of holder of deposit |  |  |
| 7.1 | C3 Presents | Security Deposit | $1,000.00 |
| 7.2 | Penske | Security Deposit | $4,000.00 |
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** |  |  |
|  | Description, including name of holder of prepayment |  |  |
| 8.1 | Travelers | Insurance | $17,209.67 |

| **9.** | **Total of Part 2** | |
|---|---|---|
|  | Add lines 7 through 8.  Copy the total to line 81. | **$22,209.67** |

**Part 3:**   Accounts Receivable

**10.   Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| **11.   Accounts receivable** |  |  |

| 11a. 90 days old or less: | $119,343.11 | - | $0.00 | = | $119,343.11 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | $0.00 | - | $0.00 | = | $0.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| **12.   Total of Part 3** | |
|---|---|
| Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$119,343.11** |

**Part 4:**   Investments

**13.   Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Debtor  Garces Catering 300, LLC

Case Number (if known) 18-19055

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                    % of ownership: | | |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4**<br>Add lines 14 through 16. Copy the total to line 83. | | |

---

**Part 5:**      Inventory, excluding agricultural assets

---

18.   **Does the debtor own any inventory (excluding agricultual assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| 22.1   Beverage Inventory | 04/30/2018 | $55,849.75 | Cost | $55,849.75 |
| 22.2   Food Inventorry | 04/30/2018 | $20,167.02 | Cost | $20,167.02 |
| 23. **Total of Part 5**<br>Add lines 19 through 22. Copy the total to line 84. | | | | $76,016.77 |

---

Debtor  Garces Catering 300, LLC                                   Case Number (if known) 18-19055

24. **Is any of the property listed in Part 5 perishable?**

☐ No.

☑ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☑ Yes.    Book Value $ _____    Valuation Method Cost _____    Current Value $ $70,060.00 _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops - either planted of harvested** | | | |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

Debtor  Garces Catering 300, LLC                                    Case Number (if known) 18-19055

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.

☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

Debtor  Garces Catering 300, LLC                                    Case Number (if known) 18-19055

| | | | |
|---|---|---|---|
| 39.1 | Furniture and Fixtures | Cost | $6,096.77 |
| 40. | **Office fixtures** | | |
| 40.1 | Leasehold Improvements | Cost | $3,500.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| 41.1 | Office Equipment | Cost | $26,104.47 |
| 42. | **Collectibles** | | |

Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$35,701.24

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 8:      Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | |
| 47.1 Vehicles | | Cost | $30,698.96 |
| 48. | **Watercraft, trailers, motors, and related accessories** | | |

Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

Debtor  Garces Catering 300, LLC                                    Case Number (if known) 18-19055

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1    Kitchen Equipment                                     Cost                    $104,721.41

51.  **Total of Part 8.**
      Add lines 47 through 50. Copy the total to line 87.                            **$135,420.37**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No.
   ☑ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No.
   ☐ Yes.

| Part 9: | Real property |
| --- | --- |

54.  **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

   55.1    For lease information, please see Schedule G

56.  **Total of Part 9.**
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

Debtor  Garces Catering 300, LLC                                    Case Number (if known) 18-19055

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☑ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 10:**      **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

<table><tr><td> </td></tr></table>

Official Form 206A/B                    **Schedule A/B: Assets - Real and Personal Property**                    Page 8

Debtor  Garces Catering 300, LLC                                    Case Number (if known) 18-19055

67.  **Do your lists or records include personally identifiable information of customers?**

☐ No.
☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.
☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

<div align="right">

**Current value of
debtor's interest**
</div>

71.  **Notes receivable**
     Description (include name of obligor)

     _____  -  _____  =
     Total face amount        Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

Debtor  Garces Catering 300, LLC                                    Case Number (if known) 18-19055

**Nature of claim**

**Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
    Examples: Season tickets, country club membership

   77.1   See Attached Exhibit                                                                    $10,000.00

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                            **$10,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No.

   ☐ Yes.

Debtor  Garces Catering 300, LLC

Case Number (if known) 18-19055

| Part 12: | Summary |
| --- | --- |

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.**    *Copy line 5, Part 1.* | **$192,239.23** | |
| 81. | **Deposits and prepayments.**    *Copy line 9, Part 2.* | **$22,209.67** | |
| 82. | **Accounts receivable.**    *Copy line 12, Part 3.* | **$119,343.11** | |
| 83. | **Investments.**    *Copy line 17, Part 4.* | | |
| 84. | **Inventory.**    *Copy line 23, Part 5.* | **$76,016.77** | |
| 85. | **Farming and fishing-related assets.**    *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$35,701.24** | |
| 87. | **Machinery, equipment, and vehicles.**    *Copy line 51, Part 8.* | **$135,420.37** | |
| 88. | **Real Property.**    *Copy line 56, Part 9.* | | |
| 89. | **Intangibles and intellectual property.**    *Copy line 66, Part 10.* | | |
| 90. | **All other assets.**    *Copy line 78, Part 11.* | **$10,000.00** | |
| 91. | **Total.**  Add lines 80 through 90 for each column.    91a. | **$590,930.39** | **+** 91b.  **$0.00** |
| 92. | **Total of all property on Schedule A/B.**    Lines 91a + 91b = 92................................................................................ | | **$590,930.39** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 11, QUESTION 77

OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED

**Garces Catering 300, LLC**
**Case No. 18-19055**
**Schedule AB-77: Other property of any kind not already listed**

| Description | Amount |
|---|---|
| Liquor License | $10,000.00 |
| Intercompany Receivable - 13T Associates, LLC | Undetermined |
| Intercompany Receivable - 2401 Walnut Cafe LLC, LLC | Undetermined |
| Intercompany Receivable - Condor Latin Concepts, LLC | Undetermined |
| Intercompany Receivable - Garces Restaurant Group, Inc. | Undetermined |
| Intercompany Receivable - GGNJ1, LLC | Undetermined |
| Intercompany Receivable - GR300, LLC | Undetermined |
| Intercompany Receivable - Grand Aveune Coffe, LLC | Undetermined |
| Intercompany Receivable - GRG2401, LLC | Undetermined |
| Intercompany Receivable - GRGAC1, LLC | Undetermined |
| Intercompany Receivable - GRGAC4, LLC | Undetermined |
| Intercompany Receivable - GRGBookies, LLC | Undetermined |
| Intercompany Receivable - GRGCHUBB1 LLC | Undetermined |
| Intercompany Receivable - GRGDC1, LLC | Undetermined |
| Intercompany Receivable - GRGDILWORTH, LLC | Undetermined |
| Intercompany Receivable - GRGFC1, LLC | Undetermined |
| Intercompany Receivable - GRGMoorestown, LLC | Undetermined |
| Intercompany Receivable - GRGNY1, LLC | Undetermined |
| Intercompany Receivable - GRGNY2, LLC | Undetermined |
| Intercompany Receivable - Guapos Tacos, LLC | Undetermined |
| Intercompany Receivable - La Cuidid, LLC | Undetermined |
| Intercompany Receivable - Lantin Qtr Cncpts, LLC | Undetermined |
| Intercompany Receivable - Luna Farms, LLC | Undetermined |
| Intercompany Receivable - UrbanFarm, LLC | Undetermined |
| Intercompany Receivable - VWOne, LLC | Undetermined |
| **Total:** | **$10,000.00** |

| Debtor Name | **Garces Catering 300, LLC** | |
|---|---|---|

**United States Bankruptcy Court for the District of New Jersey**

| Case number (if known): | **18-19055** |
|---|---|

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| AMERICAN EXPRESS BANK, FSB | CREDIT CARD RECEIPTS AMONG OTHER ASSETS | | |
| | | $401,728.48 | UNKNOWN |

**Creditor's mailing address**

C/O DATAMARK, INC.
43 BUTTERFIELD CIRCLE
EL PASO, TX 79906

**Describe the lien**

Business Loan & Security Agreement

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred** 8/9/2017

**Last four digits of account number** 2300

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| MANUFACTURERES AND TRADERS TRUST COM | ALL ASSETS | | |
| | | $2,828,921.79 | UNKNOWN |

**Creditor's mailing address**

601 DRESHER RD.
HORSHAM, PA 19044

**Describe the lien**

Term Loan

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred** 6/27/2014

**Last four digits of account number** 02-6

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$7,232,791.51

| Debtor Name | **Garces Catering 300, LLC** | Case number (if known): **18-19055** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Amount of Claim |
| Do not deduct the |
| value of collateral |

| Value of collateral |
| that supports this |
| claim |

**2.3** Creditor's name
**MANUFACTURERES AND TRADERS TRUST COM**

Describe debtor's property that is subject to a lien
ALL ASSETS

$4,002,141.24          UNKNOWN

Creditor's mailing address
**601 DRESHER RD.**
**HORSHAM, PA 19044**

Creditor's email address, if known

Describe the lien
Development Loan

Is the creditor an insider or related party?

Date debt was incurred  **6/21/2014**

☑ No
☐ Yes

Last four digits of          **02-6**
account number

Is anyone else liable on this claim?

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No

As of the petition filing date, the claim is:

☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

| Debtor Name | **Garces Catering 300, LLC** | Case number (if known): **18-19055** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **MANUFACTURERES AND TRADERS TRUST COMPANY**<br>**C/O GREENBERG TRAURIG, LLP**<br>**ATTN: DIANE VUOCOLO, ESQ.**<br>**2700 TWO COMMERCE SQUARE**<br>**2001 MARKET STREET**<br>**PHILADELPHIA, PA 19103** | Line 2.2 | |
| **MANUFACTURERES AND TRADERS TRUST COMPANY**<br>**C/O GREENBERG TRAURIG, LLP**<br>**ATTN: DIANE VUOCOLO, ESQ.**<br>**2700 TWO COMMERCE SQUARE**<br>**2001 MARKET STREET**<br>**PHILADELPHIA, PA 19103** | Line 2.3 | |

| Debtor Name | **Garces Catering 300, LLC** |
|---|---|

**United States Bankruptcy Court for the  District of New Jersey**

Case number (if known): **18-19055**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | **Priority creditor's name and mailing address**<br>ACOFF, AARON<br>ADDRESS REDACTED | As of the petition filing date, the claim is:<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$172.00** | **$172.00** |
|---|---|---|---|---|
|  | **Date or dates debt was incurred**<br>4/24/18-5/1/18 | **Basis for the claim:**<br>WAGES & TIPS |  |  |
|  | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      ) |  |  |  |

| **2.2** | **Priority creditor's name and mailing address**<br>ADAMS, DESMOND<br>ADDRESS REDACTED | As of the petition filing date, the claim is:<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$108.60** | **$108.60** |
|---|---|---|---|---|
|  | **Date or dates debt was incurred**<br>4/24/18-5/1/18 | **Basis for the claim:**<br>WAGES & TIPS |  |  |
|  | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      ) |  |  |  |

| **2.3** | **Priority creditor's name and mailing address**<br>ADAMS, MARCQUE<br>ADDRESS REDACTED | As of the petition filing date, the claim is:<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$654.50** | **$654.50** |
|---|---|---|---|---|
|  | **Date or dates debt was incurred**<br>4/24/18-5/1/18 | **Basis for the claim:**<br>WAGES & TIPS |  |  |
|  | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      ) |  |  |  |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.4** Priority creditor's name and mailing address
ADAMS, MARSHY C
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$367.76    $367.76

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

---

**2.5** Priority creditor's name and mailing address
ANDERSON, BRIAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$380.40    $380.40

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

---

**2.6** Priority creditor's name and mailing address
ANDERSON, GUY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$134.40    $134.40

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

---

**2.7** Priority creditor's name and mailing address
ANSILIO, MARIA RAI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00    $100.00

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.92 | $245.92 |
|---|---|---|---|---|

**2.8**

Priority creditor's name and mailing address
ARMSTRONG, ANNA CLAIRE ELISABETH
ADDRESS REDACTED

As of the petition filing date, the claim is:   $245.92   $245.92

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.9**

Priority creditor's name and mailing address
BAKER, DARRYL DENNIS
ADDRESS REDACTED

As of the petition filing date, the claim is:   $553.60   $553.60

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.10**

Priority creditor's name and mailing address
BALTUSKONIS, KIRSTIN
ADDRESS REDACTED

As of the petition filing date, the claim is:   $685.10   $685.10

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.11**

Priority creditor's name and mailing address
BRISCOE, JOSEPH FRANCIS
ADDRESS REDACTED

As of the petition filing date, the claim is:   $98.28   $98.28

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.12** Priority creditor's name and mailing address
BROWN, MYLES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: $189.89    Priority amount: $189.89

---

**2.13** Priority creditor's name and mailing address
BROWN, MYLES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: $172.00    Priority amount: $172.00

---

**2.14** Priority creditor's name and mailing address
BROWN, TERRELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: $287.81    Priority amount: $287.81

---

**2.15** Priority creditor's name and mailing address
BROWN, TRACEY WEATHERLY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: $109.99    Priority amount: $109.99

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| | | | |
|---|---|---|---|

**Part 1:**    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| | | |

**2.16**   **Priority creditor's name and mailing address**
BURLINGAME, ANGIE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $174.40      $174.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.17**   **Priority creditor's name and mailing address**
CAPEL, JAMES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $902.70      $902.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.18**   **Priority creditor's name and mailing address**
CHENG, HENRY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $904.65      $904.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.19**   **Priority creditor's name and mailing address**
CHEUNG, KEVIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $372.58      $372.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.20** **Priority creditor's name and mailing address**
CHIM, NGANH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $141.95    $141.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.21** **Priority creditor's name and mailing address**
CISSE, CAREN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $144.48    $144.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.22** **Priority creditor's name and mailing address**
CITY OF PHILADELPHIA
DEPT OF REVENUE
MUNICIPAL SERVICES BUILDING
PHILADELPHIA, PA 19102

As of the petition filing date, the claim is:    UNKNOWN    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8          )

---

**2.23** **Priority creditor's name and mailing address**
COLEMAN, DEBORAH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $966.64    $966.64
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|
|  | **UNKNOWN** | **UNKNOWN** |

**2.24** Priority creditor's name and mailing address
COMMONWEALTH OF PENNSYLVANIA
BUREAU OF BUSINESS TRUST FUND TAXES
P.O. BOX 280905
HARRISBURG, PA 17128-0905

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

**Basis for the claim:**
TAXES

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8    )

---

**2.25** Priority creditor's name and mailing address — **$371.68** — **$371.68**
CONDRONE, JOSEPH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (    )

---

**2.26** Priority creditor's name and mailing address — **$289.85** — **$289.85**
CONLEY, MEGHAN CECILIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (    )

---

**2.27** Priority creditor's name and mailing address — **$832.75** — **$832.75**
CONRAD, KELLY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (    )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.28**  **Priority creditor's name and mailing address**
DAMICO, HAYLEY ANNE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $68.00        $68.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.29**  **Priority creditor's name and mailing address**
DANIEL, BRANDON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $231.18        $231.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.30**  **Priority creditor's name and mailing address**
DERENZO, ANTHONY PAUL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $197.12        $197.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.31**  **Priority creditor's name and mailing address**
DIAZ LEMUS, HIDELBRANDO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $727.94        $727.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| | | **Part 1:** | **Additional Page** | | | | |

| | | | **Total claim** | **Priority amount** |

**2.32** | **Priority creditor's name and mailing address**
EARLE, ANDREW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Total claim $209.25    Priority amount $209.25

---

**2.33** | **Priority creditor's name and mailing address**
EASTER, PHILLIP CONLEY ELLIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Total claim $446.37    Priority amount $446.37

---

**2.34** | **Priority creditor's name and mailing address**
EDMONDS-MULLEN, TAIJIANA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Total claim $172.00    Priority amount $172.00

---

**2.35** | **Priority creditor's name and mailing address**
ELEBY-FRANCIS, SIERRA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Total claim $464.00    Priority amount $464.00

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**Part 1:**   **Additional Page**

---

**2.36**   **Priority creditor's name and mailing address**
ELSHANI, ADRIAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $141.10   **Priority amount** $141.10

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.37**   **Priority creditor's name and mailing address**
ERRICHETTI, CHELSEA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $420.48   **Priority amount** $420.48

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.38**   **Priority creditor's name and mailing address**
FAIR, SHAMIRA RANIQUE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $233.28   **Priority amount** $233.28

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.39**   **Priority creditor's name and mailing address**
FAISON, QUIANA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $64.00   **Priority amount** $64.00

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | **Total claim** | **Priority amount** |
|--|--|--|--|

**2.40** | Priority creditor's name and mailing address
FERNANDEZ, MARIA
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $377.30    **Priority amount** $377.30

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

---

**2.41** | Priority creditor's name and mailing address
FIORELLA, JAMES
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $653.92    **Priority amount** $653.92

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

---

**2.42** | Priority creditor's name and mailing address
FITCH, GRACE
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $937.20    **Priority amount** $937.20

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

---

**2.43** | Priority creditor's name and mailing address
FITZHENRY, DONNA
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $137.12    **Priority amount** $137.12

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.44** **Priority creditor's name and mailing address**
FOY, BRIDGET
ADDRESS REDACTED

**Date or dates debt was incurred**
4/24/18-5/1/18

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & TIPS

**Is the claim subject to offset?**
☑ No
☐ Yes

$179.36          $179.36

---

**2.45** **Priority creditor's name and mailing address**
FRANKLIN, RACHEL ADELL
ADDRESS REDACTED

**Date or dates debt was incurred**
4/24/18-5/1/18

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & TIPS

**Is the claim subject to offset?**
☑ No
☐ Yes

$137.60          $137.60

---

**2.46** **Priority creditor's name and mailing address**
FULCOTT, GERSHAM
ADDRESS REDACTED

**Date or dates debt was incurred**
4/24/18-5/1/18

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & TIPS

**Is the claim subject to offset?**
☑ No
☐ Yes

$129.50          $129.50

---

**2.47** **Priority creditor's name and mailing address**
FULLEYLOVE, LINDSEY JOY
ADDRESS REDACTED

**Date or dates debt was incurred**
4/24/18-5/1/18

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & TIPS

**Is the claim subject to offset?**
☑ No
☐ Yes

$223.10          $223.10

---

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.48**   **Priority creditor's name and mailing address**
GALANTI, TINA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$415.68**    Priority amount: **$415.68**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.49**   **Priority creditor's name and mailing address**
GEISS, CHRISTOPHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$1,024.10**    Priority amount: **$1,024.10**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.50**   **Priority creditor's name and mailing address**
GENTEKOS, ANGELINA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$156.06**    Priority amount: **$156.06**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.51**   **Priority creditor's name and mailing address**
GENTEKOS, DONNA-MARIE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$144.50**    Priority amount: **$144.50**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.52** **Priority creditor's name and mailing address**
GIPSON, DANA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$465.28**    **$465.28**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.53** **Priority creditor's name and mailing address**
GOLDSTEIN, JONATHAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$465.28**    **$465.28**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.54** **Priority creditor's name and mailing address**
GOVANNICCI, ANDREW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$125.28**    **$125.28**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.55** **Priority creditor's name and mailing address**
GUASTELLA, GENEVIEVE MARIE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$795.12**    **$795.12**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| | Total claim | Priority amount |
|---|---|---|

## Part 1:   Additional Page

**2.56** **Priority creditor's name and mailing address**
HAIG, KAITLYN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$314.60**    Priority amount **$314.60**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.57** **Priority creditor's name and mailing address**
HALBIGER, FRANK JAMES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$583.04**    Priority amount **$583.04**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.58** **Priority creditor's name and mailing address**
HARISTON, RODNEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$172.48**    Priority amount **$172.48**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.59** **Priority creditor's name and mailing address**
HENDERSON, MONTRELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$710.72**    Priority amount **$710.72**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Garces Catering 300, LLC**          Case number (if known): **18-19055**

| | Total claim | Priority amount |
|---|---|---|

## Part 1:    Additional Page

**2.60**  **Priority creditor's name and mailing address**
HERBERT, TANEISHA
ADDRESS REDACTED

**Date or dates debt was incurred**
4/24/18-5/1/18

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & TIPS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$685.60**    Priority amount: **$685.60**

---

**2.61**  **Priority creditor's name and mailing address**
HERNANDEZ, ERNESTO
ADDRESS REDACTED

**Date or dates debt was incurred**
4/24/18-5/1/18

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & TIPS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$303.55**    Priority amount: **$303.55**

---

**2.62**  **Priority creditor's name and mailing address**
HICKSON, UNIQUE
ADDRESS REDACTED

**Date or dates debt was incurred**
4/24/18-5/1/18

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & TIPS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$316.72**    Priority amount: **$316.72**

---

**2.63**  **Priority creditor's name and mailing address**
HUBNER, NICHOLAS JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**
4/24/18-5/1/18

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & TIPS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$221.40**    Priority amount: **$221.40**

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |

|  | Total claim | Priority amount |

**2.64**

**Priority creditor's name and mailing address**
HUFF, DWAYNE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $958.50    Priority amount: $958.50

---

**2.65**

**Priority creditor's name and mailing address**
INTERNAL REVENUE SERVICE
CENTRAL INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.66**

**Priority creditor's name and mailing address**
JANG, ELISA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $830.36    Priority amount: $830.36

---

**2.67**

**Priority creditor's name and mailing address**
JENKINS, DREW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $417.00    Priority amount: $417.00

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.68** | **Priority creditor's name and mailing address**
JERONIMO LORENZO, ALEJANDRA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $452.84    Priority amount: $452.84

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.69** | **Priority creditor's name and mailing address**
JERONIMO RIOS, BARBARA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $394.38    Priority amount: $394.38

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.70** | **Priority creditor's name and mailing address**
JOHNSON, ALESHA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $425.60    Priority amount: $425.60

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.71** | **Priority creditor's name and mailing address**
JOHNSON, DANTE VAUGHN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $251.42    Priority amount: $251.42

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| | | Total claim | Priority amount |
|---|---|---|---|

## Part 1:   Additional Page

**2.72** | **Priority creditor's name and mailing address**
JOHNSON, TASHAYA DOMINIQUE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: **$308.32**   Priority amount: **$308.32**

---

**2.73** | **Priority creditor's name and mailing address**
JONES, KEITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: **$140.00**   Priority amount: **$140.00**

---

**2.74** | **Priority creditor's name and mailing address**
JONES, KRYSTAL MARIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: **$221.34**   Priority amount: **$221.34**

---

**2.75** | **Priority creditor's name and mailing address**
JONES, MARCUS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: **$63.95**   Priority amount: **$63.95**

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| **Part 1:** | Additional Page |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.76** Priority creditor's name and mailing address
KAPINUS, JONATHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $461.94     $461.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.77** Priority creditor's name and mailing address
KASSA, BIZUAYEHU
ADDRESS REDACTED

As of the petition filing date, the claim is:     $654.56     $654.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.78** Priority creditor's name and mailing address
KESSLER, AVERY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $375.66     $375.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.79** Priority creditor's name and mailing address
KIRLAND, LINDSEY ANNE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $165.60     $165.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.80** | Priority creditor's name and mailing address
KRAUSE, EMILY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $737.54    $737.54

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.81** | Priority creditor's name and mailing address
LEARY, JAIMARE DAVID
ADDRESS REDACTED

As of the petition filing date, the claim is:    $567.60    $567.60

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.82** | Priority creditor's name and mailing address
LEE, FATIMA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $72.56    $72.56

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.83** | Priority creditor's name and mailing address
LEWIS, ATUM
ADDRESS REDACTED

As of the petition filing date, the claim is:    $287.25    $287.25

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.84** | **Priority creditor's name and mailing address**
LEWIS, EZEKIEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$618.56**   Priority amount **$618.56**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.85** | **Priority creditor's name and mailing address**
LONG, ROBERT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$155.92**   Priority amount **$155.92**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.86** | **Priority creditor's name and mailing address**
LOPEZ, MARIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$556.40**   Priority amount **$556.40**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.87** | **Priority creditor's name and mailing address**
MASON, DENNIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$404.30**   Priority amount **$404.30**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.88** **Priority creditor's name and mailing address**
MASON, KIAUNNA
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$541.76**   **$541.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.89** **Priority creditor's name and mailing address**
MCCALL, DONOVAN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$302.94**   **$302.94**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.90** **Priority creditor's name and mailing address**
MCCREADY, GARY
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$395.40**   **$395.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.91** **Priority creditor's name and mailing address**
MILLER, HADIYYAH
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$139.56**   **$139.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.92**

Priority creditor's name and mailing address
MILLER, LISA
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $132.64    **Priority amount** $132.64

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (         )

---

**2.93**

Priority creditor's name and mailing address
MONEGRO, BRIELLE
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$64.00    $64.00

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (         )

---

**2.94**

Priority creditor's name and mailing address
MOORE, SAKINAH
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$94.88    $94.88

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (         )

---

**2.95**

Priority creditor's name and mailing address
MORALES, ANA LILIA
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$387.53    $387.53

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (         )

Debtor Name    **Garces Catering 300, LLC**                                Case number (if known): **18-19055**

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:** Additional Page

---

**2.96**  Priority creditor's name and mailing address
MORALES, EFRAIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$270.54**    Priority amount: **$270.54**

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.97**  Priority creditor's name and mailing address
MORGAN, DEREK CHARLES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$236.00**    Priority amount: **$236.00**

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.98**  Priority creditor's name and mailing address
MORGAN, JULIAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$103.70**    Priority amount: **$103.70**

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.99**  Priority creditor's name and mailing address
MORRIS, ANDREW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$457.60**    Priority amount: **$457.60**

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
|---|---|

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.100** | Priority creditor's name and mailing address
MORRIS, KAI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$979.40**    **$979.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.101** | Priority creditor's name and mailing address
MOYLAN, TAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$548.97**    **$548.97**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.102** | Priority creditor's name and mailing address
MUHAMMAD, TALEEM SYMIRE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$396.00**    **$396.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.103** | Priority creditor's name and mailing address
MULGREW, ERIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$260.27**    **$260.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| | **Total claim** | **Priority amount** |
|---|---|---|

**Part 1:**    Additional Page

---

**2.104** | **Priority creditor's name and mailing address**
MURPHY, LEONARD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $413.70     $413.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.105** | **Priority creditor's name and mailing address**
MURPHY, NYFIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $256.96     $256.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.106** | **Priority creditor's name and mailing address**
MURRAY, KAMAL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $377.60     $377.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.107** | **Priority creditor's name and mailing address**
NEWSOME, CARMEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $181.48     $181.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Garces Catering 300, LLC**          Case number (if known): **18-19055**

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:**    Additional Page

---

**2.108**  **Priority creditor's name and mailing address**
NGUYEN, NAM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $685.35          **Priority amount** $685.35

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.109**  **Priority creditor's name and mailing address**
NGUYEN, ROBERT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $93.60          **Priority amount** $93.60

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.110**  **Priority creditor's name and mailing address**
NOCK, WAYNE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $457.20          **Priority amount** $457.20

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.111**  **Priority creditor's name and mailing address**
NORTON, BRENDAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $77.35          **Priority amount** $77.35

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.112** Priority creditor's name and mailing address
OLIVAREZ, JESSICA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $455.12    $455.12
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.113** Priority creditor's name and mailing address
OMAHONEY, EMILY ROSE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $896.58    $896.58
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.114** Priority creditor's name and mailing address
OWCZARZAK, STEVEN F
ADDRESS REDACTED

As of the petition filing date, the claim is:    $700.64    $700.64
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.115** Priority creditor's name and mailing address
PARKS, NANCY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $243.61    $243.61
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.116** Priority creditor's name and mailing address
PAVORSKY, SHERWOOD
ADDRESS REDACTED

As of the petition filing date, the claim is:    $317.28    $317.28

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.117** Priority creditor's name and mailing address
PELHAM, AUTUMN LYNN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $386.88    $386.88

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.118** Priority creditor's name and mailing address
PENN, ANGELO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $92.00    $92.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.119** Priority creditor's name and mailing address
PEREZ, GREGORIA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $316.25    $316.25

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.120** Priority creditor's name and mailing address
PETRILLO, BRIAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$213.32**    **$213.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.121** Priority creditor's name and mailing address
PHELPS, MARCUS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$60.00**    **$60.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.122** Priority creditor's name and mailing address
PICCIANO, GINA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$64.00**    **$64.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.123** Priority creditor's name and mailing address
PINHEIRO, ANDREW
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$680.68**    **$680.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.124**  Priority creditor's name and mailing address
POHL, CHRISTOPHER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $560.65    $560.65
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.125**  Priority creditor's name and mailing address
POULSON, DAYSEAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $130.72    $130.72
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.126**  Priority creditor's name and mailing address
POWELL, RICHARD
ADDRESS REDACTED

As of the petition filing date, the claim is:    $129.00    $129.00
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.127**  Priority creditor's name and mailing address
RICE, WARREN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $531.84    $531.84
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.128**  **Priority creditor's name and mailing address**
ROADCLOUD, ANTONIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$347.52    $347.52

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.129**  **Priority creditor's name and mailing address**
ROSADO, LUIS ANGEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$715.11    $715.11

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.130**  **Priority creditor's name and mailing address**
RYAN, SEAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$729.68    $729.68

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.131**  **Priority creditor's name and mailing address**
SAINT PETER, ANNE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$429.42    $429.42

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.132** **Priority creditor's name and mailing address**
SANCHEZ, FERNANDO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $644.82  $644.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.133** **Priority creditor's name and mailing address**
SARMIENTOS, MARCO ANTONIO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $473.34  $473.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.134** **Priority creditor's name and mailing address**
SCHILK, MICHELLE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $126.86  $126.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.135** **Priority creditor's name and mailing address**
SCHUERCH, NICOLE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $65.96  $65.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.136** | Priority creditor's name and mailing address
SCHURR, NICHOLAS
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $177.30    **Priority amount** $177.30

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.137** | Priority creditor's name and mailing address
SHIN, ME-RYONG
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $149.09    **Priority amount** $149.09

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.138** | Priority creditor's name and mailing address
SHUPP, CHELSEA
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $96.00    **Priority amount** $96.00

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.139** | Priority creditor's name and mailing address
SILVA, IRENE
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $644.50    **Priority amount** $644.50

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.140** Priority creditor's name and mailing address
SIMS, RASHEENA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4.40          $4.40
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.141** Priority creditor's name and mailing address
SISTO, SARA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $155.54          $155.54
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.142** Priority creditor's name and mailing address
SLOAN, CHRISTOPHER DEAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $452.07          $452.07
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.143** Priority creditor's name and mailing address
SMITH, CONNER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,187.00          $1,187.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.144** Priority creditor's name and mailing address
SMITH, DONTE
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**$63.20**   **$63.20**

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.145** Priority creditor's name and mailing address
SMITH, TREVOR
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**$144.50**   **$144.50**

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.146** Priority creditor's name and mailing address
SNYDER, WANDA
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**$170.40**   **$170.40**

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.147** Priority creditor's name and mailing address
SOPER, COLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**$197.12**   **$197.12**

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.148** Priority creditor's name and mailing address
STEWART, K. MAX
ADDRESS REDACTED

As of the petition filing date, the claim is:    $688.44    $688.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.149** Priority creditor's name and mailing address
SYDNOR, HI-BEEB
ADDRESS REDACTED

As of the petition filing date, the claim is:    $356.90    $356.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.150** Priority creditor's name and mailing address
SYDNOR, THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $377.28    $377.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.151** Priority creditor's name and mailing address
TAGLIENTI, JOHN F
ADDRESS REDACTED

As of the petition filing date, the claim is:    $454.99    $454.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.152**  **Priority creditor's name and mailing address**
TANG, JENNY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $64.00   $64.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.153**  **Priority creditor's name and mailing address**
TAYLOR, CASSANDRA MARIE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $308.16   $308.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.154**  **Priority creditor's name and mailing address**
TEJEDA SANTOS, KAREN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $389.79   $389.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.155**  **Priority creditor's name and mailing address**
TELLEZ, CECILIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $392.32   $392.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.156** **Priority creditor's name and mailing address**
THATHY, ADIP S
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$480.90** — Priority amount **$480.90**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.157** **Priority creditor's name and mailing address**
TODD, JONATHON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$803.16** — Priority amount **$803.16**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.158** **Priority creditor's name and mailing address**
TOELLER, CHRISTIAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$257.60** — Priority amount **$257.60**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.159** **Priority creditor's name and mailing address**
TRABUNELLA, JOSEPH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$207.00** — Priority amount **$207.00**

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.160** Priority creditor's name and mailing address
VEGA, RICARDO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $715.89    $715.89

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.161** Priority creditor's name and mailing address
VITARELLI, LESLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $415.04    $415.04

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.162** Priority creditor's name and mailing address
WADE, MORGAN L
ADDRESS REDACTED

As of the petition filing date, the claim is:    $141.12    $141.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.163** Priority creditor's name and mailing address
WALTERS, MARGARET ANNE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $172.00    $172.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.164** Priority creditor's name and mailing address
WAMAH, JASMINE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$236.00    $236.00

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (         )

---

**2.165** Priority creditor's name and mailing address
WEIR, JOSEPH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$276.25    $276.25

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (         )

---

**2.166** Priority creditor's name and mailing address
WILLIAMS, ARNOLD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$120.24    $120.24

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (         )

---

**2.167** Priority creditor's name and mailing address
WILLIAMS, CHELSEA CHRISTINE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$752.80    $752.80

Date or dates debt was incurred
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (         )

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.168** Priority creditor's name and mailing address
WILLIAMS, DANAYA
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $466.08   Priority amount: $466.08

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

---

**2.169** Priority creditor's name and mailing address
WIRTH-GRANLUND, ANNA
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $516.25   Priority amount: $516.25

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

---

**2.170** Priority creditor's name and mailing address
WISNIA, AVRAM
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $116.80   Priority amount: $116.80

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

---

**2.171** Priority creditor's name and mailing address
WOODS, ROBIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $362.72   Priority amount: $362.72

Date or dates debt was incurred
4/24/18-5/1/18

Basis for the claim:
WAGES & TIPS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.172** Priority creditor's name and mailing address
WRIGHT, CHRISTOPHER
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $803.50    Priority amount $803.50

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.173** Priority creditor's name and mailing address
WRIGHT, DEMETRIUS
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $292.00    Priority amount $292.00

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.174** Priority creditor's name and mailing address
YASIN, NAJAH SHAHER
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $90.88    Priority amount $90.88

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.175** Priority creditor's name and mailing address
YEAGER, MICHAEL
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $555.16    Priority amount $555.16

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Part 1:** Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.176** **Priority creditor's name and mailing address**
YOUNG, JOSIE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $236.00    Priority amount $236.00

**Date or dates debt was incurred**
4/24/18-5/1/18

**Basis for the claim:**
WAGES & TIPS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

| Part 1: | Additional Page |
| --- | --- |

| | Total claim | Priority amount |
| --- | --- | --- |

Debtor Name   **Garces Catering 300, LLC**      Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**
ADELE MUSTARDO
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,650.55

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.2** **Nonpriority creditor's name and mailing address**
AIDAN MCKINLAY
ADDRESS REDACTED

As of the petition filing date, the claim is: $23,364.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.3** **Nonpriority creditor's name and mailing address**
AIMEE PEARSALL
ADDRESS REDACTED

As of the petition filing date, the claim is: $24,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.4** Nonpriority creditor's name and mailing address
ALBERT WILKINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

$575.25

Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.5** Nonpriority creditor's name and mailing address
ALICE FAGAN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

$6,485.83

Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.6** Nonpriority creditor's name and mailing address
ALICE SHAPIRO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

$637.92

Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.7** Nonpriority creditor's name and mailing address
ALISON FEDORIS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

$9,000.00

Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.8** **Nonpriority creditor's name and mailing address**
ALYSON GOLDSTEIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $10,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
ALYSSA BRIEF
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $9,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
AMANDA HIGGINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $22,389.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
AMANDA LEIGH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $21,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.12**  **Nonpriority creditor's name and mailing address**
AMANDA MARGARET BUSCH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $14,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.13**  **Nonpriority creditor's name and mailing address**
AMANDA ROSE MCGRATH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $21,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.14**  **Nonpriority creditor's name and mailing address**
AMBROGI
1400 METROPOLITAN AVE
THOROFARE, NJ 08086

**As of the petition filing date, the claim is:**    $16,345.79
[ ] Contingent
[ ] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.15**  **Nonpriority creditor's name and mailing address**
AMOROSO'S BAKING CO
845 S 55TH ST
PHILADELPHIA, PA 19143

**As of the petition filing date, the claim is:**    $379.83
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.16** **Nonpriority creditor's name and mailing address**
ANDREA WARREN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,589.15

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.17** **Nonpriority creditor's name and mailing address**
ANDREW ECKER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $21,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.18** **Nonpriority creditor's name and mailing address**
ANETA STRUS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,632.33

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.19** **Nonpriority creditor's name and mailing address**
ANNA SCHULMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $16,238.83

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.20**   **Nonpriority creditor's name and mailing address**
ARI SYSTEMS
600 REED ROAD #302
BROOMALL, PA 19008

As of the petition filing date, the claim is:     **$5,119.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.21**   **Nonpriority creditor's name and mailing address**
ARIANNA BRESLAUER
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$240.41**
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22**   **Nonpriority creditor's name and mailing address**
ARIELLE FELDMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$19,475.00**
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23**   **Nonpriority creditor's name and mailing address**
ARIELLE HARRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$9,000.00**
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.24**

**Nonpriority creditor's name and mailing address**
ARLENE WEBSTER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $11,189.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**
ARSI SEFAJ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $6,026.26
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.26**

**Nonpriority creditor's name and mailing address**
ART BURGHOUWT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $5,467.80
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.27**

**Nonpriority creditor's name and mailing address**
ARWAY APRON & UNIFORM RENTALS, INC.
P.O. BOX 23035
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**           $6,622.35
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

<div align="right">Amount of claim</div>

**3.28**

**Nonpriority creditor's name and mailing address**
ASAHI INC.
1601 CECIL B. MOORE AVE
PHILADELPHIA, PA 19121

**As of the petition filing date, the claim is:**     $868.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29**

**Nonpriority creditor's name and mailing address**
ASHLEY FOODS, INC
124 W. VENANGO STREET
PHILADELPHIA, PA 19140

**As of the petition filing date, the claim is:**     $45,294.61
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30**

**Nonpriority creditor's name and mailing address**
ASHLEY HARRIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $9,500.00
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31**

**Nonpriority creditor's name and mailing address**
ASHLEY LLOYD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $22,500.00
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address
ASHLEY MARTELLI
ADDRESS REDACTED

As of the petition filing date, the claim is: $22,500.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.33** Nonpriority creditor's name and mailing address
ASHLEY TOAL
ADDRESS REDACTED

As of the petition filing date, the claim is: $9,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.34** Nonpriority creditor's name and mailing address
AUDRA HUGO
ADDRESS REDACTED

As of the petition filing date, the claim is: $24,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.35** Nonpriority creditor's name and mailing address
BAKER STREET BREAD CO
8009 GERMANTOWN AVENUE
PHILADELPHIA, PA 19118

As of the petition filing date, the claim is: $3,201.95

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

<div align="right">Amount of claim</div>

**3.36**

**Nonpriority creditor's name and mailing address**
BALDOR SPECIALTY FOODS
P.O. BOX 5411
NEW YORK, NY 10087-5411

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☒ Disputed

$41,266.41

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**
BARCLAY CATERERS
10960 DUTTON RD
PHILADELPHIA, PA 19154

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$530.00

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**
BETH WOODRUFF
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☒ Contingent
☐ Unliquidated
☐ Disputed

$558.09

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
BRAD GILLISPIE
205 S RADNOR CHESTER ROAD
VILLANOVA, PA 19085

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$242.62

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.40**  **Nonpriority creditor's name and mailing address**

BRANDYWINE CIRA, LP
C/O BRANDYWINE REALTY TRUST
PHILADELPHIA, PA 19182-6727

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$1,918.54

**3.41**  **Nonpriority creditor's name and mailing address**

BRETTE LOGRASSO
ADDRESS REDACTED

As of the petition filing date, the claim is:

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

**3.42**  **Nonpriority creditor's name and mailing address**

BRIAN ZAPPALA
ADDRESS REDACTED

As of the petition filing date, the claim is:

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$12,098.42

**3.43**  **Nonpriority creditor's name and mailing address**

BRIANA BALSAM
ADDRESS REDACTED

As of the petition filing date, the claim is:

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$16,875.00

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $13,366.76
BRITTNAY SHEAFFER
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $16,874.76
CAITLIN MALONEY
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,000.00
CAITLIN WARD
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,000.00
CARA JACOBY
ADDRESS REDACTED

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.48** Nonpriority creditor's name and mailing address
CAROLINE DEMARCO
ADDRESS REDACTED

As of the petition filing date, the claim is:   $15,173.75

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.49** Nonpriority creditor's name and mailing address
CAROLINE FUNCHION
ADDRESS REDACTED

As of the petition filing date, the claim is:   $40,000.00

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.50** Nonpriority creditor's name and mailing address
CAROLINE GORE
ADDRESS REDACTED

As of the petition filing date, the claim is:   $973.08

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.51** Nonpriority creditor's name and mailing address
CASSANDRA BAILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:   $92.88

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.52** **Nonpriority creditor's name and mailing address**
CASSONDRA WOOD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$4,500.00

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.53** **Nonpriority creditor's name and mailing address**
CATHERINE MAXEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$16,875.00

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.54** **Nonpriority creditor's name and mailing address**
CHEF'S WAREHOUSE
P.O. BOX 30944
NEW YORK, NY 10087-0944

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[X] Disputed

$39,347.74

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.55** **Nonpriority creditor's name and mailing address**
CHELSEA SIMMERMON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$9,000.00

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div align="right">

**Amount of claim**
</div>

---

**3.56**  **Nonpriority creditor's name and mailing address**
CHERYL ACERBO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

$16,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.57**  **Nonpriority creditor's name and mailing address**
CHIEF FIRE PREVENTION & MECHANICAL
10 WEST BROAD STREET
MOUNT VERNON, NY 10552

**As of the petition filing date, the claim is:**

$518.68

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.58**  **Nonpriority creditor's name and mailing address**
CHRIS NEDEROSTEK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

$15,500.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.59**  **Nonpriority creditor's name and mailing address**
CHRIS SOTTILE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

$393.81

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.60**  **Nonpriority creditor's name and mailing address**
CHRISTINA CHUNG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $7,000.00
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.61**  **Nonpriority creditor's name and mailing address**
CHRISTINE MANGAT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $704.80
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.62**  **Nonpriority creditor's name and mailing address**
COCA-COLA REFRESHMENTS
MARMORA SALES CENTER
PHILADELPHIA, PA 19178-2735

**As of the petition filing date, the claim is:**    $1,764.56
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.63**  **Nonpriority creditor's name and mailing address**
COMMONWEALTH OF PENNSYLVANIA
PA DEPARTMENT OF TRANSPORTATION
HARRISBURG, PA 17106-8593

**As of the petition filing date, the claim is:**    $101.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.64** | **Nonpriority creditor's name and mailing address**
CONNOR BERTONI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,869.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.65** | **Nonpriority creditor's name and mailing address**
CORIE MOSKOW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $29,291.15
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**
COSTINA BACUTA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $6,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.67** | **Nonpriority creditor's name and mailing address**
COURTNEY PEREZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $8,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name  **Garces Catering 300, LLC**  Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.68** | Nonpriority creditor's name and mailing address
CRAIG HUMBLE
ADDRESS REDACTED

As of the petition filing date, the claim is:  $914.93
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.69** | Nonpriority creditor's name and mailing address
CRYSTAL SIMMONS
ADDRESS REDACTED

As of the petition filing date, the claim is:  $2,424.08
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.70** | Nonpriority creditor's name and mailing address
CTUIT
773 SAN MARIN DR
NOVATO, CA 94945

As of the petition filing date, the claim is:  $250.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.71** | Nonpriority creditor's name and mailing address
DAN STRAGA
ADDRESS REDACTED

As of the petition filing date, the claim is:  $20,500.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.72** Nonpriority creditor's name and mailing address
DANA WOLF
ADDRESS REDACTED

As of the petition filing date, the claim is:

$12,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.73** Nonpriority creditor's name and mailing address
DANI BENNOV
ADDRESS REDACTED

As of the petition filing date, the claim is:

$498.40

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.74** Nonpriority creditor's name and mailing address
DANIEL CHARNOFF
ADDRESS REDACTED

As of the petition filing date, the claim is:

$14,154.08

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.75** Nonpriority creditor's name and mailing address
DAVIDA MCGHEE
ADDRESS REDACTED

As of the petition filing date, the claim is:

$16,875.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,057.00 |
| --- | --- | --- | --- |

DELONG SERVICE CO., INC.
747 STONY HILL ROAD
YARDLEY, PA 19067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,550.00 |
| --- | --- | --- | --- |

DENISE JONES
ADDRESS REDACTED

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,559.00 |
| --- | --- | --- | --- |

DONNA FIGANIAK
ADDRESS REDACTED

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.37 |
| --- | --- | --- | --- |

EARTH BIO TECHNOLOGIES
50 RICES MILL ROAD
GLENSIDE, PA 19038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.80**  **Nonpriority creditor's name and mailing address**

ECLAT CHOCOLATE
24 SOUTH HIGH STREET
WEST CHESTER, PA 19382

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

$317.39

**3.81**  **Nonpriority creditor's name and mailing address**

ELIZABETH STAEBLER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

$472.23

**3.82**  **Nonpriority creditor's name and mailing address**

ELLA ZVENIGORODSKY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

$2,149.20

**3.83**  **Nonpriority creditor's name and mailing address**

ELLEN SPIVACK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

$9,000.00

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.84** | **Nonpriority creditor's name and mailing address**
ELYSIA GHERLONE
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | $9,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.85** | **Nonpriority creditor's name and mailing address**
EMILIE BURNSIDE
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | $1,515.67

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**
EMILY LAMB
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | $1,167.20

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.87** | **Nonpriority creditor's name and mailing address**
EMILY ROBINSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | $6,500.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.88**  **Nonpriority creditor's name and mailing address**

ERIC DIMATTEO
ADDRESS REDACTED

As of the petition filing date, the claim is:                          $9,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.89**  **Nonpriority creditor's name and mailing address**

ERICA NARDELLO
ADDRESS REDACTED

As of the petition filing date, the claim is:                          $20,812.50

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.90**  **Nonpriority creditor's name and mailing address**

ERIKA WALTER
ADDRESS REDACTED

As of the petition filing date, the claim is:                          $15,937.20

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.91**  **Nonpriority creditor's name and mailing address**

ERIN KANE
ADDRESS REDACTED

As of the petition filing date, the claim is:                          $16,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.92**    **Nonpriority creditor's name and mailing address**
ERIN KRESZL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

$14,005.00

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.93**    **Nonpriority creditor's name and mailing address**
FARM ART
1111 E. ASHLAND AVE
FOLCROFT, PA 19032

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[X] Disputed

$9,716.96

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.94**    **Nonpriority creditor's name and mailing address**
FEATHERSTONE FOODS, INC.
1164 EAST 156 ST.
BRONX, NY 10474

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[X] Disputed

$18,492.79

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.95**    **Nonpriority creditor's name and mailing address**
FIRST DATA GLOBAL LEASING
P.O. BOX 173845
DENVER, CO 80217

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

$108.06

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.96**   **Nonpriority creditor's name and mailing address**
FRANKLIN RODGERS
ADDRESS REDACTED

$4,500.00

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.97**   **Nonpriority creditor's name and mailing address**
GARDA CL ATLANTIC
3209 MOMENTUM PLACE
CHICAGO, IL 60689-5332

$2,367.94

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.98**   **Nonpriority creditor's name and mailing address**
GDI
780 5TH AVE
KING OF PRUSSIA, PA 19406

$751.68

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.99**   **Nonpriority creditor's name and mailing address**
GINA FORTUNE
ADDRESS REDACTED

$14,000.00

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.100** **Nonpriority creditor's name and mailing address**
GOURMET FOODS INC.
25 ANDREWS DR.
WOODLAND PARK, NJ 07424

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $5,917.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101** **Nonpriority creditor's name and mailing address**
GREEN GUARD FIRST AID & SAFETY
4159 SHORELINE DRIVE
ST. LOUIS, MO 63045

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $561.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102** **Nonpriority creditor's name and mailing address**
GRGCHICAGO, LLC
2401 WALNUT ST
SUITE 300
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    UNKNOWN
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**
GRGFC2, LLC
2401 WALNUT ST
SUITE 300
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    UNKNOWN
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.104**  **Nonpriority creditor's name and mailing address**
GWEN PETERSEN
ADDRESS REDACTED

As of the petition filing date, the claim is:                     $9,500.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.105**  **Nonpriority creditor's name and mailing address**
HANNAH LONKY
ADDRESS REDACTED

As of the petition filing date, the claim is:                     $8,500.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.106**  **Nonpriority creditor's name and mailing address**
HARVEY SCHWARTZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                     $1,661.56
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.107**  **Nonpriority creditor's name and mailing address**
HEATHER CREATO
ADDRESS REDACTED

As of the petition filing date, the claim is:                     $18,171.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name **Garces Catering 300, LLC** Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.108** | **Nonpriority creditor's name and mailing address**
HOBART
9135 TORRESDALE AVENUE
PHILADELPHIA, PA 19136-1593

**As of the petition filing date, the claim is:** $566.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address**
HOODZ COMMERCIAL KITCHEN SERVICES
606 RYAN AVE
STE. Q1
WESTVILLE, NJ 08093

**As of the petition filing date, the claim is:** $3,030.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address**
HOT SCHEDULES
P.O. BOX 848472
DALLAS, TX 75284-8472

**As of the petition filing date, the claim is:** $115.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address**
HUDSON BREAD
5601-5711 TONNELLE AVE
NORTH BERGEN, NJ 07047

**As of the petition filing date, the claim is:** $4,525.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.112**   **Nonpriority creditor's name and mailing address**

IMPERIAL BAG & PAPER CO LLC
225 ROUTE 1 AND 9
JERSEY CITY, NJ 07306

**As of the petition filing date, the claim is:**                              $11,753.09

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113**   **Nonpriority creditor's name and mailing address**

IMPERIAL TEXTILE
150 BUD-MIL DR.
BUFFALO, NY 14206

**As of the petition filing date, the claim is:**                              $552.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114**   **Nonpriority creditor's name and mailing address**

ISLAND BEVERAGE CO., INC
2207 CONCORD PIKE #209
WILMINGTON, DE 19803

**As of the petition filing date, the claim is:**                              $2,744.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115**   **Nonpriority creditor's name and mailing address**

JACK M BARRACK HEBREW ACADEMY
272 S BRYN MAWR AVENUE
BRYN MAWR, PA 19010

**As of the petition filing date, the claim is:**                              $30.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.116**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $21,000.00
JACQUELINE TULLY
ADDRESS REDACTED
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number    **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.117**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $2,769.19
JAMEELAH NASHEED
ADDRESS REDACTED
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number    **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.118**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $600.00
JANE BERRYMAN
ADDRESS REDACTED
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number    **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.119**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $19,687.50
JANE ISAACSON MOB
ADDRESS REDACTED
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number    **Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Garces Catering 300, LLC**          Case number (if known): **18-19055**

| | |
|---|---|
| **Part 2:**　List All Creditors with **NONPRIORITY** Unsecured Claims | |

Amount of claim

**3.120**　**Nonpriority creditor's name and mailing address**　　　　As of the petition filing date, the claim is:　　　$7,000.00
JANELL SHELLY
ADDRESS REDACTED
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**　　　　　　　　**Basis for the claim:**
　　　　　　　　　　　　　　　　　　　　　　EVENT DEPOSIT

**Last 4 digits of account number**　　　　　　　**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.121**　**Nonpriority creditor's name and mailing address**　　　　As of the petition filing date, the claim is:　　　$1,553.24
JASON MENZO
ADDRESS REDACTED
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**　　　　　　　　**Basis for the claim:**
　　　　　　　　　　　　　　　　　　　　　　EVENT DEPOSIT

**Last 4 digits of account number**　　　　　　　**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.122**　**Nonpriority creditor's name and mailing address**　　　　As of the petition filing date, the claim is:　　　$20,029.50
JEFF ORLOWSKY
ADDRESS REDACTED
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**　　　　　　　　**Basis for the claim:**
　　　　　　　　　　　　　　　　　　　　　　EVENT DEPOSIT

**Last 4 digits of account number**　　　　　　　**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.123**　**Nonpriority creditor's name and mailing address**　　　　As of the petition filing date, the claim is:　　　$9,000.00
JENN JOHNSON
ADDRESS REDACTED
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**　　　　　　　　**Basis for the claim:**
　　　　　　　　　　　　　　　　　　　　　　EVENT DEPOSIT

**Last 4 digits of account number**　　　　　　　**Is the claim subject to offset?**
- [X] No
- [ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div align="right">Amount of claim</div>

**3.124**  **Nonpriority creditor's name and mailing address**
JENNI BRORING
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.125**  **Nonpriority creditor's name and mailing address**
JENNIFER FOX
ADDRESS REDACTED

As of the petition filing date, the claim is:    $309.10

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.126**  **Nonpriority creditor's name and mailing address**
JENNIFER RAVELLI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,621.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.127**  **Nonpriority creditor's name and mailing address**
JENNY STAPLES
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name      **Garces Catering 300, LLC**      Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.128** Nonpriority creditor's name and mailing address

JESS AND JOSH GOLDENBERG
ADDRESS REDACTED

$10,000.00

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.129** Nonpriority creditor's name and mailing address

JESSICA ALLEN
ADDRESS REDACTED

$14,796.09

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.130** Nonpriority creditor's name and mailing address

JESSICA GUBANICH
ADDRESS REDACTED

$15,375.00

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.131** Nonpriority creditor's name and mailing address

JESSICA KIM
ADDRESS REDACTED

$13,793.68

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.132** Nonpriority creditor's name and mailing address
JESSY BARRETT
ADDRESS REDACTED

As of the petition filing date, the claim is:   $10,949.04
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.133** Nonpriority creditor's name and mailing address
JILL KAUFFMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:   $3,532.80
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.134** Nonpriority creditor's name and mailing address
JIMMY HOAC
ADDRESS REDACTED

As of the petition filing date, the claim is:   $320.55
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.135** Nonpriority creditor's name and mailing address
JOANNE HOWARTH
ADDRESS REDACTED

As of the petition filing date, the claim is:   $643.95
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Garces Catering 300, LLC**              Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.136** Nonpriority creditor's name and mailing address
JON AND GAIL BERGMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $10,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.137** Nonpriority creditor's name and mailing address
JON STEPHANS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $625.32
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.138** Nonpriority creditor's name and mailing address
JOON YOO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,869.60
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.139** Nonpriority creditor's name and mailing address
JORDAN CALDERONE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $173.80
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name **Garces Catering 300, LLC** Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.140** **Nonpriority creditor's name and mailing address**
JORDAN CALDERONE
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $158.80

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.141** **Nonpriority creditor's name and mailing address**
JORDAN CALDERONE
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $347.60

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.142** **Nonpriority creditor's name and mailing address**
JORDAN WECKERLY
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $24,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.143** **Nonpriority creditor's name and mailing address**
JTECH
1400 NORTHBROOK PKWY
SUWANEE, GA 30024

**As of the petition filing date, the claim is:** $1,562.03

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.144 Nonpriority creditor's name and mailing address**
JUDI SIEGEL
ADDRESS REDACTED

As of the petition filing date, the claim is:   $6,515.15
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.145 Nonpriority creditor's name and mailing address**
JULIANNE FOLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:   $17,240.39
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.146 Nonpriority creditor's name and mailing address**
JULIUS SILVERT, INC.
121 E LUZERNE STREET
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:   $428,979.04
[ ] Contingent
[ ] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLES

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.147 Nonpriority creditor's name and mailing address**
JUSTIN GRIFFIN-HOLST AND POTENTIAL PLAINTIFFS
C/O FITAPELLI & SCHAFFER, LLP
ATTN: BRIAN S. SCHAFFER
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005

As of the petition filing date, the claim is:   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.148** **Nonpriority creditor's name and mailing address**
KAITLIN MCMAHON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$31,949.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.149** **Nonpriority creditor's name and mailing address**
KAITLIN TULLY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,575.80**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.150** **Nonpriority creditor's name and mailing address**
KAREN PLUTA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,888.92**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.151** **Nonpriority creditor's name and mailing address**
KAREN ROTHSCHILD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,723.63**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

---

**3.152**   **Nonpriority creditor's name and mailing address**
KAREN WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:                              $12,201.90

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.153**   **Nonpriority creditor's name and mailing address**
KARINA LOPEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                              $31,904.82

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.154**   **Nonpriority creditor's name and mailing address**
KATHARINE LECHLEITNER
ADDRESS REDACTED

As of the petition filing date, the claim is:                              $15,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.155**   **Nonpriority creditor's name and mailing address**
KATHY FRENEY SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:                              $10,443.15

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| | |
|---|---|
| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.156**  **Nonpriority creditor's name and mailing address**
KATHY HELFRICH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,008.65

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.157**  **Nonpriority creditor's name and mailing address**
KATIE DURKIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $24,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.158**  **Nonpriority creditor's name and mailing address**
KAYLA DONFRANCESCO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $16,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.159**  **Nonpriority creditor's name and mailing address**
KEITH JOSEPH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,765.50

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.160**   **Nonpriority creditor's name and mailing address**
KELSEY DRAVES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $16,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.161**   **Nonpriority creditor's name and mailing address**
KEVIN HENRY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $18,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.162**   **Nonpriority creditor's name and mailing address**
KIMBERLY ERCOLANI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $17,553.25
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.163**   **Nonpriority creditor's name and mailing address**
KIMMEL CENTER INC.
1500 WALNUT STREET
PHILADELPHIA, PA 19102

**As of the petition filing date, the claim is:**          $201,441.03
[ ] Contingent
[ ] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| | | **Amount of claim** |
| --- | --- | --- |

**3.164** **Nonpriority creditor's name and mailing address**

KITCHEN AIR INC.
550 WEST BRIDGE STREET
MORRISVILLE, PA 19067

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.00

---

**3.165** **Nonpriority creditor's name and mailing address**

KNOT WEDDING
11106 MOCKINGBIRD DR.
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$797.52

---

**3.166** **Nonpriority creditor's name and mailing address**

KRISTEN RASMUSSEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$701.19

---

**3.167** **Nonpriority creditor's name and mailing address**

KRISTIN BARSE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,375.00

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.168** Nonpriority creditor's name and mailing address
KRISTY HOLLIS
ADDRESS REDACTED

$629.94

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed
Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.169** Nonpriority creditor's name and mailing address
KRONOS
P.O. BOX 845748
BOSTON, MA 02284-5748

$445.20

As of the petition filing date, the claim is:
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.170** Nonpriority creditor's name and mailing address
LA CASA CULINARY, LLC
2401 WALNUT ST
SUITE 300
PHILADELPHIA, PA 19103

UNKNOWN

As of the petition filing date, the claim is:
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
Basis for the claim:
INTERCOMPANY PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.171** Nonpriority creditor's name and mailing address
LAINE LEITZELL
ADDRESS REDACTED

$2,857.70

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed
Basis for the claim:
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.172**   **Nonpriority creditor's name and mailing address**
LATA STAVROPOULOS
ADDRESS REDACTED

As of the petition filing date, the claim is:   $3,400.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.173**   **Nonpriority creditor's name and mailing address**
LAURA (MOB) MCMUNIGAL
ADDRESS REDACTED

As of the petition filing date, the claim is:   $18,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.174**   **Nonpriority creditor's name and mailing address**
LAURA KENNEDY
ADDRESS REDACTED

As of the petition filing date, the claim is:   $4,500.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.175**   **Nonpriority creditor's name and mailing address**
LAUREN WATSON
ADDRESS REDACTED

As of the petition filing date, the claim is:   $10,045.95
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.176** Nonpriority creditor's name and mailing address
LESLEY GEHRING
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $8,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EVENT DEPOSIT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.177** Nonpriority creditor's name and mailing address
LESLIE BILLHYMER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $4,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EVENT DEPOSIT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.178** Nonpriority creditor's name and mailing address
LIL POP SHOP, LLC
265 S. 44TH STREET
PHILDELPHIA, PA 19104

As of the petition filing date, the claim is:                    $1,748.99
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.179** Nonpriority creditor's name and mailing address
LISA BENIGNI
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $19,060.75
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EVENT DEPOSIT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Garces Catering 300, LLC**                Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.180** | **Nonpriority creditor's name and mailing address**
LISA FRENCH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**            $572.40

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.181** | **Nonpriority creditor's name and mailing address**
LUCIA PERNOT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**            $13,589.18

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.182** | **Nonpriority creditor's name and mailing address**
LUCIA PERNOT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**            $21,071.85

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**
LYNNE GOLD-BIKIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**            $9,973.50

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.184** Nonpriority creditor's name and mailing address
LYSIA MOUA
ADDRESS REDACTED

$9,500.00

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EVENT DEPOSIT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.185** Nonpriority creditor's name and mailing address
MADELINE BIRKNER
ADDRESS REDACTED

$913.92

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EVENT DEPOSIT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.186** Nonpriority creditor's name and mailing address
MAGIC CONCIERGE
ADDRESS REDACTED

$830.86

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EVENT DEPOSIT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.187** Nonpriority creditor's name and mailing address
MARCIA MORGAN LAZARO
ADDRESS REDACTED

$400.68

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EVENT DEPOSIT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.188** | **Nonpriority creditor's name and mailing address**
MARGARET MIKLICH
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $21,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EVENT DEPOSIT

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.189** | **Nonpriority creditor's name and mailing address**
MARGARITA SÁENZ SOTO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $5,838.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EVENT DEPOSIT

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.190** | **Nonpriority creditor's name and mailing address**
MARGOT COHEN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $18,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EVENT DEPOSIT

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.191** | **Nonpriority creditor's name and mailing address**
MARIA OBERST
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $12,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EVENT DEPOSIT

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.192** | **Nonpriority creditor's name and mailing address**
MARIANNA GAZZARA
ADDRESS REDACTED

As of the petition filing date, the claim is: $8,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.193** | **Nonpriority creditor's name and mailing address**
MARY AVINO
ADDRESS REDACTED

As of the petition filing date, the claim is: $35,058.60

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.194** | **Nonpriority creditor's name and mailing address**
MARY FRANCES USHER
ADDRESS REDACTED

As of the petition filing date, the claim is: $15,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.195** | **Nonpriority creditor's name and mailing address**
MARY MCGOVERN
ADDRESS REDACTED

As of the petition filing date, the claim is: $364.40

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

<div align="right">

**Amount of claim**

</div>

**3.196** | **Nonpriority creditor's name and mailing address**
MARYANNE FORSYTHE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $686.88

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.197** | **Nonpriority creditor's name and mailing address**
MAURA HOLLERN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $10,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.198** | **Nonpriority creditor's name and mailing address**
MEDIA COPY
11 EAST STATE STREET
MEDIA, PA 19063

As of the petition filing date, the claim is:    $923.22

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.199** | **Nonpriority creditor's name and mailing address**
MEGAN MCHUGH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $12,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**          Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.200** | Nonpriority creditor's name and mailing address
MEGAN WENK
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,097.55
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.201** | Nonpriority creditor's name and mailing address
MIKE HOGUE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,787.38
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.202** | Nonpriority creditor's name and mailing address
MORGAN COTTLE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $20,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.203** | Nonpriority creditor's name and mailing address
NANCY YORK
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,600.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.204**   **Nonpriority creditor's name and mailing address**
NATALIA HREBIEN
ADDRESS REDACTED

As of the petition filing date, the claim is:           $535.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.205**   **Nonpriority creditor's name and mailing address**
NATALIE DIENER
ADDRESS REDACTED

As of the petition filing date, the claim is:           $8,993.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.206**   **Nonpriority creditor's name and mailing address**
NICK SULLIVAN
ADDRESS REDACTED

As of the petition filing date, the claim is:           $7,500.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.207**   **Nonpriority creditor's name and mailing address**
NICOLE TELL
ADDRESS REDACTED

As of the petition filing date, the claim is:           $671.60
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div align="right">Amount of claim</div>

**3.208**

Nonpriority creditor's name and mailing address
NICOLE YANEFF
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

$16,000.00

---

**3.209**

Nonpriority creditor's name and mailing address
NOORA MARCUS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

$9,000.00

---

**3.210**

Nonpriority creditor's name and mailing address
NORA KELLY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

$16,874.85

---

**3.211**

Nonpriority creditor's name and mailing address
NORTH EAST LINEN SUPPLY
2400 EAST LINDEN AVE
LINDEN, NJ 07036-1100

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

$3,694.72

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.212** | **Nonpriority creditor's name and mailing address**
OLIVIA HUGHES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $16,875.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.213** | **Nonpriority creditor's name and mailing address**
ORACLE AMERICA, INC.
P.O. BOX 44471
SAN FRANCISCO, CA 94144-4471

**As of the petition filing date, the claim is:**                                    $2,255.47
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.214** | **Nonpriority creditor's name and mailing address**
ORIGLIO
3000 MEETING HOUSE RD
PHILADELPHIA, PA 19154

**As of the petition filing date, the claim is:**                                    $1,134.97
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.215** | **Nonpriority creditor's name and mailing address**
PARKWAY CORPORATION
150 N. BROAD ST.
PHILADELPHIA, PA 19102-1424

**As of the petition filing date, the claim is:**                                    $1,336.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.216** | **Nonpriority creditor's name and mailing address**
PARTY RENTAL
LB#1123
PHILADELPHIA, PA 19195-1123

As of the petition filing date, the claim is: | $75,427.57

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.217** | **Nonpriority creditor's name and mailing address**
PATRICK KELLEY
ADDRESS REDACTED

As of the petition filing date, the claim is: | $2,563.09

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.218** | **Nonpriority creditor's name and mailing address**
PATTI ROWLAND
ADDRESS REDACTED

As of the petition filing date, the claim is: | $14,625.00

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.219** | **Nonpriority creditor's name and mailing address**
PAUL RATHE
ADDRESS REDACTED

As of the petition filing date, the claim is: | $1,167.70

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.220** **Nonpriority creditor's name and mailing address**
PECO
P.O. BOX 37629
PHILADELPHIA, PA 19101

**As of the petition filing date, the claim is:**    $3,361.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.221** **Nonpriority creditor's name and mailing address**
PENNSYLVANIA BALLET ASSOCIATION
100 S. BROAD STREET
PHILADELPHIA, PA 19110

**As of the petition filing date, the claim is:**    $150.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.222** **Nonpriority creditor's name and mailing address**
PENSKE TRUCK LEASING CO., LP
P.O. BOX 827380
PHILADELPHIA, PA 19182-738

**As of the petition filing date, the claim is:**    $9,722.84
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.223** **Nonpriority creditor's name and mailing address**
PEPSICO
75 REMITTANCE DRIVE
CHICAGO, IL 60675-1884

**As of the petition filing date, the claim is:**    $199.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.224** Nonpriority creditor's name and mailing address

PETALS LANE
7380 RIDGE AVENUE
PHILADELPHIA, PA 19128

As of the petition filing date, the claim is:                    $9,053.58

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225** Nonpriority creditor's name and mailing address

PETER PINO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $4,806.00

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** Nonpriority creditor's name and mailing address

PGW
P.O. BOX 11700
NEWARK, NJ 07101-4700

As of the petition filing date, the claim is:                    $9,053.58

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.227** Nonpriority creditor's name and mailing address

PHILADELPHIA FESTIVAL OF THE ARTS INC.
260 SOUTH BROAD STREET
PHILADELPHIA, PA 19102

As of the petition filing date, the claim is:                    $239.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name      **Garces Catering 300, LLC**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.228**  **Nonpriority creditor's name and mailing address**
PHYLLIS HART
ADDRESS REDACTED

As of the petition filing date, the claim is:      $60,489.09

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**      Is the claim subject to offset?

[✓] No
[ ] Yes

---

**3.229**  **Nonpriority creditor's name and mailing address**
POLLY VAN DEN BERG
ADDRESS REDACTED

As of the petition filing date, the claim is:      $8,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**      Is the claim subject to offset?

[✓] No
[ ] Yes

---

**3.230**  **Nonpriority creditor's name and mailing address**
PROTOCALL
1 MALL DRIVE
SUITE 203
CHERRY HILL, NJ 08002

As of the petition filing date, the claim is:      $460.87

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**      Is the claim subject to offset?

[✓] No
[ ] Yes

---

**3.231**  **Nonpriority creditor's name and mailing address**
RACHAEL RUPISAN
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,407.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**      Is the claim subject to offset?

[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**      Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.232** | **Nonpriority creditor's name and mailing address**
RACHEL DORAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $4,691.20

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.233** | **Nonpriority creditor's name and mailing address**
RACHEL DROMGOOLE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $21,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.234** | **Nonpriority creditor's name and mailing address**
RACHEL KRATHEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $16,500.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.235** | **Nonpriority creditor's name and mailing address**
RALPH BATMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $817.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**                        Case number (if known): **18-19055**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

                                                                                          **Amount of claim**

**3.236** | **Nonpriority creditor's name and mailing address**
READY REFRESH
#215 6661 DIXIE HWY SUITE 4
LOUISVILLE, KY 40258

**As of the petition filing date, the claim is:**                        $3,708.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address**
REBECCA HOCHHAUS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                        $9,036.03
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address**
RESTAURANT ASSOCIATES, INC.
132 WEST 31ST STREET
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**                        $234,795.14
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address**
RIVER MECHANICAL SERVICES INC.
605 W ASHLAND AVE.
GLENOLDEN, PA 19036

**As of the petition filing date, the claim is:**                        $400.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.240**

Nonpriority creditor's name and mailing address
ROMAN SENTRY SECURITY SYSTEMS, INC.
1005 SPRING GARDEN STREET
PHILADELPHIA, PA 19123

As of the petition filing date, the claim is:    $2,511.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.241**

Nonpriority creditor's name and mailing address
ROSENTHAL WINE MERCHANT, LTD
56-43 58TH STREET
MASPETH, NY 11378

As of the petition filing date, the claim is:    $524.77
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.242**

Nonpriority creditor's name and mailing address
S SANSOM KABOB HOUSE LLC
1300 SOUTH STREET
PHILADELPHIA, PA 19147-1823

As of the petition filing date, the claim is:    $3,000.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.243**

Nonpriority creditor's name and mailing address
SAMANTHA WILNER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $9,000.00
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EVENT DEPOSIT

Last 4 digits of account number

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name  **Garces Catering 300, LLC**  Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

<div align="right">Amount of claim</div>

**3.244**  **Nonpriority creditor's name and mailing address**
SAMUELS & SON
3407 S LAWRENCE ST
PHILADELPHIA, PA 19148

As of the petition filing date, the claim is:  $9,134.57
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.245**  **Nonpriority creditor's name and mailing address**
SARA KOVAROVIC
ADDRESS REDACTED

As of the petition filing date, the claim is:  $15,375.00
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.246**  **Nonpriority creditor's name and mailing address**
SARAH HENKEL
ADDRESS REDACTED

As of the petition filing date, the claim is:  $1,359.45
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.247**  **Nonpriority creditor's name and mailing address**
SARAH HIRSH
ADDRESS REDACTED

As of the petition filing date, the claim is:  $16,875.00
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.248**    **Nonpriority creditor's name and mailing address**    $10,000.00
SARAH MCMANNESS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.249**    **Nonpriority creditor's name and mailing address**    $800.00
SASHA ZILL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.250**    **Nonpriority creditor's name and mailing address**    $744.12
SCOTT IPSEN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.251**    **Nonpriority creditor's name and mailing address**    $12,648.91
SEASHORE FRUIT & PRODUCE CO, INC.
P.O. BOX 1819
ATLANTIC CITY, NJ 08404

As of the petition filing date, the claim is:
[ ] Contingent
[ ] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.252**

Nonpriority creditor's name and mailing address
SECURE PRODUCTS CORPORATION
1005 N. LOMBARD RD.
LOMBARD, IL 60148

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                     $238.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.253**

Nonpriority creditor's name and mailing address
SHANNON MCLAUGHLIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                     $6,000.00
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254**

Nonpriority creditor's name and mailing address
SHELBY BROWN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                     $19,687.50
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255**

Nonpriority creditor's name and mailing address
SINGER EQUIPMENT COMPANY
150 SOUTH TWIN VALLEY RD
ELVERSON, PA 19520-9387

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                     $80,106.62
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.256** | **Nonpriority creditor's name and mailing address**
SOUTH JERSEY PARTY RENTALS
8550 A/B/C REMINGTON AVE
PENNSAUKEN, NJ 08110

As of the petition filing date, the claim is:                                    $39,664.87
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address**
SPIKE'S TROPHIES LIMITED
2701 GRANT AVENUE
PHILADELPHIA, PA 19114

As of the petition filing date, the claim is:                                    $512.50
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address**
STACY CRUZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                                    $10,000.00
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
EVENT DEPOSIT

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address**
STACY PRESS
ADDRESS REDACTED

As of the petition filing date, the claim is:                                    $3,809.16
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
EVENT DEPOSIT

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div style="text-align:right">Amount of claim</div>

**3.260** | **Nonpriority creditor's name and mailing address**
SUSAN AND ALEX SCHONFELD
ADDRESS REDACTED

As of the petition filing date, the claim is:          $16,874.76

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.261** | **Nonpriority creditor's name and mailing address**
SUSAN HILL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $10,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.262** | **Nonpriority creditor's name and mailing address**
SUSAN PHAY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $12,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.263** | **Nonpriority creditor's name and mailing address**
SUSANNE FRANCIS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $6,199.56

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.264** | **Nonpriority creditor's name and mailing address**
SUZIE KWAK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
$9,785.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.265** | **Nonpriority creditor's name and mailing address**
SWEET T'S BAKESHOP LLC
14 KINGS COURT
HADDONFIELD, NJ 08033

**As of the petition filing date, the claim is:**
$9,341.50

[ ] Contingent
[ ] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**
SYNC SPEED, INC.
10 EAST MANOA ROAD
HAVERTOWN, PA 19083

**As of the petition filing date, the claim is:**
$127.20

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.267** | **Nonpriority creditor's name and mailing address**
THE TOTAL TABLE, INC.
26 INDUSTRIAL BLVD.
PAOLI, PA 19301

**As of the petition filing date, the claim is:**
$4,314.44

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.268**  **Nonpriority creditor's name and mailing address**

TIFFANY D'AURIZIO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $20,744.88

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.269**  **Nonpriority creditor's name and mailing address**

TIME CYCLE
P.O. BOX 250
SOUTHAMPTON, PA 18996

**As of the petition filing date, the claim is:**    $6.75

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.270**  **Nonpriority creditor's name and mailing address**

TINA DELGADO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $5,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EVENT DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.271**  **Nonpriority creditor's name and mailing address**

TORTILLERIA SAN ROMAN
951 S. 9TH STREET
PHILADELPHIA, PA 19147

**As of the petition filing date, the claim is:**    $206.25

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.272** | **Nonpriority creditor's name and mailing address**
TRAVELERS
P.O. BOX 660317
DALLAS, TX 75266-0317

As of the petition filing date, the claim is:    $34,419.34
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.273** | **Nonpriority creditor's name and mailing address**
VADIM ORDOBSKY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $744.12
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.274** | **Nonpriority creditor's name and mailing address**
VICTORIA CASTENS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $16,875.00
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.275** | **Nonpriority creditor's name and mailing address**
VICTORIA LEIDNER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $319.13
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EVENT DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name    **Garces Catering 300, LLC**                              Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.276**

**Nonpriority creditor's name and mailing address**
WB MASON
P.O. BOX 111
BROCKTON, MA 02303-0111

**As of the petition filing date, the claim is:**                   $4,462.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.277**

**Nonpriority creditor's name and mailing address**
XEROX CORPORATION
P.O. BOX 660501
DALLAS, TX 75266-0501

**As of the petition filing date, the claim is:**                   $1,115.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278**

**Nonpriority creditor's name and mailing address**
ZELLA LUDWIG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                   $8,000.00
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EVENT DEPOSIT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.279**

**Nonpriority creditor's name and mailing address**
ZIEGER & SONS, INC.
6215 ARDLEIGH STREET
PHILADELPHIA, PA 19138

**As of the petition filing date, the claim is:**                   $183.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.280** **Nonpriority creditor's name and mailing address**

ZONE 7
540 ROUTE 31
RINGOES, NJ 08551

**As of the petition filing date, the claim is:**                    $305.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**    $63,588.86

**5b. Total claims from Part 2**    $3,425,973.65

**5c. Total claims of Parts 1 and 2**
Lines 5a + 5b = 5c    $3,489,562.51

| Debtor Name | **Garces Catering 300, LLC** |
| --- | --- |
| **United States Bankruptcy Court for the  District of New Jersey** | |
| Case number (if known): | **18-19055** |

☐ Check if this is an amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
| --- | --- | --- | --- |
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **121 WALNUT STREET RESTAURANT ASSOCIATES, LP ATTN: STANLEY TARAILA C/O RENAISSANCE PROPERTIES 1926 ARCH STREET CMS BUILDING, SUIT 4R PHILADELPHIA, PA 19103** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **MANAGEMENT AGREEMENT PLAYHOUSE INN PROPERTY, LLC** | **50 MAIN STREET LLC 50 S. MAIN STREET NEW HOPE, PA 18938** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **EVENT CONTRACT** | **ADELE MUSTARDO ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **EVENT CONTRACT** | **AIDAN MCKINLAY ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **EVENT CONTRACT** | **AIMEE PEARSALL ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name  **Garces Catering 300, LLC**  Case number (if known): **18-19055**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ALBERT WILKINSON ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ALICE FAGAN ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ALICE SHAPIRO ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ALISON FEDORIS ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ALYSON GOLDSTEIN ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ALYSSA BRIEF ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

---

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | AMANDA HIGGINS<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | AMANDA LEIGH<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | AMANDA MARGARET BUSCH<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | AMANDA ROSE MCGRATH<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ANDREA WARREN<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ANDREW ECKER<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Garces Catering 300, LLC**   Case number (if known): **18-19055**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ANETA STRUS<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ANNA SCHULMAN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ARIANNA BRESLAUER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ARIELLE FELDMAN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ARIELLE HARRIS<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ARLENE WEBSTER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Garces Catering 300, LLC** | Case number (if known): **18-19055** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ARSI SEFAJ<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ART BURGHOUWT<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR CONTRACT | ARWAY APRON & UNIFORM RENTALS, INC.<br>P.O. BOX 23035<br>PHILADELPHIA, PA 19124 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ASHLEY HARRIS<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ASHLEY LLOYD<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ASHLEY MARTELLI<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Garces Catering 300, LLC** | | Case number (if known): **18-19055** |

---

| ▉ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ASHLEY TOAL<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | AUDRA HUGO<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | BETH WOODRUFF<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | BRETTE LOGRASSO<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | BRIAN ZAPPALA<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | BRIANA BALSAM<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

---

<table>
<tr><td colspan="2">■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | BRITTNAY SHEAFFER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CAITLIN MALONEY<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CAITLIN WARD<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CARA JACOBY<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CAROLINE DEMARCO<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CAROLINE FUNCHION<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| ▮ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVENT CONTRACT | CAROLINE GORE<br>ADDRESS REDACTED |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVENT CONTRACT | CASSANDRA BAILEY<br>ADDRESS REDACTED |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVENT CONTRACT | CASSONDRA WOOD<br>ADDRESS REDACTED |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVENT CONTRACT | CATHERINE MAXEY<br>ADDRESS REDACTED |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVENT CONTRACT | CHELSEA SIMMERMON<br>ADDRESS REDACTED |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVENT CONTRACT | CHERYL ACERBO<br>ADDRESS REDACTED |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

---

### Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CHRIS NEDEROSTEK<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CHRIS SOTTILE<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CHRISTINA CHUNG<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CHRISTINE MANGAT<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR CONTRACT | COCA-COLA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | CONFERENCE FACILITIES, INC.<br>800 RIDGE PIKE<br>LAFAYETTE HILL, PA 19444 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| | | |
|---|---|---|
| ███████ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CONNOR BERTONI ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CORIE MOSKOW ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | COSTINA BACUTA ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | COURTNEY PEREZ ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CRAIG HUMBLE ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | CRYSTAL SIMMONS ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |

Debtor Name **Garces Catering 300, LLC**    Case number (if known): **18-19055**

## ▮ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVENT CONTRACT | DAN STRAGA<br>ADDRESS REDACTED |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVENT CONTRACT | DANA WOLF<br>ADDRESS REDACTED |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVENT CONTRACT | DANI BENNOV<br>ADDRESS REDACTED |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVENT CONTRACT | DANIEL CHARNOFF<br>ADDRESS REDACTED |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INSURANCE PRODUCER | DASH & LOVE, INC.<br>111 PRESIDENTIAL BLVD.<br>BALA CYNWYD, PA 19004 |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVENT CONTRACT | DAVIDA MCGHEE<br>ADDRESS REDACTED |

Debtor Name    **Garces Catering 300, LLC**                                                  Case number (if known): **18-19055**

<span style="background:black">   </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | DENISE JONES<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | DONNA FIGANIAK<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL LEASE | ECOLAB<br>P.O. BOX 32027<br>NEW YORK, NY 10087-2027 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ELIZABETH STAEBLER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ELLA ZVENIGORODSKY<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ELLEN SPIVACK<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Garces Catering 300, LLC** | | Case number (if known): **18-19055** |
|---|---|---|---|

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ELYSIA GHERLONE<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | EMILIE BURNSIDE<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | EMILY LAMB<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | EMILY ROBINSON<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ERIC DIMATTEO<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ERICA NARDELLO<br>ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ERIKA WALTER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ERIN BUDAY<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ERIN KANE<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | ERIN KRESZL<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | FRANKLIN RODGERS<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | GINA FORTUNE<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name  **Garces Catering 300, LLC**                     Case number (if known): **18-19055**

---

▆ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | **GWEN PETERSEN**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | **HANNAH LONKY**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | **HARVEY SCHWARTZ**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | **HEATHER CREATO**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | **JACQUELINE TULLY**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | **JAMEELAH NASHEED**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **Garces Catering 300, LLC**      Case number (if known): **18-19055**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JANE BERRYMAN ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JANE ISAACSON MOB ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JANELL SHELLY ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JASON MENZO ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JEFF BEALL ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |

| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JEFF ORLOWSKY ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Garces Catering 300, LLC** | | Case number (if known): **18-19055** |
|---|---|---|---|

<div style="background:black"> </div> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JENN JOHNSON<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JENNI BRORING<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JENNIFER FOX<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JENNIFER RAVELLI<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JENNY STAPLES<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JESS AND JOSH GOLDENBERG<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

▮ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JESSICA ALLEN ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JESSICA GUBANICH ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JESSICA KIM ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JESSY BARRETT ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JILL KAUFFMAN ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JIMMY HOAC ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Garces Catering 300, LLC**                                    Case number (if known): **18-19055**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JOANNE HOWARTH<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JON AND GAIL BERGMAN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JON STEPHANS<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JOON YOO<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JORDAN CALDERONE<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JORDAN CALDERONE<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Garces Catering 300, LLC** | Case number (if known): **18-19055** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JORDAN CALDERONE<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JORDAN WECKERLY<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JUDI SIEGEL<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | JULIANNE FOLEY<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KAITLIN MCMAHON<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KAITLIN TULLY<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

<div style="background:black;"> </div> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KAREN PLUTA<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KAREN ROTHSCHILD<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KAREN WILLIAMS<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KARINA LOPEZ<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KATHARINE LECHLEITNER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KATHY FRENEY SMITH<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**                    Case number (if known): **18-19055**

▮ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KATHY HELFRICH<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KATIE DURKIN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KAYLA DONFRANCESCO<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KEITH JOSEPH<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KELSEY DRAVES<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KEVIN HENRY<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

| | | |
|---|---|---|
| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KIMBERLY ERCOLANI ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | CONCESSION AGREEMENT | KIMMEL CENTER, INC. 260 S. BROAD STREET SUITE 901 PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | KITCHEN EXHAUST SYSTEM MAINTENANCE | KITCHEN EXHAUST PROFESSIONALS, LLC D/B/A HOODZ OF CHERRY HILL, LB AND EGG HARBOR 606 RYAN AVE STE. Q1 WESTVILLE, NJ 08093 |
| | State the term remaining List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KRISTEN RASMUSSEN ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KRISTIN BARSE ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | KRISTY HOLLIS ADDRESS REDACTED |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | EVENT CONTRACT | **LAINE LEITZELL**<br>**ADDRESS REDACTED** |
|---|---|---|---|
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining<br>List the contract number of any government contract | | |

| | | EVENT CONTRACT | **LATA STAVROPOULOS**<br>**ADDRESS REDACTED** |
|---|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining<br>List the contract number of any government contract | | |

| | | EVENT CONTRACT | **LAURA (MOB) MCMUNIGAL**<br>**ADDRESS REDACTED** |
|---|---|---|---|
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining<br>List the contract number of any government contract | | |

| | | EVENT CONTRACT | **LAURA KENNEDY**<br>**ADDRESS REDACTED** |
|---|---|---|---|
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining<br>List the contract number of any government contract | | |

| | | EVENT CONTRACT | **LAUREN WATSON**<br>**ADDRESS REDACTED** |
|---|---|---|---|
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining<br>List the contract number of any government contract | | |

| | | EVENT CONTRACT | **LESLEY GEHRING**<br>**ADDRESS REDACTED** |
|---|---|---|---|
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Garces Catering 300, LLC** | Case number (if known): **18-19055** |
|---|---|---|

| ⬛ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | LESLIE BILLHYMER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | LISA BENIGNI<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | LISA FRENCH<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | LUCIA PERNOT<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | LUCIA PERNOT<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | LYNNE GOLD-BIKIN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Garces Catering 300, LLC** | Case number (if known): **18-19055** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | EVENT CONTRACT | LYSIA MOUA |
|---|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | | ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | MADELINE BIRKNER ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | MAGIC CONCIERGE ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | MARCIA MORGAN LAZARO ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | MARGARET MIKLICH ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | MARGARITA SÁENZ SOTO ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Garces Catering 300, LLC** | Case number (if known): **18-19055** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | **MARGOT COHEN**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | **MARIA OBERST**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | **MARIANNA GAZZARA**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | **MARY AVINO**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | **MARY FRANCES USHER**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | **MARY MCGOVERN**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

<table>
<tr><td colspan="2">■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | MARYANNE FORSYTHE<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | MAURA HOLLERN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | MEGAN MCHUGH<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | MEGAN WENK<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | MIKE HOGUE<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | MORGAN COTTLE<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name **Garces Catering 300, LLC**   Case number (if known): **18-19055**

<span style="background:black;color:white">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | NANCY YORK<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | NATALIA HREBIEN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | NATALIE DIENER PLANNER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | NICK SULLIVAN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | NICOLE TELL<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | NICOLE YANEFF<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **Garces Catering 300, LLC**    Case number (if known): **18-19055**

---

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | **EVENT CONTRACT** | **NOORA MARCUS**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | **EVENT CONTRACT** | **NORA KELLY**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | **EVENT SCHEDULE TRACKING** | **NOWSTA** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | **EVENT CONTRACT** | **OLIVIA HUGHES**<br>**ADDRESS REDACTED** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASE - VOLVER AND MAIN OFFICE** | **ONE SOURCE IMAGING SOLUTIONS**<br>**5020 CAMPBELL BLVD.**<br>**SUITE 1**<br>**BALTIMORE, MD 21236** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASE - PRINTER AT AMADA NY** | **ONE SOURCE IMAGING SOLUTIONS**<br>**5020 CAMPBELL BLVD.**<br>**SUITE 1**<br>**BALTIMORE, MD 21236** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

▮ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | PATRICK KELLEY<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | PATTI ROWLAND<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | PAUL RATHE<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LEASE | PENSKE TRUCK LEASING CO., LP<br>P.O. BOX 827380<br>PHILADELPHIA, PA 19182-738 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LEASE | PENSKE TRUCK LEASING CO., LP<br>P.O. BOX 827380<br>PHILADELPHIA, PA 19182-738 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | PETER PINO<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | PHYLLIS HART<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | POLLY VAN DEN BERG<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR CONTRACT | PROTOCALL<br>1 MALL DRIVE<br>SUITE 203<br>CHERRY HILL, NJ 08002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | RACHAEL RUPISAN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | RACHEL DORAN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | RACHEL DROMGOOLE<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name  **Garces Catering 300, LLC**   Case number (if known): **18-19055**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | RACHEL KRATHEN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | RALPH BATMAN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | REBECCA HOCHHAUS<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | FOOD SERVICES SUBCONTRACT AGREEMENT | RESTAURANT ASSOCIATES, INC.<br>330 FIFTH AVENUE<br>NEW YORK, NY 10001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SAMANTHA WILNER<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SARA KOVAROVIC<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

---

▌ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SARAH HENKEL<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SARAH HIRSH<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SARAH MCMANNESS<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SASHA ZILL<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SCOTT IPSEN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SHANNON MCLAUGHLIN<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Garces Catering 300, LLC** | Case number (if known): **18-19055** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SHELBY BROWN<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | STACY CRUZ<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | STACY PRESS<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SUSAN AND ALEX SCHONFELD<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SUSAN HILL<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SUSAN PHAY<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SUSANNE FRANCIS<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | SUZIE KWAK<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | FOOD PURCHASING AGREEMENT | THE CHEF'S WAREHOUSE<br>240 FOOD CENTER DRIVE<br>BRONX, NY 10474 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | TIFFANY D'AURIZIO<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | TINA DELGADO<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | VADIM ORDOBSKY<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Garces Catering 300, LLC**    Case number (if known): **18-19055**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | **EVENT CONTRACT** | **VICTORIA CASTENS** **ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | **EVENT CONTRACT** | **VICTORIA LEIDNER** **ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | **PARTNER TO FOOD SERVICES SUBCONTRACT AGREEMENT WITH RESTAURANT ASSOCIATES, INC.** | **WOLFGANG PUCK CATERING & EVENTS, LLC D/B/A WOLFGANG PUCK CATERING 33 S. HOPE STREET 18TH FLOOR LOS ANGELES, CA 90071** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | **EVENT CONTRACT** | **ZELLA LUDWIG** **ADDRESS REDACTED** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Garces Catering 300, LLC** |
|---|---|

**United States Bankruptcy Court for the  District of New Jersey**

| Case number (if known): | **18-19055** |
|---|---|

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**   Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1  **213T ASSOCIATES, LLC** | **2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103** | M&T Bank | ☒ D ☐ E/F ☐ G |
| 2.2  **CONDOR LATIN CONCEPTS, LLC** | **2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103** | M&T Bank | ☒ D ☐ E/F ☐ G |
| 2.3  **GARCES BPNY HOLDINGS, LLC** | **2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103** | M&T Bank | ☒ D ☐ E/F ☐ G |
| 2.4  **GARCES RESTAURANT GROUP, INC.** | **2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103** | M&T Bank | ☒ D ☐ E/F ☐ G |
| 2.5  **GR300 LLC** | **2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103** | M&T Bank | ☒ D ☐ E/F ☐ G |

| Debtor Name | **Garces Catering 300, LLC** | Case number (if known): **18-19055** |
| --- | --- | --- |

## Additional Page(s) if Debtor has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply |
| 2.6 | GRAND AVENUE COFFEE, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.7 | GRG2401, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.8 | GRGAC1, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.9 | GRGAC2, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.10 | GRGAC3, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.11 | GRGAC4, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.12 | GRGAZ, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.13 | GRGBOOKIES,  LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |

| Debtor Name | **Garces Catering 300, LLC** | Case number (if known): **18-19055** |
|---|---|---|

---

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.14 | GRGCA, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.15 | GRGCHICAGO1, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.16 | GRGCHUBB1, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.17 | GRGDC1, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.18 | GRGDILWORTH, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.19 | GRGFC1 LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.20 | GRGKC1, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.21 | GRGMOORESTOWN, LLC | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |

| Debtor Name | **Garces Catering 300, LLC** | | Case number (if known): **18-19055** |
|---|---|---|---|

█ **Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.22 | **GRGNJ1, LLC** | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.23 | **GRGNY1, LLC** | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.24 | **GRGNY2, LLC** | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.25 | **GRGWILDWOOD, LLC** | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.26 | **JOSE A. GARCES** | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.27 | **LA CASA CULINARY LLC** | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.28 | **LATIN QUARTER CONCEPTS LLC** | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |
| 2.29 | **LATIN VALLEY 2130 LLC** | 2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103 | M&T Bank | ☑ D ☐ E/F ☐ G |

| Debtor Name | **Garces Catering 300, LLC** | Case number (if known): **18-19055** |
|---|---|---|

## Additional Page(s) if Debtor has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.30 | **LUNA FARMS, LLC** | **2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103** | M&T Bank | ☑ D  ☐ E/F  ☐ G |
| 2.31 | **URBANFARM LLC** | **2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103** | M&T Bank | ☑ D  ☐ E/F  ☐ G |
| 2.32 | **VWONE, LLC** | **2401 WALNUT STREET SUITE 300 PHILADELPHIA, PA 19103** | M&T Bank | ☑ D  ☐ E/F  ☐ G |

| Debtor Name | Garces Catering 300, LLC |
|---|---|
| **United States Bankruptcy Court for the  District of New Jersey** | |
| **Case Number:** | 18-19055 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*                     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*     (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 177 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  5/25/2018                    Signature   */s/ John Fioretti*
              MM / DD / YYYY

                                        John Fioretti
                                        Printed Name
                                        Interim CEO
                                        Title