UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re: Garces Restaurant Group, Inc.
Debtor

Case No. 18-19054 (JNP)
Reporting Period:    05/02/2018 to 05/28/2018

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                        Date


_____          _____
Signature of Joint Debtor                                  Date


_____          8/22/18
Signature of Authorized Individual*                  Date

Jose Garces                                                   Managing Member
Printed Name of Authorized Individual          Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: Garces Restaurant Group, Inc.  
Debtor

Case No. 18-19054 (JNP)  
Reporting Period: 05/02/2018 to 05/28/2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|
| | M&T Operating | M&T Controlled Disb. | M&T Utilities | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING  OF MONTH** | **$57,122.55** | **$102,713.49** | **$0.00** | **$159,836.04** | | **$159,836.04** | |
| **RECEIPTS** | | | | | | | |
| MGT INCOME | 114,674.70 | | | 114,674.70 | | 114,674.70 | |
| GIFT CARD SALES | 6,308.67 | | | 6,308.67 | | 6,308.67 | |
| LOANS AND ADVANCES | | | | - | | | |
| TD DEBIT CARD REIMBURSEMENTS | | | | - | | - | |
| MEDICAL REIMBURSEMENTS | | | | - | | - | |
| OTHER | 4,851.67 | 656.85 | | 5,508.52 | | 5,508.52 | |
| OTHER INTERCOMPANY | | | | - | | - | |
| TRANSFERS (FROM  DIP ACCTS) | 425,594.59 | 27,941.16 | | 453,535.75 | | 453,535.75 | |
| **TOTAL  RECEIPTS** | **$551,429.63** | **$28,598.01** | **$0.00** | **$580,027.64** | | **$580,027.64** | |
| **DISBURSEMENTS** | | | | | | | |
| NET PAYROLL | 195,448.22 | 2,915.26 | | 198,363.48 | | 198,363.48 | |
| EMPLOYEE BENEFITS | 147,269.14 | | | 147,269.14 | | 147,269.14 | |
| SALES, USE, & OTHER TAXES | | 1,454.00 | | 1,454.00 | | 1,454.00 | |
| FOOD AND BEVERAGE | | 1,460.99 | | 1,460.99 | | 1,460.99 | |
| SECURED/ RENTAL/ LEASES | | | | - | | - | |
| INSURANCE | | | | - | | - | |
| ADMINISTRATIVE | | | | - | | - | |
| UTILITIES | | 2,941.16 | | 2,941.16 | | 2,941.16 | |
| DEBIT CARD FUNDING | 69,000.00 | 75,000.00 | | 144,000.00 | | 144,000.00 | |
| OTHER | 1,244.93 | 8,983.14 | | 10,228.07 | | 10,228.07 | |
| TRANSFERS (TO DIP ACCTS) | 17,941.16 | 15,000.00 | | 32,941.16 | | 32,941.16 | |
| BANK CHARGES | 2,251.68 | | | 2,251.68 | | 2,251.68 | |
| AMEX LOAN | | | | - | | - | |
| OTHER INTERCOMPANY | 607.89 | | | 607.89 | | 607.89 | |
| PROFESSIONAL FEES | 115,000.00 | | | 115,000.00 | | 115,000.00 | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | - | | - | |
| COURT COSTS | 32,623.00 | | | 32,623.00 | | 32,623.00 | |
| **TOTAL DISBURSEMENTS** | **$581,386.02** | **$107,754.55** | **$0.00** | **$689,140.57** | | **$689,140.57** | |
| **NET CASH FLOW** | **($29,956.39)** | **($79,156.54)** | **$0.00** | **($109,112.93)** | | **($109,112.93)** | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | |
| **CASH - END OF MONTH** | **$27,166.16** | **$23,556.95** | **$0.00** | **$50,723.11** | | **$50,723.11** | |

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $689,140.57 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | (32,941.16) |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | **$656,199.41** |

In re: Garces Restaurant Group, Inc.

**Debtor**

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|-------|----------------|-----------------|-------|--------------|------|------|----------|------|----------|
| Porzio, Bromberg & Newman P.C. | Note 1 | | Debtor | WIRE | 5/15/2018 | 115,000.00 | 0.00 | 115,000.00 | 0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**1. Professional fee fund to be held in escrow on behalf of all professionals.**

FORM MOR-1b

(04/07)

# M&T Bank

FOR INQUIRIES CALL:    HARRISBURG SPECIALIZED FINANCE
(800) 724-6070

00    0 06845M NM  017

000000                                      N

**GARCES RESTAURANT GROUP INC**
**2401 WALNUT ST**
**SUITE300**
**PHILADELPHIA PA 19103**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| | 05/01/18 - 05/31/18 |

| | |
|---|---|
| BEGINNING BALANCE | $91,527.43 |
| DEPOSITS & CREDITS | 831,302.24 |
| LESS CHECKS & DEBITS | 858,728.95 |
| LESS SERVICE CHARGES | 2,077.99 |
| ENDING BALANCE | $62,022.73 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2018 | BEGINNING BALANCE | | | $91,527.43 |
| 05/01/2018 | TREATFUL PAYMENT        TREAT03502 | $1,115.37 | | |
| 05/01/2018 | TREATFUL PAYMENT        TREAT05619 | 43.75 | | |
| 05/01/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP | | $2,639.00 | |
| 05/01/2018 | EFFICIENT FRONTI Efficient  Checking | | 2,925.00 | 87,122.55 |
| 05/02/2018 | BOOK TRANSFER FR 9865883707 | 16,572.00 | | |
| 05/02/2018 | BOOK TRANSFER FR 9865882915 | 12,538.00 | | |
| 05/02/2018 | INCOMING FEDWIRE FUNDS TRANSFER LACUIDAD LLC | 11,030.70 | | |
| 05/02/2018 | BOOK TRANSFER FR 9863040649 | 6,000.00 | | |
| 05/02/2018 | BOOK TRANSFER FR 9863040573 | 6,000.00 | | |
| 05/02/2018 | BOOK TRANSFER FR 61000000159287 | 5,000.00 | | |
| 05/02/2018 | BOOK TRANSFER FR 9865883384 | 5,000.00 | | |
| 05/02/2018 | BOOK TRANSFER FR 9863040581 | 2,000.00 | | |
| 05/02/2018 | DEPOSIT | 1,000.00 | | |
| 05/02/2018 | PNC MERCHANT DEPOSIT      373243168995 | 200.00 | | |
| 05/02/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Porzio Bromberg & Newman | | 29,189.00 | |
| 05/02/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP EisnerAmper | | 25,000.00 | |
| 05/02/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP CP ACQUISITIONS 20, LP | | 5,000.00 | |
| 05/02/2018 | AUTHNET GATEWAY BILLING      101746078 | | 21.40 | |
| 05/02/2018 | BANKCARD MTOT DISC      422899720003757 | | 30.00 | |
| 05/02/2018 | U. P. S. UPS BILL       1811100006X2761 | | 78.44 | 93,144.41 |
| 05/03/2018 | BOOK TRANSFER FR 61000000159287 | 10,000.00 | | |
| 05/03/2018 | PNC MERCHANT DEPOSIT      373243168995 | 50.00 | | |
| 05/03/2018 | PNC MERCHANT DISCOUNT     373243168995 | | 3.33 | |
| 05/03/2018 | PNC MERCHANT FEE      373243168995 | | 9.12 | |
| 05/03/2018 | PNC MERCHANT INTERCHNG    373243168995 | | 73.48 | |
| 05/03/2018 | PAYCOM PAYCOM PAY      FB44 | | 97,391.95 | 5,716.53 |
| 05/07/2018 | BOOK TRANSFER FR 9865883806 | 28,557.00 | | |
| 05/07/2018 | BOOK TRANSFER FR 9865883707 | 10,522.37 | | |
| 05/07/2018 | BOOK TRANSFER FR 9865883384 | 9,918.79 | | |
| 05/07/2018 | BOOK TRANSFER FR 9865882915 | 9,000.00 | | |

MANUFACTURERS AND TRADERS TRUST COMPANY
25 S CHARLES ST BALTIMORE MD 21201

# M&T Bank

FOR INQUIRIES CALL:    HARRISBURG SPECIALIZED FINANCE
(800) 724-6070

| ACCOUNT TYPE |
| --- |
| CORPORATE CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| | 05/01/18 - 05/31/18 |

### GARCES RESTAURANT GROUP INC

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 05/07/2018 | BOOK TRANSFER FR 9865858907 | 7,145.66 | | |
| 05/07/2018 | BOOK TRANSFER FR 9863040490 | 6,903.65 | | |
| 05/07/2018 | BOOK TRANSFER FR 9865883756 | 4,917.16 | | |
| 05/07/2018 | BOOK TRANSFER FR 9863040631 | 4,142.52 | | |
| 05/07/2018 | BOOK TRANSFER FR 9863040649 | 3,578.47 | | |
| 05/07/2018 | BOOK TRANSFER FR 9865858717 | 2,754.07 | | |
| 05/07/2018 | BOOK TRANSFER FR 9863040615 | 2,700.80 | | |
| 05/07/2018 | BOOK TRANSFER FR 9865883814 | 2,190.78 | | |
| 05/07/2018 | BOOK TRANSFER FR 9863040607 | 2,123.91 | | |
| 05/07/2018 | BOOK TRANSFER FR 9863040573 | 1,303.60 | | |
| 05/07/2018 | BOOK TRANSFER FR 9865858683 | 1,303.60 | | |
| 05/07/2018 | PNC MERCHANT DEPOSIT      373243168995 | 125.00 | | |
| 05/07/2018 | PNC MERCHANT DEPOSIT      373243168995 | 100.00 | | |
| 05/07/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP CHLIC | | 82,205.76 | |
| 05/07/2018 | AMERICAN EXPRESS AXP DISCNT 2372486704 | | 36.36 | 20,761.79 |
| 05/08/2018 | INCOMING FEDWIRE FUNDS TRANSFER LACUIDAD LLC | 2,904.88 | | |
| 05/08/2018 | TREATFUL PAYMENT        TREAT03502 | 880.25 | | |
| 05/08/2018 | TREATFUL PAYMENT        TREAT05619 | 233.75 | | |
| 05/08/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 75.00 | | |
| 05/08/2018 | PNC MERCHANT DEPOSIT      373243168995 | 25.00 | | |
| 05/08/2018 | SERVICE CHARGE FOR ACCOUNT 000009863040672 | | 2,077.99 | 22,802.68 |
| 05/09/2018 | PNC MERCHANT DEPOSIT      373243168995 | 200.00 | | |
| 05/09/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 50.00 | | |
| 05/09/2018 | BOOK TRANSFER TO 9865883707 | | 15,000.00 | |
| 05/09/2018 | U. P. S. UPS BILL        1811800006X2761 | | 245.15 | 7,807.53 |
| 05/10/2018 | BOOK TRANSFER FR 9865883707 | 15,000.00 | | |
| 05/10/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP GRGDC2 | | 10,000.00 | |
| | | | | 12,807.53 |
| 05/11/2018 | PNC MERCHANT DEPOSIT      373243168995 | 200.00 | | 13,007.53 |
| 05/14/2018 | BOOK TRANSFER FR 9865883384 | 15,000.00 | | |
| 05/14/2018 | DEPOSIT | 2,281.37 | | |
| 05/14/2018 | PNC MERCHANT DEPOSIT      373243168995 | 750.00 | | |
| 05/14/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP GRGDC2 | | 15,000.00 | |
| 05/14/2018 | COMCAST CABLE        6045643 | | 466.79 | |
| 05/14/2018 | CIGNA EDGE TRANS COLLECTION 601700157511 | | 6,588.79 | 8,983.32 |
| 05/15/2018 | BOOK TRANSFER FR 9863040490 | 36,348.97 | | |
| 05/15/2018 | BOOK TRANSFER FR 9865883384 | 24,416.83 | | |

MANUFACTURERS AND TRADERS TRUST COMPANY
25 S CHARLES ST BALTIMORE MD 21201

**M&T Bank**

FOR INQUIRIES CALL:    HARRISBURG SPECIALIZED FINANCE
(800) 724-6070

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| | **05/01/18 - 05/31/18** |

### GARCES RESTAURANT GROUP INC

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/15/2018 | BOOK TRANSFER FR 9863040631 | 22,305.15 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040615 | 9,568.19 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040490 | 7,834.00 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040490 | 6,903.65 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040615 | 6,224.39 | | |
| 05/15/2018 | BOOK TRANSFER FR 9865883384 | 5,155.86 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040607 | 3,735.75 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040615 | 2,700.80 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040490 | 2,295.00 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040607 | 2,295.00 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040607 | 2,123.91 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040615 | 2,000.00 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040490 | 1,233.00 | | |
| 05/15/2018 | TREATFUL PAYMENT      TREAT03502 | 1,114.50 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040607 | 461.73 | | |
| 05/15/2018 | BOOK TRANSFER FR 9863040615 | 425.17 | | |
| 05/15/2018 | TREATFUL PAYMENT      TREAT05619 | 43.75 | | |
| 05/15/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Porzio Bromberg & Newman | | 115,000.00 | 31,168.97 |
| 05/16/2018 | BOOK TRANSFER FR 9863040631 | 31,902.00 | | |
| 05/16/2018 | BOOK TRANSFER FR 9863040607 | 12,943.00 | | |
| 05/16/2018 | BOOK TRANSFER FR 9863040649 | 12,847.00 | | |
| 05/16/2018 | BOOK TRANSFER FR 9863040615 | 10,541.00 | | |
| 05/16/2018 | BOOK TRANSFER FR 9863040490 | 6,301.00 | | |
| 05/16/2018 | DEPOSIT | 1,570.30 | | |
| 05/16/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Paycom Payroll, LLC | | 98,056.27 | |
| 05/16/2018 | BOOK TRANSFER TO 9863040581 | | 607.89 | |
| 05/16/2018 | BOOK TRANSFER TO 61000000159287 | | 2,941.16 | |
| 05/16/2018 | U. P. S. UPS BILL       1812500006X2761 | | 59.51 | 5,608.44 |
| 05/17/2018 | BOOK TRANSFER FR 9863040565 | 15,000.00 | | |
| 05/17/2018 | PNC MERCHANT DEPOSIT     373243168995 | 250.00 | | |
| 05/17/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 100.00 | | |
| 05/17/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP GRGDC2 | | 15,000.00 | |
| 05/17/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Porzio Bromberg & Newman | | 3,434.00 | 2,524.44 |
| 05/18/2018 | PNC MERCHANT DEPOSIT     373243168995 | 250.00 | | 2,774.44 |
| 05/21/2018 | BOOK TRANSFER FR 9865883707 | 55,529.00 | | |
| 05/21/2018 | PNC MERCHANT DEPOSIT     373243168995 | 200.00 | | |

MANUFACTURERS AND TRADERS TRUST COMPANY
25 S CHARLES ST BALTIMORE MD 21201

# M&T Bank

FOR INQUIRIES CALL:     **HARRISBURG SPECIALIZED FINANCE**
**(800) 724-6070**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| | **05/01/18 - 05/31/18** |

### GARCES RESTAURANT GROUP INC

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/21/2018 | PNC MERCHANT DEPOSIT      373243168995 | 75.00 | | |
| 05/21/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 75.00 | | |
| 05/21/2018 | CHECK NUMBER     3083 | | 256.53 | 58,396.91 |
| 05/22/2018 | INCOMING FEDWIRE FUNDS TRANSFER LACUIDAD LLC | 23,769.50 | | |
| 05/22/2018 | BOOK TRANSFER FR 9863040631 | 15,000.00 | | |
| 05/22/2018 | BOOK TRANSFER FR 9863040573 | 9,393.05 | | |
| 05/22/2018 | TREATFUL PAYMENT      TREAT03502 | 689.62 | | |
| 05/22/2018 | TREATFUL PAYMENT      TREAT05619 | 175.00 | | |
| 05/22/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP GRGDC2 | | 15,000.00 | |
| 05/22/2018 | CIGNA EDGE TRANS COLLECTION 601000109217 | | 58,474.59 | 33,949.49 |
| 05/23/2018 | BOOK TRANSFER FR 9863040631 | 26,030.26 | | |
| 05/23/2018 | BOOK TRANSFER FR 9863040615 | 10,541.30 | | |
| 05/23/2018 | BOOK TRANSFER FR 9863040649 | 10,000.00 | | |
| 05/23/2018 | BOOK TRANSFER FR 9863040573 | 6,698.03 | | |
| 05/23/2018 | BOOK TRANSFER FR 9865858683 | 3,919.46 | | |
| 05/23/2018 | BOOK TRANSFER FR 9863040607 | 3,042.00 | | |
| 05/23/2018 | BOOK TRANSFER FR 9863040573 | 2,695.02 | | |
| 05/23/2018 | BOOK TRANSFER FR 9865858683 | 2,381.97 | | |
| 05/23/2018 | PNC MERCHANT DEPOSIT      373243168995 | 100.00 | | |
| 05/23/2018 | BOOK TRANSFER TO 9863040565 | | 3,042.00 | |
| 05/23/2018 | BOOK TRANSFER TO 9863040565 | | 6,301.43 | |
| 05/23/2018 | BOOK TRANSFER TO 9863040565 | | 9,393.05 | |
| 05/23/2018 | BOOK TRANSFER TO 9863040565 | | 10,000.00 | |
| 05/23/2018 | BOOK TRANSFER TO 9863040565 | | 10,541.30 | |
| 05/23/2018 | BOOK TRANSFER TO 9863040565 | | 26,030.26 | |
| 05/23/2018 | BOOK TRANSFER TO 9863040565 | | 30,000.00 | |
| 05/23/2018 | U. P. S. UPS BILL      1813200006X2761 | | 138.51 | 3,910.98 |
| 05/24/2018 | BOOK TRANSFER FR 9865883384 | 2,500.00 | | |
| 05/24/2018 | BOOK TRANSFER FR 9865883384 | 2,460.00 | | |
| 05/24/2018 | BOOK TRANSFER FR 9863040573 | 1,500.00 | | |
| 05/24/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP GRGDC2 | | 4,000.00 | |
| 05/24/2018 | XTRA CHEF, INC. ACH Debit  5038720203 | | 2,460.00 | 3,910.98 |
| 05/25/2018 | BOOK TRANSFER FR 9865883327 | 26,527.58 | | |
| 05/25/2018 | PNC MERCHANT DEPOSIT      373243168995 | 250.00 | | |
| 05/25/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 96.80 | | |
| 05/25/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP GRGDC2 | | 10,000.00 | |
| | | | | 20,785.36 |

**PAGE 4 OF 6**



FOR INQUIRIES CALL:  **HARRISBURG SPECIALIZED FINANCE**
**(800) 724-6070**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| | **05/01/18 - 05/31/18** |

**GARCES RESTAURANT GROUP INC**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/29/2018 | BOOK TRANSFER FR 9865883384 | 20,000.00 | | |
| 05/29/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 96.80 | | |
| 05/29/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 96.80 | | |
| 05/29/2018 | PNC MERCHANT DEPOSIT    373243168995 | 50.00 | | |
| 05/29/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP GRGDC2 | | 15,000.00 | |
| 05/29/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP GRGDC2 | | 20,000.00 | 6,028.96 |
| 05/30/2018 | BOOK TRANSFER FR 9865883384 | 125,000.00 | | |
| 05/30/2018 | INCOMING FEDWIRE FUNDS TRANSFER LACUIDAD LLC | 16,156.84 | | |
| 05/30/2018 | BOOK TRANSFER FR 9863040490 | 10,000.00 | | |
| 05/30/2018 | BOOK TRANSFER FR 9863040573 | 5,291.01 | | |
| 05/30/2018 | BOOK TRANSFER FR 9865858683 | 4,139.62 | | |
| 05/30/2018 | BOOK TRANSFER FR 9865858683 | 3,919.46 | | |
| 05/30/2018 | BOOK TRANSFER FR 9865858683 | 2,381.97 | | |
| 05/30/2018 | PNC MERCHANT DEPOSIT    373243168995 | 150.00 | | |
| 05/30/2018 | TREATFUL PAYMENT      TREAT05619 | 43.75 | | |
| 05/30/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP GRGDC2 | | 15,000.00 | |
| 05/30/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Paycom Payroll, LLC | | 96,010.53 | |
| 05/30/2018 | U. P. S. UPS BILL     1813900006X2761 | | 78.35 | 62,022.73 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 109 | 1 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3083 | 05/21/18 | 256.53 | | | | | | |
| * - GAP IN CHECK SEQUENCE | | | | | | | | |
| R - CHECK RETURNED | | | | | | | | |
| NUMBER OF CHECKS PAID | | 1 | | | | | | |
| AMOUNT OF CHECKS PAID | | $256.53 | | | | | | |

**PAGE 5 OF 6**

GRG DIP

**10150 M&T Operating, Period Ending 05/31/2018**

**RECONCILIATION CHANGE REPORT**

Since this reconciliation on 06/20/2018, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|------|------|---------|-------|-------------------:|------------------:|--------|--------------------:|
| 05/02/2018 | Transfer | | | 10,000.00 | 0.00 | Deleted | -10,000.00 |
| | | | | | **Total** | | **-10,000.00** |

**RECONCILIATION REPORT**

Reconciled on: 06/20/2018

Reconciled by: Craig Slotkin

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                    USD

| | |
|---|---:|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (45) | -855,242.94 |
| Deposits and other credits cleared (108) | 917,265.67 |
| Statement ending balance | 62,022.73 |
| | |
| Uncleared transactions as of 05/31/2018 | -24,393.05 |
| Register balance as of 05/31/2018 | 40,089.68 |
| Cleared transactions after 05/31/2018 | -2,460.00 |
| Uncleared transactions after 05/31/2018 | -88,099.97 |
| Register balance as of 06/20/2018 | -50,470.29 |

**Details**

Checks and payments cleared (45)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 05/02/2018 | Bill Payment | 1 | Porzio, Bromberg & Newm… | -29,189.00 |
| 05/02/2018 | Expense | | EisnerAmper LLP | -25,000.00 |
| 05/02/2018 | Expense | | CP ACQUISITIONS 20, LP | -5,000.00 |
| 05/02/2018 | Expense | | | -21.40 |
| 05/02/2018 | Expense | | | -30.00 |
| 05/02/2018 | Expense | | UPS | -78.44 |
| 05/03/2018 | Expense | | | -3.33 |
| 05/03/2018 | Expense | | | -73.48 |
| 05/03/2018 | Expense | | | -9.12 |
| 05/03/2018 | Expense | | Paycom | -97,391.95 |
| 05/07/2018 | Expense | | | -36.36 |
| 05/07/2018 | Bill Payment | ACH | Cigna Medical | -82,205.76 |
| 05/08/2018 | Expense | | | -2,077.99 |
| 05/09/2018 | Expense | | UPS | -245.15 |
| 05/10/2018 | Expense | | TD Bank | -10,000.00 |
| 05/14/2018 | Expense | | TD Bank | -15,000.00 |
| 05/14/2018 | Expense | | Comcast | -466.79 |
| 05/14/2018 | Bill Payment | ACH | CIGNA Dental | -6,588.79 |
| 05/14/2018 | Journal | Payroll 5/14/18 | | -98,056.27 |
| 05/15/2018 | Bill Payment | WIRE | Porzio, Bromberg & Newm… | -115,000.00 |
| 05/16/2018 | Transfer | | | -2,941.16 |
| 05/16/2018 | Expense | | UPS | -59.51 |
| 05/17/2018 | Bill Payment | WIRE | Porzio, Bromberg & Newm… | -3,434.00 |
| 05/17/2018 | Expense | | TD Bank | -15,000.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/18/2018 | Check | 3083 | Philadelphia Distilling | -256.53 |
| 05/22/2018 | Bill Payment | | Cigna Medical | -58,474.59 |
| 05/22/2018 | Expense | | TD Bank | -15,000.00 |
| 05/23/2018 | Expense | | UPS | -138.51 |
| 05/23/2018 | Journal | Record May Cash J/E | | -607.89 |
| 05/23/2018 | Journal | Record May Cash J/E | | -15,000.00 |
| 05/24/2018 | Expense | | TD Bank | -4,000.00 |
| 05/25/2018 | Expense | | TD Bank | -10,000.00 |
| 05/28/2018 | Journal | Payroll 5/28/18 | | -96,010.53 |
| 05/29/2018 | Expense | | TD Bank | -20,000.00 |
| 05/29/2018 | Expense | | TD Bank | -15,000.00 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | -10,541.30 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | -10,000.00 |
| 05/29/2018 | Journal | 05-23-05/29 ICO | | -9,393.05 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | -6,301.43 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | -3,042.00 |
| 05/29/2018 | Journal | 05-23-05/29 ICO | | -26,030.26 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | -30,000.00 |
| 05/30/2018 | Expense | | TD Bank | -15,000.00 |
| 05/30/2018 | Expense | | UPS | -78.35 |
| 06/01/2018 | Bill Payment | ACH | Xtra Chef | -2,460.00 |

| Total | | | | -855,242.94 |
|-------|--|--|--|-------------|

Deposits and other credits cleared (108)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/01/2018 | Journal | Balance end 5/1 | | 87,122.55 |
| 05/02/2018 | Transfer | | | 10,000.00 |
| 05/02/2018 | Journal | 05.02.18 ICO Settle | | 16,572.00 |
| 05/02/2018 | Deposit | | | 200.00 |
| 05/02/2018 | Journal | 05.02.18 ICO Settle | | 6,000.00 |
| 05/02/2018 | Transfer | | | 10,000.00 |
| 05/02/2018 | Journal | 05.02.18 ICO Settle | | 6,000.00 |
| 05/02/2018 | Journal | 05.02.18 ICO Settle | | 11,030.70 |
| 05/02/2018 | Journal | 05.02.18 ICO Settle | | 12,538.00 |
| 05/02/2018 | Journal | 05.02.18 ICO Settle | | 5,000.00 |
| 05/02/2018 | Journal | 05.02.18 ICO Settle | | 2,000.00 |
| 05/03/2018 | Transfer | | | 5,000.00 |
| 05/03/2018 | Deposit | | | 50.00 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 2,190.78 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 2,123.91 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 1,303.60 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 1,303.60 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 10,522.37 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 9,918.79 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 28,557.00 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 2,700.80 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 6,903.65 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 9,000.00 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 7,145.66 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 4,917.16 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 4,142.52 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 3,578.47 |
| 05/07/2018 | Deposit | | | 125.00 |
| 05/07/2018 | Deposit | | | 100.00 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 2,754.07 |
| 05/07/2018 | Journal | 05.07.18 ICO Settle | | 2,904.88 |
| 05/08/2018 | Deposit | | | 233.75 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/08/2018 | Deposit | | | 25.00 |
| 05/08/2018 | Deposit | | | 75.00 |
| 05/08/2018 | Deposit | | | 880.25 |
| 05/09/2018 | Deposit | | | 50.00 |
| 05/09/2018 | Deposit | | | 200.00 |
| 05/11/2018 | Deposit | | | 200.00 |
| 05/14/2018 | Deposit | | | 750.00 |
| 05/14/2018 | Journal | 05.14.18 Chubb ICO | | 15,000.00 |
| 05/15/2018 | Journal | L/E Transfer | | 2,123.91 |
| 05/15/2018 | Journal | L/E Transfer | | 3,735.75 |
| 05/15/2018 | Journal | L/E Transfer | | 2,295.00 |
| 05/15/2018 | Journal | J/E Transfer | | 1,233.00 |
| 05/15/2018 | Journal | J/E Transfer | | 7,834.00 |
| 05/15/2018 | Journal | J/E Transfer | | 6,903.65 |
| 05/15/2018 | Journal | J/E Transfer | | 2,295.00 |
| 05/15/2018 | Journal | J/E Transfer | | 36,348.97 |
| 05/15/2018 | Deposit | | | 1,114.50 |
| 05/15/2018 | Journal | L/E Transfer | | 461.73 |
| 05/15/2018 | Journal | L/E Transfer | | 425.17 |
| 05/15/2018 | Journal | L/E Transfer | | 2,000.00 |
| 05/15/2018 | Journal | L/E Transfer | | 2,700.80 |
| 05/15/2018 | Deposit | | | 43.75 |
| 05/15/2018 | Journal | L/E Transfer | | 6,224.39 |
| 05/15/2018 | Journal | L/E Transfer | | 5,155.86 |
| 05/15/2018 | Journal | L/E Transfer | | 24,416.83 |
| 05/15/2018 | Journal | L/E Transfer | | 22,305.15 |
| 05/15/2018 | Journal | L/E Transfer | | 9,568.19 |
| 05/16/2018 | Journal | Mgmt Fees GTC | | 10,541.00 |
| 05/16/2018 | Journal | Mgmt Fees JG Domestic | | 12,943.00 |
| 05/16/2018 | Journal | Mgt Fee Tinto | | 6,301.00 |
| 05/16/2018 | Journal | Record Cash Deposits | | 1,000.00 |
| 05/16/2018 | Journal | Record Cash Deposits | | 2,281.37 |
| 05/16/2018 | Journal | Record Cash Deposits | | 1,570.30 |
| 05/17/2018 | Journal | Mgmt Fees Moorestown | | 12,847.00 |
| 05/17/2018 | Journal | Mgmt Fees | | 31,902.00 |
| 05/17/2018 | Deposit | | | 100.00 |
| 05/17/2018 | Deposit | | | 250.00 |
| 05/18/2018 | Deposit | | | 250.00 |
| 05/21/2018 | Deposit | | | 75.00 |
| 05/21/2018 | Deposit | | | 200.00 |
| 05/21/2018 | Deposit | | | 75.00 |
| 05/21/2018 | Journal | 05.21.18 Chubb ICO | | 55,529.00 |
| 05/22/2018 | Deposit | | | 175.00 |
| 05/22/2018 | Journal | 05.22.18 Distrito ICO | | 23,769.50 |
| 05/22/2018 | Deposit | | | 689.62 |
| 05/23/2018 | Deposit | | | 100.00 |
| 05/23/2018 | Journal | Record May Cash J/E | | 15,000.00 |
| 05/23/2018 | Journal | Record May Cash J/E | | 3,919.46 |
| 05/23/2018 | Journal | Record May Cash J/E | | 2,381.97 |
| 05/23/2018 | Journal | Record May Cash J/E | | 15,000.00 |
| 05/23/2018 | Journal | Record May Cash J/E | | 15,000.00 |
| 05/25/2018 | Deposit | | | 250.00 |
| 05/25/2018 | Deposit | | | 96.80 |
| 05/29/2018 | Deposit | | | 50.00 |
| 05/29/2018 | Deposit | | | 96.80 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 2,381.97 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 3,919.46 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 20,000.00 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 26,527.58 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 1,500.00 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 2,500.00 |
| 05/29/2018 | Deposit | | | 96.80 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 9,393.05 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 6,698.03 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 26,030.26 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 10,541.30 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 2,695.02 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 3,042.00 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | 2,460.00 |
| 05/30/2018 | Receive Payment | Transfer P5 mgt fee | Tinto PA | 10,000.00 |
| 05/30/2018 | Receive Payment | Transfer P5 Mgt Fee | Buena Onda Callowhill | 4,139.62 |
| 05/30/2018 | Receive Payment | Transfer P5 Mgt Fee | Volver | 5,291.01 |
| 05/30/2018 | Receive Payment | Wire P5 Mgt Fee | Distrito Pa | 16,156.84 |
| 05/30/2018 | Deposit | | | 150.00 |
| 05/30/2018 | Deposit | | | 43.75 |
| 05/30/2018 | Journal | 05.30.18 Events ICO | | 125,000.00 |

| Total | | | | 917,265.67 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments as of 05/31/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/09/2018 | Journal | 05.09.18 Chubb ICO | | -15,000.00 |
| 05/29/2018 | Journal | 05/23-05/29 ICO | | -9,393.05 |

| Total | | | | -24,393.05 |
|---|---|---|---|---|

Uncleared checks and payments after 05/31/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2018 | Bill Payment | E-Check | AFCO | -3,891.90 |
| 06/01/2018 | Bill Payment | 3084 | AFCO | -3,817.55 |
| 06/01/2018 | Expense | | TD Bank | -10,000.00 |
| 06/01/2018 | Bill Payment | Wire | 2401 Walnut LP | -21,765.16 |
| 06/01/2018 | Journal | 06.01.18 Efficient | | -2,925.00 |
| 06/04/2018 | Expense | | | -9.10 |
| 06/04/2018 | Expense | | | -55.88 |
| 06/04/2018 | Expense | | Xtra Chef | -2,460.00 |
| 06/04/2018 | Expense | | TD Bank | -20,000.00 |
| 06/04/2018 | Expense | | | -2.95 |
| 06/04/2018 | Expense | | | -4,296.63 |
| 06/04/2018 | Bill Payment | E-Check | AFCO | -103,638.22 |
| 06/04/2018 | Expense | | | -20.90 |
| 06/04/2018 | Expense | | | -30.00 |
| 06/05/2018 | Expense | | compuchecks | -49.56 |
| 06/05/2018 | Expense | | | -9.71 |
| 06/05/2018 | Journal | M&T Loan Interest | | -37,038.56 |
| 06/08/2018 | Journal | 06.08.18 TD Funding | | -6,000.00 |
| 06/08/2018 | Journal | Bank Fees 06.08.18 | | -2,411.27 |
| 06/08/2018 | Journal | 06/08/18 Bank Tfr | | -10,000.00 |
| 06/08/2018 | Journal | 06.08.18 | | -255.77 |
| 06/12/2018 | Journal | 06.12.18 GRG2401 | | -50.00 |
| 06/12/2018 | Bill Payment | | CIGNA Dental | -5,760.59 |
| 06/12/2018 | Expense | | | -150.00 |
| 06/13/2018 | Journal | Payroll Funding 6/13 | | -45,000.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/13/2018 | Expense | | UPS | -36.69 |
| 06/13/2018 | Journal | 06.13.18 GRG Paycom | | -102,818.10 |
| 06/14/2018 | Bill Payment | Wire | Porzio, Bromberg & Newm… | -160,000.00 |
| 06/14/2018 | Journal | 06.14.18 TD Funding | | -15,000.00 |
| 06/14/2018 | Journal | 06.14.18 TD Funding | | -15,000.00 |
| 06/15/2018 | Expense | | | -3,500.00 |
| 06/18/2018 | Expense | | | -118.97 |
| 06/18/2018 | Journal | 06.18.18 Bank Trfs | | -25,000.00 |
| 06/19/2018 | Journal | Record Cash J/E | | -20,000.00 |
| 06/20/2018 | Journal | Motown closing costs | | -393.92 |
| 06/20/2018 | Journal | Motown closing costs | | -11,919.00 |
| 06/20/2018 | Journal | Distrito NY closing | | -2,206.78 |

| Total | | | | -635,632.21 |

Uncleared deposits and other credits after 05/31/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/04/2018 | Deposit | | | 275.00 |
| 06/04/2018 | Deposit | | | 350.00 |
| 06/04/2018 | Receive Payment | 06.04.18 Wire | Olde Bar | 4,886.97 |
| 06/04/2018 | Receive Payment | 06.04.18 Wire | Garces Trading Co. | 9,231.47 |
| 06/04/2018 | Deposit | | | 150.00 |
| 06/04/2018 | Deposit | | | 4,296.63 |
| 06/05/2018 | Journal | AFCO Reimbursement | | 8,727.53 |
| 06/05/2018 | Journal | AFCO Reimbursement | | 4,283.20 |
| 06/05/2018 | Journal | AFCO Reimbursement | | 19,598.01 |
| 06/05/2018 | Journal | Freeman Payment | | 592.00 |
| 06/05/2018 | Journal | AFCO Reimbursement | | 21,260.27 |
| 06/05/2018 | Journal | AFCO Reimbursement | | 20,409.00 |
| 06/05/2018 | Journal | AFCO Reimbursement | | 2,685.39 |
| 06/05/2018 | Journal | AFCO Reimbursement | | 10,016.52 |
| 06/05/2018 | Journal | AFCO Reimbursement | | 5,526.54 |
| 06/05/2018 | Journal | AFCO Reimbursement | | 812.33 |
| 06/05/2018 | Journal | AFCO Reimbursement | | 673.36 |
| 06/05/2018 | Journal | AFCO Reimbursement | | 10,204.50 |
| 06/07/2018 | Deposit | | | 100.00 |
| 06/07/2018 | Journal | Cobra Reimbursement | | 4,682.60 |
| 06/08/2018 | Journal | 06.08.18 Deposit | | 289.82 |
| 06/08/2018 | Journal | 06/08/18 Bank Tfr | | 10,000.00 |
| 06/11/2018 | Journal | May Medical | | 9,120.35 |
| 06/11/2018 | Journal | May Medical | | 1,011.29 |
| 06/11/2018 | Journal | May Medical | | 206.73 |
| 06/11/2018 | Journal | P2-P5 Sales Comm | | 9,588.47 |
| 06/11/2018 | Journal | Olde Bar May Med | | 55.83 |
| 06/11/2018 | Journal | Olde Bar May Med | | 1,303.60 |
| 06/11/2018 | Journal | Olde Bar May Med | | 122.03 |
| 06/11/2018 | Journal | Sales Comm | | 11,281.45 |
| 06/11/2018 | Journal | May Medical | | 21.00 |
| 06/11/2018 | Journal | May Medical | | 64.52 |
| 06/11/2018 | Journal | May Medical | | 820.16 |
| 06/11/2018 | Journal | May Medical | | 1,303.60 |
| 06/11/2018 | Journal | May Medical | | 42.44 |
| 06/11/2018 | Journal | May Medical | | 186.55 |
| 06/11/2018 | Journal | P2-P5 Sales Comm | | 1,201.26 |
| 06/11/2018 | Journal | P2-P5 Sales Comm | | 3,185.65 |
| 06/12/2018 | Journal | L/E Wire | | 11,299.92 |
| 06/13/2018 | Journal | 06.13.18 Concessions | | 45,000.00 |
| 06/13/2018 | Journal | 06.13.18 Wildwood Trf | | 14,000.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 06/14/2018 | Receive Payment | | Garces Catering Events | 10,000.00 |
| 06/14/2018 | Journal | 06.14.18 Chubb Mgmt | | 32,054.76 |
| 06/14/2018 | Receive Payment | | Tinto PA | 50,000.00 |
| 06/14/2018 | Receive Payment | | Garces Catering Events | 50,000.00 |
| 06/14/2018 | Receive Payment | | Amada PA | 50,000.00 |
| 06/15/2018 | Journal | P5 TD Deibt Expense | | 12,771.41 |
| 06/18/2018 | Journal | 06.18.18 Gift Card | | 75.00 |
| 06/18/2018 | Journal | 06.18.18 EcoLab | | 18,000.00 |
| 06/18/2018 | Journal | 06.18.18 Bank Trfs | | 25,000.00 |
| 06/18/2018 | Journal | 06.18.18 Gift Card | | 650.00 |
| 06/19/2018 | Journal | Record Cash J/E | | 10,000.00 |
| 06/19/2018 | Journal | Record Cash J/E | | 9,421.92 |
| 06/19/2018 | Deposit | | | 43.75 |
| 06/19/2018 | Deposit | | | 450.00 |
| 06/19/2018 | Journal | Record Cash J/E | | 10,000.00 |
| 06/19/2018 | Journal | Record Cash J/E | | 673.36 |
| 06/19/2018 | Journal | Record Cash J/E | | 7,833.46 |
| 06/19/2018 | Journal | Record Cash J/E | | 7,476.00 |
| 06/19/2018 | Journal | 06/05-06/18/18 GC | | 974.12 |
| 06/19/2018 | Journal | 06/05-06/18/18 GC | | 100.00 |
| 06/19/2018 | Journal | 06/05-06/18/18 GC | | 500.00 |
| 06/19/2018 | Journal | 06/05-06/18/18 GC | | 193.60 |
| 06/19/2018 | Journal | 06/05-06/18/18 GC | | 100.00 |
| 06/19/2018 | Journal | 06/05-06/18/18 GC | | 275.00 |
| 06/19/2018 | Deposit | | | 1,043.75 |
| 06/19/2018 | Journal | 06/05-06/18/18 GC | | 145.20 |
| 06/19/2018 | Journal | 06/05-06/18/18 GC | | 788.12 |
| 06/19/2018 | Journal | 06/05-06/18/18 GC | | 96.80 |

| Total | | | | 547,532.24 |

**M&T Bank**

FOR INQUIRIES CALL:  HARRISBURG SPECIALIZED FINANCE
(800) 724-6070

00   0 06845M NM  017

000000                              N

**GARCES RESTAURANT GROUP INC**
**2401 WALNUT ST SUITE 300**
**PHILADELPHIA PA 19103**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 05/01/18 - 05/31/18 |

| | |
|---|---|
| BEGINNING BALANCE | $87,656.90 |
| DEPOSITS & CREDITS | 28,598.01 |
| LESS CHECKS & DEBITS | 113,000.99 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $3,253.92 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2018 | BEGINNING BALANCE | | | $87,656.90 |
| 05/01/2018 | CHECK NUMBER    10000 | | $205.58 | |
| 05/01/2018 | CHECK NUMBER    10005 | | 70.85 | |
| 05/01/2018 | CHECK NUMBER    10010 | | 340.74 | |
| 05/01/2018 | CHECK NUMBER    10013 | | 175.00 | |
| 05/01/2018 | CHECK NUMBER    2591 | | 228.55 | |
| 05/01/2018 | CHECK NUMBER    4340 | | 141.38 | |
| 05/01/2018 | CHECK NUMBER    4943 | | 122.22 | |
| 05/01/2018 | CHECK NUMBER    4953 | | 3,895.52 | 82,477.06 |
| 05/02/2018 | CHECK NUMBER    10002 | | 269.03 | |
| 05/02/2018 | CHECK NUMBER    10003 | | 289.28 | |
| 05/02/2018 | CHECK NUMBER    10008 | | 100.00 | |
| 05/02/2018 | CHECK NUMBER    10004 | | 275.66 | |
| 05/02/2018 | CHECK NUMBER    10011 | | 278.35 | |
| 05/02/2018 | CHECK NUMBER    10014 | | 419.49 | |
| 05/02/2018 | AUTHNET GATEWAY BILLING    101617895 | | 39.50 | |
| 05/02/2018 | CHECK NUMBER    4952 | | 1,027.56 | 79,778.19 |
| 05/03/2018 | CHECK NUMBER    10001 | | 349.25 | |
| 05/03/2018 | CHECK NUMBER    10006 | | 157.16 | |
| 05/03/2018 | CHECK NUMBER    10009 | | 20,000.00 | |
| 05/03/2018 | CHECK NUMBER    10012 | | 112.48 | |
| 05/03/2018 | CHECK NUMBER    10015 | | 89.00 | |
| 05/03/2018 | CHECK NUMBER    10016 | | 567.00 | |
| 05/03/2018 | Cash Management BBKTRANSFER 9863040672 | | 5,000.00 | 53,503.30 |
| 05/04/2018 | BOOK TRANSFER FR 9865883384 | $25,000.00 | | |
| 05/04/2018 | Cash Management BBKTRANSFER 9863040672 | | 10,000.00 | |
| 05/04/2018 | NCR SILVER NCR SILVER    5572475 | | 236.52 | |
| 05/04/2018 | CHECK NUMBER    4837 | | 70.00 | |
| 05/04/2018 | CHECK NUMBER    4941 | | 1,454.00 | 66,742.78 |
| 05/07/2018 | CHECK NUMBER    10017 | | 15,000.00 | 51,742.78 |
| 05/08/2018 | CHECK NUMBER    10018 | | 15,000.00 | |
| 05/08/2018 | CHECK NUMBER    4259 | | 179.28 | 36,563.50 |
| 05/09/2018 | NCR SILVER NCR SILVER    1220256 | 321.78 | | |
| 05/09/2018 | NCR SILVER NCR SILVER    1220192 | | 321.78 | 36,563.50 |
| 05/10/2018 | NCR SILVER NCR SILVER    0387795 | 335.07 | | |

**PAGE 1 OF 3**

# M&T Bank

M&T Bank

FOR INQUIRIES CALL:    HARRISBURG SPECIALIZED FINANCE
(800) 724-6070

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ( | 05/01/18 - 05/31/18 |

### GARCES RESTAURANT GROUP INC

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/10/2018 | CHECK NUMBER     10019 | | 25,000.00 | |
| 05/10/2018 | NCR SILVER NCR SILVER       0387771 | | 335.07 | 11,563.50 |
| 05/15/2018 | CHECK NUMBER     2542 | | 405.97 | |
| 05/15/2018 | CHECK NUMBER     4260 | | 179.28 | |
| 05/15/2018 | CHECK NUMBER     4358 | | 167.00 | 10,811.25 |
| 05/16/2018 | BOOK TRANSFER FR 9863040672 | 2,941.16 | | |
| 05/16/2018 | CHECK NUMBER     10020 | | 2,915.26 | 10,837.15 |
| 05/23/2018 | CHECK NUMBER     10022 | | 165.57 | |
| 05/23/2018 | CHECK NUMBER     10023 | | 947.00 | |
| 05/23/2018 | NCR SILVER NCR SILVER       8137074 | | 160.92 | 9,563.66 |
| 05/24/2018 | CHECK NUMBER     10021 | | 2,941.16 | |
| 05/24/2018 | CHECK NUMBER     4341 | | 529.46 | 6,093.04 |
| 05/30/2018 | CHECK NUMBER     10031 | | 2,000.00 | 4,093.04 |
| 05/31/2018 | CHECK NUMBER     10025 | | 663.10 | |
| 05/31/2018 | VERIZON WIRELESS PAYMENTS   042368894900001 | | 176.02 | 3,253.92 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 37 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
25 S CHARLES ST BALTIMORE MD 21201

## GRG DIP

**10152 M&T Controlled Disbursement, Period Ending 05/31/2018**

### RECONCILIATION CHANGE REPORT

Since this reconciliation on 06/05/2018, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|------|------|---------|-------|--------------------|--------------------|--------|----------------------|
| 05/04/2018 | Transfer | | | 10,000.00 | 10,000.00 | Unreconci… | 10,000.00 |
| | | | | | **Total** | | **10,000.00** |

### RECONCILIATION REPORT

Reconciled on: 06/05/2018

Reconciled by: Craig Slotkin

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                       USD

| | |
|---|---:|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (37) | -107,821.15 |
| Deposits and other credits cleared (5) | 111,075.07 |
| Statement ending balance | 3,253.92 |
| | |
| Uncleared transactions as of 05/31/2018 | -3,631.50 |
| Register balance as of 05/31/2018 | -377.58 |
| Cleared transactions after 05/31/2018 | 0.00 |
| Uncleared transactions after 05/31/2018 | -3,817.55 |
| Register balance as of 06/05/2018 | -4,195.13 |

**Details**

Checks and payments cleared (37)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/02/2018 | Bill Payment | 10017 | GRGDC2LLC | -15,000.00 |
| 05/02/2018 | Expense | | | -39.50 |
| 05/02/2018 | Check | 10008 | | -100.00 |
| 05/02/2018 | Check | 10003 | | -289.28 |
| 05/02/2018 | Check | 10002 | | -269.03 |
| 05/02/2018 | Check | 10004 | | -275.66 |
| 05/02/2018 | Check | 4952 | | -1,027.56 |
| 05/02/2018 | Check | 10014 | | -419.49 |
| 05/02/2018 | Check | 10011 | | -278.35 |
| 05/02/2018 | Check | 10006 | | -157.16 |
| 05/02/2018 | Check | 10001 | | -349.25 |
| 05/02/2018 | Check | 10016 | | -567.00 |
| 05/02/2018 | Check | 10015 | | -89.00 |
| 05/02/2018 | Check | 10012 | | -112.48 |
| 05/02/2018 | Check | 4837 | | -70.00 |
| 05/02/2018 | Check | 4941 | City of Philadelphia | -1,454.00 |
| 05/02/2018 | Check | 4259 | Penn Distributors | -179.28 |
| 05/02/2018 | Check | 2542 | Penn Distributors | -405.97 |
| 05/02/2018 | Check | 4260 | Penn Distributors | -179.28 |
| 05/02/2018 | Check | 4358 | Stockertown Beverage | -167.00 |
| 05/03/2018 | Transfer | | | -5,000.00 |
| 05/04/2018 | Bill Payment | 10018 | GRGDC2LLC | -15,000.00 |
| 05/04/2018 | Check | 10009 | GRGDC2LLC | -20,000.00 |
| 05/04/2018 | Transfer | | | -10,000.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/04/2018 | Expense | | NCR Corporation | -236.52 |
| 05/07/2018 | Bill Payment | 10019 | GRGDC2LLC | -25,000.00 |
| 05/09/2018 | Expense | | NCR Corporation | -321.78 |
| 05/10/2018 | Expense | | NCR Corporation | -335.07 |
| 05/10/2018 | Check | 10020 | ███████ | -2,915.26 |
| 05/16/2018 | Bill Payment | 10021 | Comstar Technologies | -2,941.16 |
| 05/18/2018 | Bill Payment | 10022 | ███████ | -165.57 |
| 05/22/2018 | Bill Payment | 10023 | ███████ | -947.00 |
| 05/23/2018 | Expense | | NCR Corporation | -160.92 |
| 05/24/2018 | Expense | | Coca-Cola Refreshments | -529.46 |
| 05/25/2018 | Bill Payment | 10031 | HFA Bridge | -2,000.00 |
| 05/25/2018 | Bill Payment | 10025 | ███████ | -663.10 |
| 05/31/2018 | Expense | | Verizon | -176.02 |

Total     -107,821.15

---

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/02/2018 | Journal | 5/2 Opening Balance | | 82,477.06 |
| 05/04/2018 | Deposit | | | 25,000.00 |
| 05/09/2018 | Deposit | | NCR Corporation | 321.78 |
| 05/10/2018 | Deposit | | NCR Corporation | 335.07 |
| 05/16/2018 | Transfer | | | 2,941.16 |

Total     111,075.07

---

**Additional Information**

Uncleared checks and payments as of 05/31/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2018 | Bill Payment | WIRE | Porzio, Bromberg & Newm… | -3,434.00 |
| 05/30/2018 | Bill Payment | 10026 | ███████ | -147.50 |
| 05/31/2018 | Bill Payment | 10027 | ███████ | -50.00 |

Total     -3,631.50

---

Uncleared checks and payments after 05/31/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2018 | Bill Payment | WIRE | AFCO | -3,817.55 |

Total     -3,817.55

**M&T** Bank

FOR INQUIRIES CALL:    **HARRISBURG SPECIALIZED FINANCE**
                       **(800) 724-6070**

                                    **00    0 06845M NM  017**

                       000000                        **P**

                       **GARCES RESTAURANT GROUP INC**
                       **DEBTOR IN POSSESSION UTILITIES**
                       **DEPOSITS CASE NO 18-19054**
                       **2401 WALNUT ST SUITE 300**
                       **PHILADELPHIA PA 19103**

| ACCOUNT TYPE | |
|---|---|
| **COMMERCIAL CHECKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| | **05/24/18 - 05/31/18** |

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/24/2018 | BEGINNING BALANCE | | | $0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

**PAGE 1 OF 2**

In re: Garces Restaurant Group, Inc.    Case No. 18-19054 (JNP)
Debtor    Reporting Period:    05/02/2018 to 05/28/2018

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ | $ |
| Less: Returns and Allowances | | |
| Net Revenue | $ | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

In re: Garces Restaurant Group, Inc.                                    Case No. 18-19054 (JNP)
Debtor                                              Reporting Period: 05/02/2018 to 05/28/2018

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) * | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | | |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | | |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | | |
| **TOTAL ASSETS** | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| | | |
| *TOTAL LIABILITIES* | | |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Parters' Draw | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | |

In re: Garces Restaurant Group, Inc.                                    Case No. 18-19054 (JNP)
Debtor                                       Reporting Period:   05/02/2018 to 05/28/2018

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding * | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

* Includes all withholdings.

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: Note Payable | | | | | | |
| **Total Postpetition Debts** | | | | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Garces Restaurant Group, Inc.                                          **Case No. 18-19054 (JNP)**
**Debtor**                                                **Reporting Period: 05/02/2018 to 05/28/2018**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected/adjusted during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s). | X | |

See attached bank statements for account ending …4002.