| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)<br>Kelly D. Curtin, Esq. (kdcurtin@pbnlaw.com)<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br>*Counsel to Debtors* |
| In Re:<br><br>Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.*,[1]<br><br>Debtors. |

Case No.: 18-19054 (JNP)

(Jointly Administered)

Chapter: 11

**Hearing Date and Time:**
**August 30, 2018 at 10:00 a.m.**

**NOTICE OF AGENDA OF ALL MATTERS SCHEDULED**
**FOR HEARING ON August 30, 2018, AT 10:00 A.M.**

I. **MATTERS GOING FORWARD**

1. Motion for Entry of an Order Authorizing the Debtor to Maintain Current Bank Accounts, Maintain Pre-petition Cash Management Systems, Use Exhibiting Business Forms, and Granting a Waiver of the Deposit Guidelines Set Forth in Section 345 [ECF No. 47]

    Objections / Responses Deadline:  July 2, 2018

    Objections / Responses Received: None

    Related Documents:
    i.    Application to Shorten Time [ECF No. 51]

---

[1] The Debtors in these cases and the last four digits of their employee identification numbers are: GRGAC1, LLC d/b/a Amada (7047); GRGAC2, LLC d/b/a Village Whiskey (7079); GRGAC3, LLC d/b/a Distrito Cantina (7109); GRGAC4, LLC (0542); Garces Restaurant Group, Inc. d/b/a Garces Group (0697); Latin Valley 2130, LLC; La Casa Culinary, LLC d/b/a Amada Restaurant (4127); Garces Catering 300, LLC d/b/a Garces Catering (3791); Latin Quarter Concepts, LLC d/b/a Tinto d/b/a Village Whiskey (0067); UrbanFarm, LLC d/b/a JG Domestic (3014); GR300, LLC d/b/a Volver (0347); GRG2401, LLC (7222); GRGChubb1, LLC (8350);  GRGKC1, LLC; GRGWildwood, LLC (9683); and GRGNY2, LLC (0475); GRGDC2, LLC d/b/a Latin Market (8878); GRGBookies, LLC d/b/a The Olde Bar (4779); and GRGAC5,LLC (9937).

4029046

      ii.     Order Granting Application to Shorten Time [ECF No. 53]

      iii.    Interim Order Authorizing the Debtors to Maintain Current Bank Accounts, Maintain Existing Prepetition Cash Management System, Use Existing Business Forms, and Granting a Waiver of the Deposit Guidelines Set Forth in Section 345 [ECF No. 82]

**Status**: *This matter will go forward..*

## II. MATTERS GOING FORWARD IN ADVERSARY PROCEEDING CASE NO. 18-01241

2. Julius Silvert, Inc. Motion to Dismiss Garces Restaurant Group Inc.'s Amended Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 544, 547, 548, and 550 and for other Related Relief [ECF No. 6]

    Objections / Responses Deadline: August 23, 2018

    Objections / Responses Received:
    i. Debtors' Opposition to Motion of Julius Silvert, Inc. to Dismiss Garces Restaurant Group Inc.'s Amended Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 544, 547, 548, and 550 and for other Related Relief [ECF No. 7]

    Related Documents:
    i. Julius Silvert, Inc. Reply in Support of Motion to Dismiss Garces Restaurant Group Inc.'s Amended Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 544, 547, 548, and 550 and for other Related Relief [ECF No. 8]

    **Status**: *This matter will go forward.*

3. Pre-trial Hearing for Complaint filed by Garces Restaurant Group against Julius Silvert, Inc. [ECF No. 1 &2]

    Objections / Responses Deadline: June 15, 2018

    Objections / Responses Received:
    i. Amended Complaint filed by Garces Restaurant Group, Inc. against Julius Silvert, Inc. [ECF No. 4]

    Related Documents:

    **Status**: *This matter will go forward.*

Dated: August 28, 2018                          Respectfully submitted,

                                              **PORZIO, BROMBERG & NEWMAN, P.C.**
                                              *Counsel to the Debtors*

                                         By:     */s/ Warren J. Martin Jr.*
                                                    Warren J. Martin Jr.

4029046