| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)<br>Kelly D. Curtin, Esq. (kdcurtin@pbnlaw.com)<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br>*Counsel to Debtors* |
| In Re:<br><br>Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.*,[1]<br><br>Debtors. |

Case No.: 18-19054 (JNP)

(Jointly Administered)

Chapter: 11

**Hearing Date and Time:**
**September 27, 2018 at 10:00 a.m.**

**NOTICE OF AGENDA OF ALL MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 27, 2018 AT 10:00 A.M. (EST)**

**MATTERS GOING FORWARD**

  **I.   CONTESTED MATTERS**

   1. Debtors' First Omnibus Motion Objecting To Claims And For Related Relief [Inconsistent With Books And Records And/Or Insufficiently Documented [ECF No. 442]

      Objections / Responses Deadline: September 20, 2018

      Objections / Responses Received: none; the Debtors and the IRS have been in discussions regarding the Debtors' objections to IRS claims. The IRS has been given an extension of time to respond to the objection through September 26.

---

[1] The Debtors in these cases and the last four digits of their employee identification numbers are: GRGAC1, LLC d/b/a Amada (7047); GRGAC2, LLC d/b/a Village Whiskey (7079); GRGAC3, LLC d/b/a Distrito Cantina (7109); GRGAC4, LLC (0542); Garces Restaurant Group, Inc. d/b/a Garces Group (0697); Latin Valley 2130, LLC; La Casa Culinary, LLC d/b/a Amada Restaurant (4127); Garces Catering 300, LLC d/b/a Garces Catering (3791); Latin Quarter Concepts, LLC d/b/a Tinto d/b/a Village Whiskey (0067); UrbanFarm, LLC d/b/a JG Domestic (3014); GR300, LLC d/b/a Volver (0347); GRG2401, LLC (7222); GRGChubb1, LLC (8350); GRGKC1, LLC; GRGWildwood, LLC (9683); and GRGNY2, LLC (0475); GRGDC2, LLC d/b/a Latin Market (8878); GRGBookies, LLC d/b/a The Olde Bar (4779); and GRGAC5,LLC (9937).

4047514

Related Documents:
  i. Application to Shorten Time [ECF No. 443]
  ii. Order Shortening Time [ECF No. 444]
  iii. M&T Bank's Limited Objection to Interim Fee Application of Bederson LLP as Accountants to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses [ECF No. 435]

**Status**:   *This matter will go forward*

2. Bederson LLP's Interim Application for Compensation as Accountants to the Official Committee of Unsecured Creditors [ECF No. 413]

   Objections / Responses Deadline:  September 20, 2018

   Objections / Responses Received:
     i. M&T Bank's Limited Objection to Interim Fee Application of Bederson LLP as Accountants to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses [ECF No. 435]

   Related Documents: none

   **Status**:   *This matter will go forward*

3. Interim Application for Compensation for Fox Rothschild LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Official Committee of Unsecured Creditors for the Period from May 16, 2018 through July 25, 2018 [ECF No. 418]

   Objections / Responses Deadline:  September 20, 2018

   Objections / Responses Received:
     i. M&T Bank's Limited Objection to First Interim Fee Application of Fox Rothschild, LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorney for the Official Committee of Unsecured Creditors [ECF No. 436]

   Related Documents: none

   **Status:**   *This matter will go forward*

4. CohnReznick Capital Markets Securities, LLC's Consolidated First and Final Application for Compensation for the period from May 2, 2018 to August 1, 2018, as Investment Banker for the Debtors [ECF No. 420]

   Objection / Response Deadline:  September 20, 2018

   Objections / Response Received:
   i. M&T Bank's Limited Objection to First Interim Fee Application of CohnReznick Capital Markets Securities, LLC, as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses [ECF No. 437]
   ii. Objection for the Official Committee of Unsecured Creditors to the Consolidated First and Final Application of CohnReznick Capital Markets Securities, LLC, as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 2, 2018 to August 1, 2018. [ECF No. 448 & 457]
   iii. Objection of the Acting United States Trustee to Consolidates First and Final Application of ConhReznick Capital Markets Securities, LLC, as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 2, 2018 to August 1, 2018. [ECF No. 450]

   Related Documents:
   i. Certification of Jeffrey R. Manning, CTP In Reply to the Objection of the Acting United States Trustee to Consolidated First and Final Application of CohnReznick Capital Markets Securities, LLC [ECF No. 463]
   ii. Certification of Edward A. Phillips, CPA/CFF, CTP, CIRA, CFE, And Ryan W. Farley, CPA/CIRA In Further Support Of Professionals' Fee Applications [ECF No. 465]
   iii. CohnReznick Capital Market Securities, LLC's Omnibus Reply to Objection to the Fee Request and Reservation of Rights to Seek Attorneys' Fees [ECF No. 468]

   **Status:**   *This matter will go forward*

5. EisnerAmper LLP's First Interim Application for Compensation for the period of May 2, 2018 to July 20, 2018, as Accountant for the Debtors [ECF No. 421]

   Objection / Response Deadline:  September 20, 2018

   Objections / Response Received:
   i. M&T Bank's Limited Objection to First Interim Fee Application of EisnerAmper LLP as Financial Advisor and Accountant to Debtors for Allowance of Compensation and Reimbursement of Expenses [ECF No. 438]

3

4047514

Related Documents:
  i. Certification of Edward A. Phillips, CPA/CFF, CTP, CIRA, CFE, And Ryan W. Farley, CPA/CIRA In Further Support Of Professionals' Fee Applications [ECF No. 465]

**Status:**   *This matter will go forward*

6. Porzio, Bromberg & Newman, P.C.'s First Interim Application For Compensation for the period of May 2, 2018 to July 31, 2018, as Debtors' Counsel [ECF No. 422]

Objections / Responses Deadline:  September 20, 2018

Objections / Responses Received:
  i. M&T Bank's Limited Objection to First Interim Fee Application of Porzio, Bromberg & Newman, P.C. as Counsel to Debtors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses [ECF No. 439]

Related Documents:
  i. Certification of Edward A. Phillips, CPA/CFF, CTP, CIRA, CFE, And Ryan W. Farley, CPA/CIRA In Further Support Of Professionals' Fee Applications [ECF No. 465]

**Status:**   *This matter will go forward*

Dated: September 25, 2018               Respectfully submitted,

                                        **PORZIO, BROMBERG & NEWMAN, P.C.**
                                        *Counsel to the Debtors*

                                        By:   */s/ Warren J. Martin Jr.*
                                              Warren J. Martin Jr.

4047514