| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)<br>Kelly D. Curtin, Esq. (kdcurtin@pbnlaw.com)<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br>*Counsel to the Debtors* | Order Filed on September 27, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.*, [1]<br><br>Debtors. | Case No.: 18- 19054 (JNP)<br><br>(Jointly Administered)<br><br>Chapter: 11<br><br>**Hearing Date and Time:**<br>**September 27, 2018 at 10:00 a.m.** |

**ORDER ALLOWING AND PROVIDING FOR PARTIAL PAYMENT ON ACCOUNT OF THE FIRST INTERIM FEE APPLICATIONS OF (I) PORZIO, BROMBERG & NEWMAN, P.C. AS COUNSEL TO DEBTORS, (II) COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, AS INVESTMENT BANKER TO THE DEBTORS, (III) EISNERAMPER, LLP AS FINANCIAL ADVISOR TO THE DEBTORS, (IV) FOX ROTHSCHILD, LLP, AS COUNSEL TO THE COMMITTEE, AND (V) BEDERSON, LLP, AS FINANCIAL ADVISOR TO THE COMMITTEE, ALL FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 2, 2018 THROUGH JULY 31, 2018; AND FURTHER PROVIDING FOR CERTAIN PAYMENTS TO OMNI MANAGEMENT GROUP, INC., AND CEISLER MEDIA, LLC**

The relief set forth on the following pages, numbered two (2) through (3), is hereby

**ORDERED.**

**DATED: September 27, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

---

[1] The Debtors in these cases and the last four digits of their employee identification numbers are: GRGAC1, LLC d/b/a Amada (7047); GRGAC2, LLC d/b/a Village Whiskey (7079); GRGAC3, LLC d/b/a Distrito Cantina (7109); GRGAC4, LLC (0542); Garces Restaurant Group, Inc. d/b/a Garces Group (0697); Latin Valley 2130, LLC; La Casa Culinary, LLC d/b/a Amada Restaurant (4127); Garces Catering 300, LLC d/b/a Garces Catering (3791); Latin Quarter Concepts, LLC d/b/a Tinto d/b/a Village Whiskey (0067); UrbanFarm, LLC d/b/a JG Domestic (3014); GR300, LLC d/b/a Volver (0347); GRG2401, LLC (7222); GRGChubb1, LLC (8350); GRGKC1, LLC; GRGWildwood, LLC (9683); and GRGNY2, LLC (0475); GRGDC2, LLC d/b/a Latin Market (8878); GRGBookies, LLC d/b/a The Olde Bar (4779); and GRGAC5, LLC (9937).

4050313
*PHI 318003039v1*

**Debtor:** Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.*
**Case No.:** 18-19054 (JNP)
**Caption:** ORDER ALLOWING AND PROVIDING FOR PARTIAL PAYMENT ON ACCOUNT OF THE FIRST INTERIM FEE APPLICATIONS OF (I) PORZIO, BROMBERG & NEWMAN, P.C. AS COUNSEL TO DEBTORS, (II) COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, AS INVESTMENT BANKER TO THE DEBTORS, (III) EISNERAMPER, LLP AS FINANCIAL ADVISOR TO THE DEBTORS, (IV) FOX ROTHSCHILD, LLP, AS COUNSEL TO THE COMMITTEE, AND (V) BEDERSON, LLP, AS FINANCIAL ADVISOR TO THE COMMITTEE, ALL FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 2, 2018 THROUGH JULY 31, 2018; AND FURTHER PROVIDING FOR CERTAIN PAYMENTS TO OMNI MANAGEMENT GROUP, INC., AND CEISLER MEDIA, LLC.

_____

This matter being opened to the Court by each of the above-listed professionals and applicants, for allowance of fees and disbursements incurred in this case during the period from May 2, 2018 through July 31, 2018 (the "Compensation Period"), upon adequate notice to the within Debtors and other parties in interest, and the Court having considered all papers submitted, and for good cause shown;

**IT IS HEREBY ORDERED** that:

1. Allowances for each of the above-referenced parties, on an interim basis, are hereby ordered as follows; with payments, however, to be limited at this time to the amounts listed in the "Authorized Fee Payment" and "Authorized Disbursement Payment" columns in the chart below:

| Name of Professional | First Interim Fees Requested | First Interim Fees Allowed | Authorized Fee Payment | First Interim Disbursements Requested | First Interim Disbursements Allowed | Authorized Disbursements Payment |
|---|---|---|---|---|---|---|
| Porzio, Bromberg & Newman, P.C. | $1,036,220.00 | $1,036,220.00 | $600,000.00 | $59,449.21 | $59,449.21 | $59,449.21 |
| Cohnreznick Capital Markets Securities, LLC | $325,506.00 | Adjourned to November 1, 2018 at 10:00 am. | Adjourned to November 1, 2018 at 10:00 am. | $7,500.00 | Adjourned to November 1, 2018 at 10:00 am. | Adjourned to November 1, 2018 at 10:00 am. |
| Fox Rothschild, LLP | $294,895.00 | $294,895.00 | $180,000.00 | $3,361.29 | $3,361.29 | $3,361.29 |
| EisnerAmper, LLP | $285,099.50 | $285,099.50 | $200,000.00 | $614.66 | $614.66 | $614.66 |
| Bederson, LLP | $8,441.50 | $8,441.50 | $6,000.00 | -- | -- | -- |
| Omni Management Group Inc. | N/A | | $15,000.00 | N/A | N/A | N/A |
| Ceisler Media, LLC | N/A | | $23,000.00 | N/A | N/A | N/A |
| **Total Authorized Payments** | | | **$1,024,000.00** | | | |

*PHI 318003039v1*

**Page 3**
**Debtor:**   Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.*
**Case No.:** 18-19054 (JNP)
**Caption:**  ORDER ALLOWING AND PROVIDING FOR PARTIAL PAYMENT ON ACCOUNT OF THE FIRST INTERIM FEE APPLICATIONS OF (I) PORZIO, BROMBERG & NEWMAN, P.C. AS COUNSEL TO DEBTORS, (II) COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, AS INVESTMENT BANKER TO THE DEBTORS, (III) EISNERAMPER, LLP AS FINANCIAL ADVISOR TO THE DEBTORS, (IV) FOX ROTHSCHILD, LLP, AS COUNSEL TO THE COMMITTEE, AND (V) BEDERSON, LLP, AS FINANCIAL ADVISOR TO THE COMMITTEE, ALL FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 2, 2018 THROUGH JULY 31, 2018; AND FURTHER PROVIDING FOR CERTAIN PAYMENTS TO OMNI MANAGEMENT GROUP, INC., AND CEISLER MEDIA, LLC.

_____

2. The Debtors are authorized and directed to make payment of the amounts authorized above to the respective professionals within ten (10) days of the entry of this Order.

3. The United States Trustee reserves all rights with respect to any further interim and/or final fee applications filed herein.

4. M&T Bank reserves all of its rights to pursue any and all further objections, including but not limited to, seeking disgorgement from the Debtors' professionals and/or payment from the Debtors to the extent that M&T Bank incurs any liability resulting from any PACA claims, administrative claims and/or priority claims ultimately determined to have been improvidently paid and/or unpaid.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.