UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re: Garces Restaurant Group, Inc.                    Case No. 18-19054 (JNP)
Debtor                                                  Reporting Period:    07/03/2018 to 07/31/2018

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | N/A | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____                    _____
Signature of Debtor                                 Date

_____                    _____
Signature of Joint Debtor                           Date

_____                    10/17/18
Signature of Authorized Individual*                 Date

Jose Garces                                         Managing Member
Printed Name of Authorized Individual               Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: Garces Restaurant Group, Inc.                                            Case No. 18-19054 (JNP)
Debtor                             Reporting Period: 07/03/2018 to 07/31/2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|
| | M&T Operating | M&T Controlled Disb. | M&T Utilities | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $21,905.17 | $13,135.97 | $0.00 | $35,041.14 | | $159,836.04 | |
| **RECEIPTS** | | | | | | | |
| MGT INCOME | | | | - | | 152,678.74 | |
| GIFT CARD SALES | 5,109.67 | | | 5,109.67 | | 19,594.78 | |
| LOANS AND ADVANCES | | | | - | | - | |
| NET BUYER ACTIVITY * | (1,202.15) | (536.77) | | (1,738.92) | | (1,738.92) | |
| OTHER | 7,873.42 | | | 7,873.42 | | 39,761.25 | |
| SALE PROCEEDS ** | 383,322.41 | | | 383,322.41 | | 383,322.41 | |
| OTHER INTERCOMPANY | 34,734.35 | | | 34,734.35 | | 123,998.74 | |
| TRANSFERS (FROM DIP ACCTS) | 178,633.75 | 35,336.72 | | 213,970.47 | | 1,569,161.44 | |
| TOTAL RECEIPTS | $608,471.45 | $34,799.95 | $0.00 | $643,271.40 | | $2,286,778.44 | |
| **DISBURSEMENTS** | | | | | | | |
| NET PAYROLL | 97,201.14 | | | 97,201.14 | | 596,398.60 | |
| EMPLOYEE BENEFITS | | | | - | | 243,473.36 | |
| SALES, USE, & OTHER TAXES | | | | - | | 1,454.00 | |
| FOOD AND BEVERAGE | | | | - | | 3,276.28 | |
| SECURED/ RENTAL/ LEASES | 80,569.32 | | | 80,569.32 | | 139,373.04 | |
| OVER 30 DAYS A/P | | | | | | | |
| INSURANCE | 39,754.00 | | | 39,754.00 | | 151,101.67 | |
| ADMINISTRATIVE | | | | - | | 27,686.27 | |
| UTILITIES | | | | - | | 3,117.18 | |
| DEBIT CARD FUNDING | 18,000.00 | | | 18,000.00 | | 308,000.00 | |
| OTHER | | 7,644.21 | | 7,644.21 | | 37,164.63 | |
| TRANSFERS (TO DIP ACCTS) | 333,031.69 | | | 333,031.69 | | 520,396.49 | |
| BANK CHARGES | 2,348.12 | 36.50 | | 2,384.62 | | 7,214.51 | |
| AMEX LOAN | | | | - | | - | |
| OTHER PROFESSIONALS | | 25,000.00 | | 25,000.00 | | 25,000.00 | |
| OTHER INTERCOMPANY | 25.74 | | | 25.74 | | 633.63 | |
| PROFESSIONAL FEES | | | | - | | 275,000.00 | |
| U.S. TRUSTEE QUARTERLY FEES | | | | - | | - | |
| COURT COSTS | | | | - | | 32,623.00 | |
| TOTAL DISBURSEMENTS | 570,930.01 | 32,680.71 | - | $603,610.72 | | $2,371,912.66 | |
| **NET CASH FLOW** | $37,541.44 | $2,119.24 | $0.00 | $39,660.68 | | ($85,134.22) | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | |
| **CASH - END OF MONTH** | $59,446.61 | $15,255.21 | $0.00 | $74,701.82 | | $74,701.82 | |

* Amounts represent the net activity of funds collected and disbursed on behalf of the buyer due to issues with transitioning accounts. As of July 31, the Debtor was still in process of a final reconciliation. The turnover of funds to the buyer will be represented in the August Monthly Operating Report.

** Transferred from Attorney Escrow

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $603,610.72 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | (333,031.69) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) * | $0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $270,579.03 |

FORM MOR-1
(04/07)

**M&T Bank**

**FOR INQUIRIES CALL:**   HARRISBURG SPECIALIZED FINANCE
(800) 724-6070

00   0 06845M NM  017

000000                                    N

GARCES RESTAURANT GROUP INC
2401 WALNUT ST
SUITE300
PHILADELPHIA PA 19103

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| | 07/01/18 - 07/31/18 |

| | |
|---|---|
| BEGINNING BALANCE | $5,245.27 |
| DEPOSITS & CREDITS | 635,204.32 |
| LESS CHECKS & DEBITS | 578,885.49 |
| LESS SERVICE CHARGES | 2,117.49 |
| ENDING BALANCE | $59,446.61 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2018 | BEGINNING BALANCE | | | $5,245.27 |
| 07/02/2018 | BOOK TRANSFER FR 9865883806 | $25,000.00 | | |
| 07/02/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 145.20 | | |
| 07/02/2018 | PNC MERCHANT DEPOSIT       373243168995 | 100.00 | | |
| 07/02/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP GRGDC2 | | $8,000.00 | |
| 07/02/2018 | BOOK TRANSFER TO 61000000159287 | | 600.00 | |
| 07/02/2018 | BOOK TRANSFER TO 61000000159287 | | 2,400.00 | |
| 07/02/2018 | BANKCARD MTOT DISC       422899720003757 | | 30.00 | |
| 07/02/2018 | XTRA CHEF, INC. ACH Debit 5039201992 | | 2,460.00 | |
| 07/02/2018 | EFFICIENT FRONTI Efficient  Checking | | 2,925.00 | 14,075.47 |
| 07/03/2018 | BOOK TRANSFER FR 9865883707 | 16,331.81 | | |
| 07/03/2018 | INCOMING FEDWIRE FUNDS TRANSFER LACUIDAD LLC | 15,012.06 | | |
| 07/03/2018 | BOOK TRANSFER FR 9863040607 | 4,836.74 | | |
| 07/03/2018 | BOOK TRANSFER FR 9865858683 | 4,595.76 | | |
| 07/03/2018 | BOOK TRANSFER FR 9865882915 | 900.00 | | |
| 07/03/2018 | TREATFUL PAYMENT       TREAT03502 | 766.49 | | |
| 07/03/2018 | BOOK TRANSFER FR 9865883277 | 450.00 | | |
| 07/03/2018 | BOOK TRANSFER FR 9865883848 | 200.00 | | |
| 07/03/2018 | BOOK TRANSFER FR 9863040581 | 200.00 | | |
| 07/03/2018 | TREATFUL PAYMENT       TREAT05619 | 61.25 | | |
| 07/03/2018 | BOOK TRANSFER TO 61000000159287 | | 400.00 | |
| 07/03/2018 | PNC MERCHANT DISCOUNT       373243168995 | | 4.34 | |
| 07/03/2018 | PNC MERCHANT FEE       373243168995 | | 9.44 | |
| 07/03/2018 | AUTHNET GATEWAY BILLING    102437599 | | 21.90 | |
| 07/03/2018 | PNC MERCHANT INTERCHNG       373243168995 | | 105.99 | 56,887.91 |
| 07/05/2018 | PNC MERCHANT DEPOSIT       373243168995 | 100.00 | | |
| 07/05/2018 | BOOK TRANSFER TO 9863040649 | | 19.50 | |
| 07/05/2018 | BOOK TRANSFER TO 61000000159287 | | 200.00 | |
| 07/05/2018 | BOOK TRANSFER TO 9863040607 | | 436.50 | |
| 07/05/2018 | BOOK TRANSFER TO 61000000159287 | | 7,000.00 | |
| 07/05/2018 | U. P. S. UPS BILL       1817400006X2761 | | 28.73 | |
| 07/05/2018 | M&T COMM CARD PAYMENT    448538297260574 | | 37,039.00 | 12,264.18 |
| 07/06/2018 | BOOK TRANSFER FR 9863040607 | 22,000.00 | | |

MANUFACTURERS AND TRADERS TRUST COMPANY
25 S CHARLES ST BALTIMORE MD 21201

**M&T Bank**

| FOR INQUIRIES CALL: | HARRISBURG SPECIALIZED FINANCE (800) 724-6070 |
|---|---|

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 07/01/18 - 07/31/18 |

**GARCES RESTAURANT GROUP INC**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/06/2018 | PNC MERCHANT DEPOSIT        373243168995 | 100.00 | | |
| 07/06/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP GRGDC2 | | 10,000.00 | |
| 07/06/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP 2401 Walnut | | 21,765.16 | |
| 07/06/2018 | BOOK TRANSFER TO 9863040649 | | 39.46 | |
| 07/06/2018 | BOOK TRANSFER TO 61000000159287 | | 63.00 | |
| 07/06/2018 | BOOK TRANSFER TO 61000000159287 | | 300.00 | 2,196.56 |
| 07/09/2018 | INCOMING FEDWIRE FUNDS TRANSFER LACUIDAD LLC | 8,616.75 | | |
| 07/09/2018 | BOOK TRANSFER FR 9863040490 | 7,525.38 | | |
| 07/09/2018 | BOOK TRANSFER FR 9863040631 | 7,288.51 | | |
| 07/09/2018 | BOOK TRANSFER FR 9865883327 | 7,177.21 | | |
| 07/09/2018 | BOOK TRANSFER FR 9865883384 | 6,998.88 | | |
| 07/09/2018 | BOOK TRANSFER FR 9865883707 | 3,644.25 | | |
| 07/09/2018 | INCOMING FEDWIRE FUNDS TRANSFER LACUIDAD LLC | 3,577.12 | | |
| 07/09/2018 | BOOK TRANSFER FR 9865858717 | 3,116.79 | | |
| 07/09/2018 | BOOK TRANSFER FR 9865858683 | 1,973.65 | | |
| 07/09/2018 | BOOK TRANSFER FR 9863040607 | 1,534.42 | | |
| 07/09/2018 | BOOK TRANSFER FR 9863040573 | 1,529.63 | | |
| 07/09/2018 | BOOK TRANSFER FR 9863040615 | 959.01 | | |
| 07/09/2018 | DEPOSIT | 592.00 | | |
| 07/09/2018 | PNC MERCHANT DEPOSIT        373243168995 | 100.00 | | |
| 07/09/2018 | BOOK TRANSFER FR 9863040490 | 67.13 | | |
| 07/09/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Dash & Love, Inc. | | 39,754.00 | 17,143.29 |
| 07/10/2018 | TREATFUL PAYMENT        TREAT03502 | 686.75 | | |
| 07/10/2018 | PNC MERCHANT DEPOSIT        373243168995 | 100.00 | | |
| 07/10/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 96.73 | | |
| 07/10/2018 | TREATFUL PAYMENT        TREAT05619 | 43.75 | | |
| 07/10/2018 | SERVICE CHARGE FOR ACCOUNT 000009863040672 | | 2,117.49 | 15,953.03 |
| 07/11/2018 | Streamline HR, L Remit1806 | 4,682.60 | | |
| 07/11/2018 | PNC MERCHANT DEPOSIT        373243168995 | 50.00 | | |
| 07/11/2018 | BOOK TRANSFER TO 61000000159287 | | 1,500.00 | |
| 07/11/2018 | U. P. S. UPS BILL        1818100006X2761 | | 20.59 | 19,165.04 |
| 07/12/2018 | BOOK TRANSFER FR 9865883384 | 90,000.00 | | |
| 07/12/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Paycom Payroll, LLC | | 97,201.14 | |
| 07/12/2018 | BOOK TRANSFER TO 9863040581 | | 25.74 | |
| 07/12/2018 | BOOK TRANSFER TO 9865883327 | | 50.43 | |

PAGE 2 OF 5

# M&T Bank

FOR INQUIRIES CALL:    **HARRISBURG SPECIALIZED FINANCE**
(800) 724-6070

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| | **07/01/18 - 07/31/18** |

**GARCES RESTAURANT GROUP INC**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/12/2018 | BOOK TRANSFER TO 9865883806 | | 63.17 | 11,824.56 |
| 07/13/2018 | PNC MERCHANT DEPOSIT       373243168995 | 350.00 | | |
| 07/13/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 145.02 | | 12,319.58 |
| 07/16/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 193.40 | | 12,512.98 |
| 07/17/2018 | AUTOMATED WIRE TRANSFER CREDIT Garces Rastaurant Group | 195,000.00 | | |
| 07/17/2018 | BOOK TRANSFER FR 9865883707 | 6,583.00 | | |
| 07/17/2018 | TREATFUL PAYMENT         TREAT03502 | 958.75 | | |
| 07/17/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP 2401 Walnut | | 21,765.16 | 193,289.57 |
| 07/18/2018 | AUTOMATED WIRE TRANSFER CREDIT Garces Restaurant Group | 62,811.41 | | |
| 07/18/2018 | PNC MERCHANT DEPOSIT       373243168995 | 50.00 | | |
| 07/18/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP 3BM1 Management Service LLC | | 193.40 | 255,957.58 |
| 07/19/2018 | AUTOMATED WIRE TRANSFER CREDIT Graces Restaurant Group | 112,343.09 | | |
| 07/19/2018 | BOOK TRANSFER TO 9863040607 | | 120.95 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040607 | | 340.55 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040490 | | 1,463.73 | |
| 07/19/2018 | BOOK TRANSFER TO 9865858717 | | 1,555.04 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040573 | | 1,630.98 | |
| 07/19/2018 | BOOK TRANSFER TO 9865858717 | | 1,698.85 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040607 | | 2,313.86 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040573 | | 2,629.81 | |
| 07/19/2018 | BOOK TRANSFER TO 9865883384 | | 2,718.83 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040631 | | 2,718.83 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040490 | | 2,960.13 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040490 | | 3,815.53 | |
| 07/19/2018 | BOOK TRANSFER TO 9865858717 | | 3,976.54 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040490 | | 4,688.95 | |
| 07/19/2018 | BOOK TRANSFER TO 9865883384 | | 4,836.98 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040631 | | 4,866.37 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040607 | | 5,134.65 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040631 | | 6,815.46 | |
| 07/19/2018 | BOOK TRANSFER TO 9865858717 | | 9,433.93 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040631 | | 11,843.98 | |
| 07/19/2018 | BOOK TRANSFER TO 9865883384 | | 11,843.98 | |
| 07/19/2018 | BOOK TRANSFER TO 9863040631 | | 14,293.75 | |
| 07/19/2018 | BOOK TRANSFER TO 9865858717 | | 22,360.77 | |

**PAGE 3 OF 5**

**M&T Bank**

FOR INQUIRIES CALL:  **HARRISBURG SPECIALIZED FINANCE**
**(800) 724-6070**

| ACCOUNT TYPE | |
| --- | --- |
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| | 07/01/18 - 07/31/18 |

### GARCES RESTAURANT GROUP INC

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 07/19/2018 | BOOK TRANSFER TO 9865883384 | | 22,439.04 | |
| 07/19/2018 | BOOK TRANSFER TO 9865883384 | | 40,450.64 | 181,348.54 |
| 07/20/2018 | BOOK TRANSFER TO 9865883384 | | 1,600.00 | 179,748.54 |
| 07/23/2018 | AUTOMATED WIRE TRANSFER CREDIT<br>Garces Restaurant Group | 13,167.91 | | |
| 07/23/2018 | PNC MERCHANT DEPOSIT      373243168995 | 600.00 | | |
| 07/23/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 72.52 | | 193,588.97 |
| 07/24/2018 | TREATFUL PAYMENT      TREAT03502 | 734.75 | | |
| 07/24/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 96.73 | | |
| 07/24/2018 | BOOK TRANSFER TO 9863040490 | | 13,167.91 | 181,252.54 |
| 07/25/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP<br>3BM1 Management Service LLC | | 1,008.75 | |
| 07/25/2018 | BOOK TRANSFER TO 9865883384 | | 5,542.88 | 174,700.91 |
| 07/26/2018 | BOOK TRANSFER TO 9863040573 | | 4,340.53 | |
| 07/26/2018 | BOOK TRANSFER TO 9863040490 | | 6,823.48 | |
| 07/26/2018 | BOOK TRANSFER TO 9863040607 | | 9,219.93 | |
| 07/26/2018 | BOOK TRANSFER TO 9865858717 | | 39,114.64 | 115,202.33 |
| 07/27/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 193.40 | | |
| 07/27/2018 | DEPOSIT | 6.60 | | |
| 07/27/2018 | BOOK TRANSFER TO 61000000159287 | | 25,873.72 | 89,528.61 |
| 07/30/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 96.73 | | |
| 07/30/2018 | PNC MERCHANT DEPOSIT      373243168995 | 50.00 | | |
| 07/30/2018 | BOOK TRANSFER TO 9865883384 | | 30,819.87 | 58,855.47 |
| 07/31/2018 | TREATFUL PAYMENT      TREAT03502 | 402.25 | | |
| 07/31/2018 | AMERICAN EXPRESS SETTLEMENT 2372486704 | 145.14 | | |
| 07/31/2018 | TREATFUL PAYMENT      TREAT05619 | 43.75 | | 59,446.61 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 59 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
25 S CHARLES ST BALTIMORE MD 21201

GRG DIP

**10150 M&T Operating, Period Ending 07/31/2018**

**RECONCILIATION REPORT**

Reconciled on: 08/21/2018

Reconciled by: Harris Goldberg

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 5,245.27 |
| Checks and payments cleared (68) | -668,125.53 |
| Deposits and other credits cleared (64) | 722,326.87 |
| Statement ending balance | 59,446.61 |
| | |
| Register balance as of 07/31/2018 | 59,446.61 |
| Cleared transactions after 07/31/2018 | 0.00 |
| Uncleared transactions after 07/31/2018 | -7,314.68 |
| Register balance as of 08/21/2018 | 52,131.93 |

**Details**

Checks and payments cleared (68)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2018 | Journal | BS Rev CS | | -87,122.55 |
| 07/01/2018 | Bill Payment | 3086 | Xtra Chef | -2,460.00 |
| 07/02/2018 | Expense | | | -2,400.00 |
| 07/02/2018 | Bill Payment | | Efficient Frontier | -2,925.00 |
| 07/02/2018 | Expense | | | -600.00 |
| 07/03/2018 | Expense | | PNC Merchant Services Com… | -9.44 |
| 07/03/2018 | Expense | | PNC Merchant Services Com… | -105.99 |
| 07/03/2018 | Expense | | PNC Merchant Services Com… | -4.34 |
| 07/03/2018 | Expense | | | -400.00 |
| 07/03/2018 | Journal | TD transfer 7/2 | | -8,000.00 |
| 07/03/2018 | Expense | | Gateway | -21.90 |
| 07/03/2018 | Journal | M&T Loan Interest | | -37,039.00 |
| 07/03/2018 | Journal | V/MC/Dis Fees 7/2 | | -30.00 |
| 07/05/2018 | Bill Payment | | UPS | -28.73 |
| 07/05/2018 | Journal | Moores V/MC Fees | | -19.50 |
| 07/05/2018 | Journal | P5 Mgt Fee Credit | | -436.50 |
| 07/05/2018 | Expense | | | -200.00 |
| 07/05/2018 | Expense | | | -7,000.00 |
| 07/06/2018 | Journal | card trsf 7/6 | | -10,000.00 |
| 07/06/2018 | Journal | Moores AMEX fees | | -39.46 |
| 07/06/2018 | Expense | | | -300.00 |
| 07/06/2018 | Expense | | | -63.00 |
| 07/06/2018 | Bill Payment | wire | 2401 Walnut LP | -21,765.16 |
| 07/09/2018 | Expense | | Bank Fees | -2,117.49 |
| 07/09/2018 | Bill Payment | Wire | Dash and Love | -39,754.00 |
| 07/11/2018 | Bill Payment | | UPS | -20.59 |
| 07/11/2018 | Expense | | | -1,500.00 |
| 07/12/2018 | Journal | 07.12.18 Bank Trx | | -25.74 |
| 07/12/2018 | Journal | 07.12.18 Bank Trx | | -63.17 |
| 07/12/2018 | Journal | 07.12.18 Bank Trx | | -50.43 |
| 07/12/2018 | Journal | 07.12.18 Bank Trx | | -97,201.14 |
| 07/17/2018 | Bill Payment | 3087 | 2401 Walnut LP | -21,765.16 |
| 07/18/2018 | Journal | 07.18.18 Bank Trx | | -193.40 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -3,976.54 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -1,555.04 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -1,630.98 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -1,698.85 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -120.95 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -340.55 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -11,843.98 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -40,450.64 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -22,439.04 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -22,360.77 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -4,866.37 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -14,293.75 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -11,843.98 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -4,836.98 |
| 07/19/2018 | Journal | Catering Liq Tax Adj | | -5,542.88 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -2,718.83 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -4,688.95 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -9,433.93 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -6,815.46 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -5,134.65 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -1,463.73 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -2,718.83 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -2,629.81 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -2,313.86 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -3,815.53 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | -2,960.13 |
| 07/20/2018 | Transfer | | | -1,600.00 |
| 07/24/2018 | Journal | 07.24.18 Bank Trx | | -13,167.91 |
| 07/25/2018 | Journal | M&T to Beneficial | | -1,008.75 |
| 07/26/2018 | Journal | 07.26.18 Bank Trx | | -4,340.53 |
| 07/26/2018 | Journal | 07.26.18 Bank Trx | | -6,823.48 |
| 07/26/2018 | Journal | 07.26.18 Bank Trx | | -39,114.64 |
| 07/26/2018 | Journal | 07.26.18 Bank Trx | | -9,219.93 |
| 07/27/2018 | Expense | | | -25,873.72 |
| 07/30/2018 | Journal | 07.30.18 Bank Trx | | -30,819.87 |

| Total | | | | -668,125.53 |
|-------|--|--|--|------------:|

Deposits and other credits cleared (64)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 05/01/2018 | Journal | Balance end 5/1 | | 39,347.55 |
| 05/02/2018 | Journal | M&T true Up | | 47,775.00 |
| 07/01/2018 | Journal | Tropicana | | 25,000.00 |
| 07/02/2018 | Deposit | | | 100.00 |
| 07/02/2018 | Deposit | | | 145.20 |
| 07/03/2018 | Receive Payment | | Buena Onda Callowhill | 4,595.76 |
| 07/03/2018 | Deposit | | | 61.25 |
| 07/03/2018 | Receive Payment | | JG Domestic | 4,836.74 |
| 07/03/2018 | Receive Payment | | Distrito Pa | 15,012.06 |
| 07/03/2018 | Journal | CHUBB Payroll | | 16,331.81 |
| 07/03/2018 | Deposit | | | 766.49 |
| 07/03/2018 | Journal | AC4 Fees 7/3 | | 900.00 |
| 07/03/2018 | Journal | KOP Tsf 7/3 | | 450.00 |
| 07/03/2018 | Deposit | | | 200.00 |
| 07/03/2018 | Deposit | | | 200.00 |
| 07/05/2018 | Deposit | | | 100.00 |
| 07/06/2018 | Deposit | | | 100.00 |
| 07/06/2018 | Journal | Covering GRG Rent | | 22,000.00 |
| 07/09/2018 | Journal | 07.09.18 Deposit | | 592.00 |
| 07/09/2018 | Journal | 07.09 FUND TRANSFER | | 7,177.21 |
| 07/09/2018 | Receive Payment | | Distrito Pa | 6,946.48 |
| 07/09/2018 | Receive Payment | | Distrito Pa | 877.77 |
| 07/09/2018 | Receive Payment | | Distrito Pa | 568.86 |
| 07/09/2018 | Receive Payment | | Distrito Pa | 223.64 |
| 07/09/2018 | Receive Payment | | Tinto PA | 7,525.38 |
| 07/09/2018 | Receive Payment | | Tinto PA | 67.13 |
| 07/09/2018 | Deposit | | | 100.00 |
| 07/09/2018 | Receive Payment | | Amada PA | 7,288.51 |
| 07/09/2018 | Receive Payment | | Garces Trading Co. | 959.01 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 07/09/2018 | Receive Payment | | Volver | 1,529.63 |
| 07/09/2018 | Receive Payment | | JG Domestic | 1,534.42 |
| 07/09/2018 | Receive Payment | | Buena Onda Callowhill | 1,973.65 |
| 07/09/2018 | Receive Payment | | Olde Bar | 3,116.79 |
| 07/09/2018 | Receive Payment | | Distrito Pa | 3,577.12 |
| 07/09/2018 | Receive Payment | | GRG Chubb LLC | 3,644.25 |
| 07/09/2018 | Receive Payment | | Garces Catering Events | 6,998.88 |
| 07/10/2018 | Deposit | | | 686.75 |
| 07/10/2018 | Deposit | | | 43.75 |
| 07/10/2018 | Deposit | | | 96.73 |
| 07/10/2018 | Deposit | | | 100.00 |
| 07/11/2018 | Receive Payment | | CIGNA | 4,682.60 |
| 07/11/2018 | Deposit | | | 50.00 |
| 07/12/2018 | Journal | 07.12.18 Bank Trx | | 90,000.00 |
| 07/13/2018 | Deposit | | | 350.00 |
| 07/13/2018 | Deposit | | | 145.02 |
| 07/16/2018 | Journal | 07.16.18 Bank Trx | | 193.40 |
| 07/17/2018 | Journal | 07.17.18 Bank Trx | | 6,583.00 |
| 07/17/2018 | Journal | 07.17.18 Bank Trx | | 195,000.00 |
| 07/17/2018 | Journal | 07.17.18 Bank Trx | | 958.75 |
| 07/18/2018 | Journal | 07.18.18 Bank Trx | | 50.00 |
| 07/18/2018 | Journal | 07.18.18 Bank Trx | | 62,811.41 |
| 07/19/2018 | Journal | 07.19.18 Bank Trx | | 112,343.09 |
| 07/23/2018 | Deposit | | | 13,167.91 |
| 07/23/2018 | Deposit | | | 600.00 |
| 07/23/2018 | Deposit | | | 72.52 |
| 07/24/2018 | Deposit | | | 734.75 |
| 07/24/2018 | Deposit | | | 96.73 |
| 07/27/2018 | Deposit | | | 6.60 |
| 07/27/2018 | Deposit | | | 193.40 |
| 07/30/2018 | Deposit | | | 96.73 |
| 07/30/2018 | Deposit | | | 50.00 |
| 07/31/2018 | Deposit | | | 402.25 |
| 07/31/2018 | Deposit | | | 43.75 |
| 07/31/2018 | Deposit | | | 145.14 |

| Total | | | | 722,326.87 |
|-------|--|--|--|-----------:|

**Additional Information**

Uncleared checks and payments after 07/31/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 08/01/2018 | Expense | | | -1,697.40 |
| 08/01/2018 | Transfer | | | -3,206.62 |
| 08/03/2018 | Expense | | PNC Merchant Services Com… | -1.63 |
| 08/03/2018 | Expense | | PNC Merchant Services Com… | -8.66 |
| 08/03/2018 | Expense | | PNC Merchant Services Com… | -22.41 |
| 08/06/2018 | Journal | M&T to Beneficial 8/6 | | -887.87 |
| 08/08/2018 | Expense | | | -2,039.21 |

| Total | | | | -7,863.80 |
|-------|--|--|--|-----------:|

Uncleared deposits and other credits after 07/31/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 08/01/2018 | Deposit | | | 150.00 |
| 08/15/2018 | Journal | 08.15.18 Deposit | | 2.12 |
| 08/17/2018 | Journal | 08.17.18 Deposit | | 397.00 |

| Total | | | | 549.12 |
|-------|--|--|--|----------:|

# M&T Bank

| | |
|---|---|
| **FOR INQUIRIES CALL:** | **HARRISBURG SPECIALIZED FINANCE**<br>**(800) 724-6070** |

00   0 06845M NM  017

000000                                    N

**GARCES RESTAURANT GROUP INC**
**2401 WALNUT ST SUITE 300**
**PHILADELPHIA PA 19103**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| | **07/01/18 - 07/31/18** |

| | |
|---|---|
| **BEGINNING BALANCE** | **$18.00** |
| **DEPOSITS & CREDITS** | **38,526.49** |
| **LESS CHECKS & DEBITS** | **13,695.28** |
| **LESS SERVICE CHARGES** | **0.00** |
| **ENDING BALANCE** | **$24,849.21** |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2018 | BEGINNING BALANCE | | | $18.00 |
| 07/02/2018 | BOOK TRANSFER FR 9863040672 | $2,400.00 | | |
| 07/02/2018 | BOOK TRANSFER FR 9863040672 | 600.00 | | |
| 07/02/2018 | NCR SILVER NCR SILVER    6087559 | 189.77 | | |
| 07/02/2018 | CHECK NUMBER    10043 | | $327.72 | |
| 07/02/2018 | NCR SILVER NCR SILVER    6087533 | | 189.77 | 2,690.28 |
| 07/03/2018 | BOOK TRANSFER FR 9863040672 | 400.00 | | |
| 07/03/2018 | CHECK NUMBER    10042 | | 152.00 | |
| 07/03/2018 | CHECK NUMBER    10044 | | 2,523.93 | |
| 07/03/2018 | CHECK NUMBER    10045 | | 305.00 | |
| 07/03/2018 | AUTHNET GATEWAY BILLING    102489771 | | 36.50 | 72.85 |
| 07/05/2018 | BOOK TRANSFER FR 9863040672 | 7,000.00 | | |
| 07/05/2018 | BOOK TRANSFER FR 9863040672 | 200.00 | | |
| 07/05/2018 | CHECK NUMBER    10046 | | 4,839.74 | |
| 07/05/2018 | CHECK NUMBER    10047 | | 141.93 | |
| 07/05/2018 | CHECK NUMBER    10048 | | 285.67 | |
| 07/05/2018 | CHECK NUMBER    10050 | | 1,250.00 | |
| 07/05/2018 | NCR SILVER NCR SILVER    4970254 | | 236.52 | 518.99 |
| 07/06/2018 | BOOK TRANSFER FR 9863040672 | 300.00 | | |
| 07/06/2018 | BOOK TRANSFER FR 9863040672 | 63.00 | | 881.99 |
| 07/10/2018 | CHECK NUMBER    10054 | | 183.54 | |
| 07/10/2018 | CHECK NUMBER    10052 | | 255.17 | |
| 07/10/2018 | CHECK NUMBER    10053 | | 316.28 | 127.00 |
| 07/11/2018 | BOOK TRANSFER FR 9863040672 | 1,500.00 | | |
| 07/11/2018 | CHECK NUMBER    10055 | | 28.73 | |
| 07/11/2018 | CHECK NUMBER    10056 | | 62.29 | |
| 07/11/2018 | CHECK NUMBER    10051 | | 1,150.00 | 385.98 |
| 07/16/2018 | CHECK NUMBER    1782 | | 220.86 | 165.12 |
| 07/23/2018 | NCR SILVER NCR SILVER    7336627 | | 160.92 | 4.20 |
| 07/27/2018 | BOOK TRANSFER FR 9863040672 | 25,873.72 | | 25,877.92 |
| 07/30/2018 | VERIZON WIRELESS PAYMENTS  042368894900001 | | 154.99 | 25,722.93 |
| 07/31/2018 | CHECK NUMBER    10058 | | 873.72 | 24,849.21 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 10 | 16 | |

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**25 S CHARLES ST BALTIMORE MD 21201**

GRG DIP

**10152 M&T Controlled Disbursement, Period Ending 07/31/2018**

**RECONCILIATION REPORT**

Reconciled on: 08/21/2018

Reconciled by: Harris Goldberg

Any changes made to transactions after this date aren't included in this report.

---

| Summary | USD |
|---|---|
| Statement beginning balance | 18.00 |
| Checks and payments cleared (21) | -13,695.28 |
| Deposits and other credits cleared (11) | 38,526.49 |
| Statement ending balance | 24,849.21 |
| | |
| Uncleared transactions as of 07/31/2018 | -13,069.67 |
| Register balance as of 07/31/2018 | 11,779.54 |
| Cleared transactions after 07/31/2018 | 0.00 |
| Uncleared transactions after 07/31/2018 | -3,519.51 |
| Register balance as of 08/21/2018 | 8,260.03 |

**Details**

Checks and payments cleared (21)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/18/2018 | Bill Payment | 10042 | | -152.00 |
| 06/18/2018 | Bill Payment | 10052 | Prime Storage Westville | -255.17 |
| 06/18/2018 | Bill Payment | 10053 | Prime Storage Westville | -316.28 |
| 06/26/2018 | Bill Payment | 10043 | | -327.72 |
| 06/27/2018 | Bill Payment | 10044 | | -2,523.93 |
| 06/27/2018 | Bill Payment | 10045 | XO Communications | -305.00 |
| 06/28/2018 | Bill Payment | 10046 | | -4,839.74 |
| 07/02/2018 | Bill Payment | 10056 | | -62.29 |
| 07/02/2018 | Expense | | NCR Corporation | -189.77 |
| 07/02/2018 | Bill Payment | 10051 | HFA Bridge | -1,250.00 |
| 07/02/2018 | Bill Payment | 10048 | | -285.67 |
| 07/02/2018 | Bill Payment | 10047 | | -141.93 |
| 07/03/2018 | Expense | | | -36.50 |
| 07/05/2018 | Bill Payment | | NCR Corporation | -236.52 |
| 07/06/2018 | Bill Payment | 10054 | | -183.54 |
| 07/06/2018 | Bill Payment | 10055 | | -28.73 |
| 07/10/2018 | Bill Payment | 10051 | Parkway Corpoation | -1,150.00 |
| 07/16/2018 | Expense | | | -220.86 |
| 07/23/2018 | Expense | | NCR Corporation | -160.92 |
| 07/27/2018 | Bill Payment | 10058 | | -873.72 |
| 07/30/2018 | Expense | | Verizon | -154.99 |

| Total | | | | -13,695.28 |
|---|---|---|---|---|

Deposits and other credits cleared (11)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2018 | Expense | | | 2,400.00 |
| 07/02/2018 | Expense | | | 600.00 |
| 07/02/2018 | Deposit | | NCR Corporation | 189.77 |
| 07/03/2018 | Expense | | | 400.00 |
| 07/05/2018 | Expense | | | 7,000.00 |
| 07/05/2018 | Expense | | | 200.00 |
| 07/06/2018 | Expense | | | 63.00 |
| 07/06/2018 | Expense | | | 300.00 |
| 07/10/2018 | Bill Payment | 10057 | Parkway Corpoation | 0.00 |
| 07/11/2018 | Expense | | | 1,500.00 |
| 07/27/2018 | Expense | | | 25,873.72 |

| Total | | | | | 38,526.49 |

**Additional Information**

Uncleared checks and payments as of 07/31/2018

| DATE | TYPE | REF NO. | | PAYEE | AMOUNT (USD) |
|------|------|---------|--|-------|--------------|
| 06/08/2018 | Bill Payment | 10068 | | One Source Imaging Solution… | -3,475.67 |
| 07/27/2018 | Bill Payment | 10059 | | Ceisler Media and Issue Advo… | -25,000.00 |
| 07/30/2018 | Bill Payment | 10064 | | Neil LeBude | -52.00 |
| 07/30/2018 | Bill Payment | 10065 | | Weber Gallagher Simpson Sta… | -857.50 |
| 07/30/2018 | Bill Payment | 10060 | | Dunbar Armored Inc. | -13.74 |
| 07/30/2018 | Bill Payment | 10061 | | Freeman Law Offices | -1,105.00 |
| 07/30/2018 | Bill Payment | 10063 | | NCR Corporation | -2,597.72 |
| 07/30/2018 | Bill Payment | 10062 | | | -204.47 |
| Total | | | | | -33,306.10 |

Uncleared deposits and other credits as of 07/31/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/01/2018 | Journal | Balance end 5/1 | | 20,236.43 |
| 06/15/2018 | Bill Payment | 10050 | Parkway Corpoation | 0.00 |
| Total | | | | 20,236.43 |

Uncleared checks and payments after 07/31/2018

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/01/2018 | Check | Trans to Benef | | -1,697.40 |
| 08/07/2018 | Bill Payment | 10067 | GRGDC2LLC | -1,822.11 |
| Total | | | | -3,519.51 |

In re: Garces Restaurant Group, Inc.                                                    **Case No. 18-19054 (JNP)**

**Debtor**                                                                    Reporting Period: <u>**07/03/2018 to 07/31/2018**</u>

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Porzio, Bromberg & Newman P.C. | Note 1 | | Debtor | WIRE | 5/15/2018 | 115,000.00 | 0.00 | 115,000.00 | 0.00 |
| Porzio, Bromberg & Newman P.C. | Note 1 | | Debtor | WIRE | 6/14/2018 | 160,000.00 | 0.00 | 275,000.00 | 0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**1. Professional fee fund to be held in escrow on behalf of all professionals.**

In re: Garces Restaurant Group, Inc.                                        **Case No. 18-19054 (JNP)**
**Debtor**                                     **Reporting Period:**       **07/03/2018 to 07/31/2018**

# STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ | $ |
| Less:  Returns and Allowances | | |
| Net Revenue | $ | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Garces Restaurant Group, Inc.                                    Case No. 18-19054 (JNP)
Debtor                                                   Reporting Period: 07/03/2018 to 07/31/2018

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) * | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | | |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | | |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | | |
| **TOTAL ASSETS** | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| *TOTAL LIABILITIES* | | |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Parters' Draw | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | |

In re: Garces Restaurant Group, Inc.                                      Case No. 18-19054 (JNP)
**Debtor**                                  **Reporting Period:  07/03/2018 to 07/31/2018**

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding * | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

\* Includes all withholdings.

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: Note Payable | | | | | | |
| **Total Postpetition Debts** | | | | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Garces Restaurant Group, Inc.
Debtor

Case No. 18-19054 (JNP)
Reporting Period: <u>07/03/2018 to 07/31/2018</u>

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected/adjusted during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s). | | X |