UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re: Garces Restaurant Group, Inc.  
Debtor

Case No. 18-19054 (JNP)  
Reporting Period:   08/01/2018 to 08/31/2018

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | N/A | | |
|   Schedule of Professional Fees Paid | MOR-1b | N/A | | |
|   Copies of bank statements | | X | | |
|   Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
|   Copies of IRS Form 6123 or payment receipt | | | | |
|   Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
|   Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  
Signature of Debtor

_____  
Date

_____  
Signature of Joint Debtor

_____  
Date

_/s/ Jose Garces_____  
Signature of Authorized Individual*

**10/17/18**  
Date

Jose Garces  
Printed Name of Authorized Individual

Managing Member  
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR (04/07)

Case 18-19054-JNP    Doc 489    Filed 10/23/18    Entered 10/23/18 16:30:57    Desc Main
Document    Page 2 of 11

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| In re: Garces Restaurant Group, Inc. | | | | | | Case No. 18-19054 (JNP) | |
| Debtor | | | | | | Reporting Period: 08/01/2018 to 08/31/2018 | |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|
| | M&T Operating | M&T Controlled Disb. | M&T Utilities | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | **$59,446.61** | **$15,255.21** | **$0.00** | **$74,701.82** | | **$159,836.04** | |
| **RECEIPTS** | | | | | | | |
| MGT INCOME | | | | - | | 152,678.74 | |
| GIFT CARD SALES | | | | - | | 19,594.78 | |
| LOANS AND ADVANCES | | | | - | | - | |
| NET BUYER ACTIVITY * | 6,410.75 | | | 6,410.75 | | 4,671.83 | |
| OTHER | | | | - | | 39,761.25 | |
| SALE PROCEEDS ** | | | | - | | 383,322.41 | |
| OTHER INTERCOMPANY | | | | - | | 123,998.74 | |
| TRANSFERS (FROM DIP ACCTS) | 79.85 | 10,515.52 | | 10,595.37 | | 1,579,756.81 | |
| **TOTAL RECEIPTS** | **$6,490.60** | **$10,515.52** | **$0.00** | **$17,006.12** | | **$2,303,784.56** | |
| **DISBURSEMENTS** | | | | | | | |
| NET PAYROLL | | | | - | | 596,398.60 | |
| EMPLOYEE BENEFITS | | | | - | | 243,473.36 | |
| SALES, USE, & OTHER TAXES | | | | - | | 1,454.00 | |
| FOOD AND BEVERAGE | | | | - | | 3,276.28 | |
| SECURED/ RENTAL/ LEASES | | | | - | | 139,373.04 | |
| OVER 30 DAYS A/P | | | | | | | |
| INSURANCE | | | | - | | 151,101.67 | |
| ADMINISTRATIVE | | | | - | | 27,686.27 | |
| UTILITIES | | | | - | | 3,117.18 | |
| DEBIT CARD FUNDING | | | | - | | 308,000.00 | |
| OTHER | | 25,770.73 | | 25,770.73 | | 62,935.36 | |
| TRANSFERS (TO DIP ACCTS) | 16,562.54 | | | 16,562.54 | | 536,959.03 | |
| BANK CHARGES | | | | - | | 7,214.51 | |
| AMEX LOAN | | | | - | | - | |
| OTHER PROFESSIONALS | 4,898.20 | | | 4,898.20 | | 29,898.20 | |
| OTHER INTERCOMPANY | | | | - | | 633.63 | |
| PROFESSIONAL FEES | | | | - | | 275,000.00 | |
| U.S. TRUSTEE QUARTERLY FEES | | | | - | | - | |
| COURT COSTS | | | | - | | 32,623.00 | |
| ATTORNEY ESCROW | 41,714.20 | | | 41,714.20 | | 41,714.20 | |
| TURNOVER TO BUYER | 2,762.27 | | | 2,762.27 | | 2,762.27 | |
| **TOTAL DISBURSEMENTS** | **65,937.21** | **25,770.73** | **-** | **91,707.94** | | **2,463,620.60** | |
| **NET CASH FLOW** | **($59,446.61)** | **($15,255.21)** | **$0.00** | **($74,701.82)** | | **($159,836.04)** | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | |
| **CASH - END OF MONTH** | **($0.00)** | **$0.00** | **$0.00** | **$0.00** | | **$0.00** | |

\* Amounts represent the net activity of funds collected and disbursed on behalf of the buyer due to issues with transitioning accounts. As of July 31, the Debtor was still in process of a final reconciliation. The turnover of funds to the buyer will be represented in the August Monthly Operating Report.

\*\* Transferred from Attorney Escrow

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | **$91,707.94** |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | (16,562.54) |
| LESS: TURNOVER TO BUYER | (2,762.27) |
| LESS: TRANSFER TO ATTORNEY ESCROW * | (41,714.20) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $72,243.84 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | **$102,912.77** |

\* Funds transferred to escrow account controlled by Porzio, Bromberg & Newman P.C.

FORM MOR-1
(04/07)

**In re: Garces Restaurant Group, Inc.**  **Case No. 18-19054 (JNP)**
**Debtor**  **Reporting Period:** 08/01/2018 to 08/31/2018

**Summary of Disbursements Made by Outside Sources**

| Date | Amount | Description |
|---|---|---|
| 8/22/2018 | $6,175.00 | US Trustee Fees |
| 8/29/2018 | $54,461.00 | US Trustee Fees |
| 8/31/2018 | $11,607.84 | Payment to Liberty Coca Cola |
| | **$72,243.84** | **Total Disbursements Made by Outside Sources** |

# M&T Bank

| FOR INQUIRIES CALL: | HARRISBURG SPECIALIZED FINANCE |
|---|---|
| | (800) 724-6070 |

00    0 06845M NM  017

000000                                            P

GARCES RESTAURANT GROUP INC
2401 WALNUT ST
SUITE300
PHILADELPHIA PA 19103

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| | 08/01/18 - 08/31/18 |
| BEGINNING BALANCE | $59,446.61 |
| DEPOSITS & CREDITS | 8,563.51 |
| LESS CHECKS & DEBITS | 65,970.91 |
| LESS SERVICE CHARGES | 2,039.21 |
| ENDING BALANCE | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2018 | BEGINNING BALANCE | | | $59,446.61 |
| 08/01/2018 | PNC MERCHANT DEPOSIT         373243168995 | $150.00 | | |
| 08/01/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP 3BM1 Management Service LLC | | $1,697.40 | |
| 08/01/2018 | BOOK TRANSFER TO 9863040573 | | 3,206.62 | 54,692.59 |
| 08/03/2018 | PNC MERCHANT DISCOUNT        373243168995 | | 1.63 | |
| 08/03/2018 | PNC MERCHANT FEE            373243168995 | | 8.66 | |
| 08/03/2018 | PNC MERCHANT INTERCHNG       373243168995 | | 22.41 | 54,659.89 |
| 08/06/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP 3BM1 Management Service LLC | | 887.87 | |
| 08/06/2018 | BOOK TRANSFER TO 61000000159287 | | 3,000.00 | 50,772.02 |
| 08/07/2018 | TREATFUL PAYMENT        TREAT03502 | 133.25 | | |
| 08/07/2018 | TREATFUL PAYMENT        TREAT05619 | 43.75 | | |
| 08/07/2018 | BOOK TRANSFER TO 61000000159287 | | 1,822.11 | 49,126.91 |
| 08/08/2018 | Streamline HR, L Remit1707 | 5,287.08 | | |
| 08/08/2018 | DEPOSIT | 2,470.46 | | |
| 08/08/2018 | SERVICE CHARGE FOR ACCOUNT 000009863040672 | | 2,039.21 | 54,845.24 |
| 08/09/2018 | BOOK TRANSFER TO 9865883277 | | 5.48 | |
| 08/09/2018 | BOOK TRANSFER TO 9865882915 | | 23.66 | |
| 08/09/2018 | BOOK TRANSFER TO 9865883707 | | 52.39 | |
| 08/09/2018 | BOOK TRANSFER TO 9865883327 | | 75.54 | |
| 08/09/2018 | BOOK TRANSFER TO 9865883806 | | 78.05 | |
| 08/09/2018 | BOOK TRANSFER TO 9863040581 | | 91.02 | |
| 08/09/2018 | BOOK TRANSFER TO 9865883814 | | 92.70 | |
| 08/09/2018 | BOOK TRANSFER TO 61000000159287 | | 1,000.00 | 53,426.40 |
| 08/10/2018 | BOOK TRANSFER FR 9865883848 | 13.74 | | |
| 08/10/2018 | BOOK TRANSFER TO 61000000159287 | | 1,217.74 | |
| 08/10/2018 | BOOK TRANSFER TO 9865883756 | | 1,500.00 | 50,722.40 |
| 08/15/2018 | DEPOSIT | 2.12 | | |
| 08/15/2018 | BOOK TRANSFER TO 9863040649 | | 572.56 | |
| 08/15/2018 | BOOK TRANSFER TO 61000000159287 | | 3,475.67 | 46,676.29 |
| 08/16/2018 | BOOK TRANSFER TO 9865883756 | | 350.00 | 46,326.29 |
| 08/17/2018 | DEPOSIT | 397.00 | | 46,723.29 |
| 08/21/2018 | BOOK TRANSFER FR 9863040649 | 66.11 | | 46,789.40 |

PAGE 1 OF 3

**M&T Bank**

| FOR INQUIRIES CALL: | HARRISBURG SPECIALIZED FINANCE (800) 724-6070 | | ACCOUNT TYPE |
|---|---|---|---|
| | | | CORPORATE CHECKING |
| | | ACCOUNT NUMBER | STATEMENT PERIOD |
| | | | 08/01/18 - 08/31/18 |

**GARCES RESTAURANT GROUP INC**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/22/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Turnaround Advisors LLC | | 4,898.20 | |
| | | | | 41,891.20 |
| 08/23/2018 | OUTGOING FEDWIRE TRANSFER AUTO NON REP 3BM1 Management Service LLC | | 177.00 | |
| | | | | 41,714.20 |
| 08/27/2018 | CLOSEOUT | | 41,714.20 | 0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 9 | 0 | |

PAGE 2 OF 3

MANUFACTURERS AND TRADERS TRUST COMPANY
25 S CHARLES ST BALTIMORE MD 21201

# M&T Bank

| FOR INQUIRIES CALL: | HARRISBURG SPECIALIZED FINANCE (800) 724-6070 |
|---|---|

00   0 06845M NM  017

000000                                               P

GARCES RESTAURANT GROUP INC
2401 WALNUT ST SUITE 300
PHILADELPHIA PA 19103

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| | 08/01/18 - 08/31/18 |
| BEGINNING BALANCE | $24,849.21 |
| DEPOSITS & CREDITS | 10,515.52 |
| LESS CHECKS & DEBITS | 35,364.73 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2018 | BEGINNING BALANCE | | | $24,849.21 |
| 08/01/2018 | CHECK NUMBER    10061 | | $1,105.00 | 23,744.21 |
| 08/02/2018 | CHECK NUMBER    10062 | | 204.47 | 23,539.74 |
| 08/03/2018 | CHECK NUMBER    10059 | | 25,000.00 | |
| 08/03/2018 | CHECK NUMBER    10060 | | 13.74 | (1,474.00) |
| 08/06/2018 | BOOK TRANSFER FR 9863040672 | $3,000.00 | | |
| 08/06/2018 | CHECK NUMBER    10065 | | 857.50 | |
| 08/06/2018 | NCR SILVER NCR SILVER    4484106 | | 236.52 | 431.98 |
| 08/07/2018 | BOOK TRANSFER FR 9863040672 | 1,822.11 | | |
| 08/07/2018 | CHECK NUMBER    10063 | | 2,597.72 | |
| 08/07/2018 | CHECK NUMBER    10064 | | 52.00 | (395.63) |
| 08/09/2018 | BOOK TRANSFER FR 9863040672 | 1,000.00 | | |
| 08/09/2018 | CHECK NUMBER    10067 | | 1,822.11 | (1,217.74) |
| 08/10/2018 | BOOK TRANSFER FR 9863040672 | 1,217.74 | | 0.00 |
| 08/15/2018 | BOOK TRANSFER FR 9863040672 | 3,475.67 | | 3,475.67 |
| 08/22/2018 | CHECK NUMBER    10068 | | 3,475.67 | 0.00 |
| 08/27/2018 | CLOSEOUT | | 0.00 | 0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 5 | 9 | |

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
25 S CHARLES ST BALTIMORE MD 21201

**In re: Garces Restaurant Group, Inc.**          Case No. 18-19054 (JNP)
**Debtor**          Reporting Period: **08/01/2018 to 08/31/2018**

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Porzio, Bromberg & Newman P.C. | Note 1 | | Debtor | WIRE | 5/15/2018 | 115,000.00 | 0.00 | 115,000.00 | 0.00 |
| Porzio, Bromberg & Newman P.C. | Note 1 | | Debtor | WIRE | 6/14/2018 | 160,000.00 | 0.00 | 275,000.00 | 0.00 |

**1. Professional fee fund to be held in escrow on behalf of all professionals.**

FORM MOR-1b
(04/07)

**In re: Garces Restaurant Group, Inc.**  
**Debtor**  

**Reporting Period:**  

Case No. 18-19054 (JNP)  
08/01/2018 to 08/31/2018  

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ | $ |
| Less: Returns and Allowances | | |
| Net Revenue | $ | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2  
(04/07)

In re: Garces Restaurant Group, Inc.  
**Debtor**

Case No. 18-19054 (JNP)  
Reporting Period: **08/01/2018 to 08/31/2018**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) * | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| **TOTAL CURRENT ASSETS** | | |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| **TOTAL PROPERTY & EQUIPMENT** | | |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| **TOTAL OTHER ASSETS** | | |
| **TOTAL ASSETS** | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| **TOTAL POSTPETITION LIABILITIES** | | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| **TOTAL PRE-PETITION LIABILITIES** | | |
| **TOTAL LIABILITIES** | | |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Parters' Draw | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| **NET OWNER EQUITY** | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | |

FORM MOR-3  
(04/07)

| In re: Garces Restaurant Group, Inc. | Case No. 18-19054 (JNP) |
|---|---|
| Debtor | Reporting Period: 08/01/2018 to 08/31/2018 |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding * | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

* Includes all withholdings.

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: Note Payable | | | | | | |
| **Total Postpetition Debts** | | | | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**In re: Garces Restaurant Group, Inc.**  **Case No. 18-19054 (JNP)**
Debtor **Reporting Period: 08/01/2018 to 08/31/2018**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected/adjusted during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). | | X |

FORM MOR-5
(04/07)