| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)<br>Kelly D. Curtin, Esq. (kdcurtin@pbnlaw.com)<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br>*Counsel to Debtors* |
| In Re:<br><br>Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.*,[1]<br><br>Debtors. |

Case No.: 18-19054 (JNP)

(Jointly Administered)

Chapter: 11

**Hearing Date and Time:**
**November 1, 2018 at 10:00 a.m.**

### NOTICE OF AGENDA OF ALL MATTERS SCHEDULED
### FOR HEARING ON NOVEMBER 1, 2018 AT 10:00 A.M. (EST)

**I. CONTESTED MATTERS GOING FORWARD**

1. CohnReznick Capital Markets Securities, LLC's Consolidated First and Final Application for Compensation for the period from May 2, 2018 to August 1, 2018, as Investment Banker for the Debtors [ECF No. 420]

    Objection / Response Deadline:  September 20, 2018

    Objections / Response Received:
    i. M&T Bank's Limited Objection to First Interim Fee Application of CohnReznick Capital Markets Securities, LLC, as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses [ECF No. 437]
    ii. Objection for the Official Committee of Unsecured Creditors to the Consolidated First and Final Application of CohnReznick Capital Markets Securities, LLC, as Investment Banker to the Debtors for Allowance of Compensation and

---

[1] The Debtors in these cases and the last four digits of their employee identification numbers are: GRGAC1, LLC d/b/a Amada (7047); GRGAC2, LLC d/b/a Village Whiskey (7079); GRGAC3, LLC d/b/a Distrito Cantina (7109); GRGAC4, LLC (0542); Garces Restaurant Group, Inc. d/b/a Garces Group (0697); Latin Valley 2130, LLC; La Casa Culinary, LLC d/b/a Amada Restaurant (4127); Garces Catering 300, LLC d/b/a Garces Catering (3791); Latin Quarter Concepts, LLC d/b/a Tinto d/b/a Village Whiskey (0067); UrbanFarm, LLC d/b/a JG Domestic (3014); GR300, LLC d/b/a Volver (0347); GRG2401, LLC (7222); GRGChubb1, LLC (8350); GRGKC1, LLC; GRGWildwood, LLC (9683); and GRGNY2, LLC (0475); GRGDC2, LLC d/b/a Latin Market (8878); GRGBookies, LLC d/b/a The Olde Bar (4779); and GRGAC5,LLC (9937).

4075564

      Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 2, 2018 to August 1, 2018. [ECF No. 448 & 457]

iii. Objection of the Acting United States Trustee to Consolidates First and Final Application of ConhReznick Capital Markets Securities, LLC, as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 2, 2018 to August 1, 2018. [ECF No. 450]

Related Documents:

i. Certification of Jeffrey R. Manning, CTP In Reply to the Objection of the Acting United States Trustee to Consolidated First and Final Application of CohnReznick Capital Markets Securities, LLC [ECF No. 463]

ii. Certification of Edward A. Phillips, CPA/CFF, CTP, CIRA, CFE, And Ryan W. Farley, CPA/CIRA In Further Support Of Professionals' Fee Applications [ECF No. 465]

iii. CohnReznick Capital Market Securities, LLC's Omnibus Reply to Objection to the Fee Request and Reservation of Rights to Seek Attorneys' Fees [ECF No. 468]

**Status:** *This matter will go forward*

## II. SETTLED CONTESTED MATTERS

1. Debtors' Second Omnibus Motion (I) Objecting To Priority And Administrative Claims [Late Filed And/Or Duplicates And/Or Incorrectly Classified], And (II) Objecting To Unsecured Claims [Late Filed] [ECF No. 474]

Objections / Responses Deadline: October 25, 2018

Objections / Responses Received:
- Response Of South Jersey Party Rentals, LLC To Second Omnibus Motion (I) Objecting To Priority And Administrative Claims [Late Filed And/Or Duplicates And/Or Incorrectly Classified], And (Ii) Objecting To Unsecured Claims [ECF No. 490];
- Response Of Creditor Baldor Specialty Foods, Inc., To Debtors' Second Omnibus Motion (I) Objecting To Priority And Administrative Claims [Late Filed And/Or Duplicates And/Or Incorrectly Classified], And (Ii) Objecting To Unsecured Claims [Late Filed] [ECF No. 491];
- Objection By Chefs' Warehouse, Inc. To The Debtors' Second Omnibus Motion Objecting To Claims [ECF No. 492]

4075564

**Status**:   *This matter will not go forward.  All objections have been resolved or are anticipated to be resolved shortly.  The Debtors will be submitting an updated proposed form of Order reflecting settlements reached or to be reached with South Jersey Party Rentals, LLC, Baldor Specialty Foods, Inc. and Chef's Warehouse, Inc.*

Dated: October 30, 2018               Respectfully submitted,

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Counsel to the Debtors*

By:     */s/ Warren J. Martin Jr.*
         Warren J. Martin Jr.

4075564