| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)<br>Kelly D. Curtin, Esq. (kdcurtin@pbnlaw.com)<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br>Christopher P. Mazza, Esq. (cpmazza@pbnlaw.com)<br>*Counsel to the Debtors* | |
| In Re:<br><br>Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.*,[1]<br><br>Debtors. | Case No.: 18-19054 (JNP)<br><br>(Jointly Administered)<br><br>Chapter: 11<br><br>**Hearing Date and Time: TBD** |

**Order Filed on November 30, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

**ORDER GRANTING DEBTORS' MOTION TO (I) PAY CERTAIN UNDISPUTED ADMINISTRATIVE AND PRIORITY CLAIMS AND (II) OBJECTING TO CERTAIN DISPUTED ADMINISTRATIVE, PRIORITY, AND/OR UNSECURED CLAIMS**

The relief set forth on the following page, numbered two (2), is **ORDERED**.

**DATED: November 30, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

---

[1] The Debtors in these cases and the last four digits of their employee identification numbers are: GRGAC1, LLC d/b/a Amada (7047); GRGAC2, LLC d/b/a Village Whiskey (7079); GRGAC3, LLC d/b/a Distrito Cantina (7109); GRGAC4, LLC (0542); Garces Restaurant Group, Inc. d/b/a Garces Group (0697); Latin Valley 2130, LLC; La Casa Culinary, LLC d/b/a Amada Restaurant (4127); Garces Catering 300, LLC d/b/a Garces Catering (3791); Latin Quarter Concepts, LLC d/b/a Tinto d/b/a Village Whiskey (0067); UrbanFarm, LLC d/b/a JG Domestic (3014); GR300, LLC d/b/a Volver (0347); GRG2401, LLC (7222); GRGChubb1, LLC (8350); GRGKC1, LLC; GRGWildwood, LLC (9683); GRGNY2, LLC (0475); GRGDC2, LLC d/b/a Latin Market (8878); GRGBookies, LLC d/b/a The Olde Bar (4779); and GRGAC5, LLC (9937).

4072277

Page 2
Debtor: Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.*
Case No.: 18-19054 (JNP)
Caption: MOTION TO (I) PAY CERTAIN UNDISPUTED ADMINISTRATIVE AND PRIORITY CLAIMS AND (II) OBJECTING TO CERTAIN DISPUTED ADMINISTRATIVE, PRIORITY, AND/OR UNSECURED CLAIMS

**THIS MATTER**, having been presented to this Court upon the Debtors' Motion To (I) Pay Certain Undisputed Administrative And Priority Claims And (II) Objecting To Certain Disputed Administrative, Priority, And/Or Unsecured Claims (the "Motion")[2] and the Court having jurisdiction to hear and determine this matter under 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding under 28 U.S.C. § 157(b); and venue of these cases and this matter in this District being proper under 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion, the Certification of Warren J. Martin, Jr. in Support of the Motion, and any responses thereto; and proper notice of the Motion having been provided; and the relief requested by the Motion being in the best interests of the Debtors' estates, their creditors, and all other parties in interest; and after due deliberation, and sufficient cause appearing; therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized but not directed to pay the Undisputed Claims set forth in **Exhibit A** to this order.

3. The Claims listed on **Exhibit B** hereto are expunged or modified as set forth therein.

4. Nothing in this Order shall prejudice any of the rights, claims, or defenses of Baldor Specialty Foods, Inc. that were reserved in that *Order Granting the Debtors' Second Omnibus Motion (I) Objecting to Priority and Administrative Claims [Late Filed and/or*

---

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to those terms in the memorandum of law submitted in support of the Motion.

Page        3
Debtor:     Garces Restaurant Group, Inc., d/b/a Garces Group, *et al.*
Case No.:   18-19054 (JNP)
Caption:    MOTION TO (I) PAY CERTAIN UNDISPUTED ADMINISTRATIVE AND PRIORITY CLAIMS AND (II) OBJECTING TO CERTAIN DISPUTED ADMINISTRATIVE, PRIORITY, AND/OR UNSECURED CLAIMS

*Duplicates and/or Incorrectly Classified], and (II) Objecting to Unsecured Claims [Late Filed]*, dated November 13, 2018 [ECF No. 503].

5.  The Debtors are authorized to take any action necessary or appropriate to implement this Order and give effect to the relief granted herein.

6.  The Court retains jurisdiction to hear and determine any matter arising from or related to the Motion or this Order, including its interpretation, enforcement, or implementation.

# EXHIBIT A

Exhibit A

Undisputed Administrative and Priority Claims

| Claim Number | Claim Filed | Creditor Name | Priority/ Taxes | 503(b)(9) | General Admin | Total | Debtor |
|---|---|---|---|---|---|---|---|
| 13 | 7/17/2018 | Ashley Foods | | $14,318.07 | | $14,318.07 | Garces Restaurant Group, Inc. |
| 1 | 7/30/2018 | City of Philadelphia | $60,552.25 | | | $60,552.25 | Garces Restaurant Group, Inc. |
| 31 | 7/26/2018 | City of Philadelphia | $1,108.59 | | | $1,108.59 | Garces Restaurant Group, Inc. |
| 5 | 6/27/2018 | Department of Treasury - IRS | $600.00 | | | $600.00 | Garces Restaurant Group, Inc. |
| 1 | 6/22/2018 | Department of Treasury - IRS | $1,251.97 | | | $1,251.97 | GR300 LLC |
| 2 | 6/5/2018 | Department of Treasury - IRS | $400.00 | | | $400.00 | GRGAC1 LLC |
| 2 | 6/22/2018 | Department of Treasury - IRS | $400.00 | | | $400.00 | GRGAC2 LLC |
| 2 | 6/22/2018 | Department of Treasury - IRS | $400.00 | | | $400.00 | GRGAC3 LLC |
| 2 | 6/26/2018 | Department of Treasury - IRS | $400.00 | | | $400.00 | GRGBookies LLC |
| 1 | 6/25/2018 | Department of Treasury - IRS | $400.00 | | | $400.00 | La Casa Culinary LLC |
| 1 | 6/25/2018 | Department of Treasury - IRS | $400.00 | | | $400.00 | Latin Quarters Concepts LLC |
| 1 | 7/18/2018 | Dunbar Armored Inc. | | | $466.26 | $466.26 | GRG2401 LLC |
| 4 | 6/28/2018 | Ecotek, LLC | | | $170.00 | $170.00 | GRGBookies LLC |
| 3 | 7/9/2018 | Ecotek, LLC | | | $362.50 | $362.50 | Latin Quarters Concepts LLC |
| 7 | 06/292018 | First Choice Food Distributors | | | $22,500.00 | $22,500.00 | Garces Restaurant Group, Inc. |
| 14 | 6/28/2018 | GDI Services, Inc. | | | $7,683.37 | $7,683.37 | Garces Restaurant Group, Inc. |
| 28 | 7/23/2018 | Metropolitan Bakeri | | | $2,638.65 | $2,638.65 | Garces Restaurant Group, Inc. |
| 3 | 6/29/2018 | NJ Department of Labor | $569.35 | | | $569.35 | GRGAC2 LLC |
| 3 | 6/29/2018 | NJ Department of Labor | $295.54 | | | $295.54 | GRGAC3 LLC |
| 2 | 6/27/2018 | Pennsylvania Dept of Revenue | $6,171.47 | | | $6,171.47 | Garces Catering 300 LLC |
| 2 | 6/27/2018 | Pennsylvania Dept of Revenue | $461.86 | | | $461.86 | GR300 LLC |
| 15 | 9/26/2018 | Pennsylvania Dept of Revenue | $13,970.80 | | | $13,970.80 | GRGBookies LLC |
| 2 | 6/27/2018 | Pennsylvania Dept of Revenue | $8,028.63 | | | $8,028.63 | La Casa Culinary LLC |
| 2 | 6/27/2018 | Pennsylvania Dept of Revenue | $7,802.84 | | | $7,802.84 | Latin Quarters Concepts LLC |
| 2 | 6/27/2018 | Pennsylvania Dept of Revenue | $3,028.91 | | | $3,028.91 | Urbanfarm LLC |
| 39 | 8/23/2018 | South Jersey Rentals, Inc. | | | $15,000.00 | $15,000.00 | Garces Restaurant Group, Inc. |
| 12 | 9/18/2018 | State of New Jersey Division of Taxation | $571.91 | | | $571.91 | GRGAC1 LLC |
| 10 | 9/18/2018 | State of New Jersey Division of Taxation | $501.71 | | | $501.71 | GRGAC2 LLC |
| 12 | 9/18/2018 | State of New Jersey Division of Taxation | $983.99 | | | $983.99 | GRGAC3 LLC |
| | | | $108,299.82 | $14,318.07 | $48,820.78 | $171,438.67 | |

4076831

# EXHIBIT B

**EXHIBIT B**

| NAME | CLAIM TO BE EXPUNGED/ MODIFIED | CLAIM CLASSIFICATION | CASE NO. | SCHEDULED AND/OR FILED CLAIMS AMOUNT | BASES FOR OBJECTION | REMAINING AMOUNT/ CLASSIFICATION |
|---|---|---|---|---|---|---|
| Baker Street Bread Co. | Schedule F | General Unsecured | 18-19055 | $3,201.95 | Waived as part of settlement agreement | $0.00 |
| Baker Street Bread Co. | Schedule F | General Unsecured | 18-19059 | $104.38 | Waived as part of settlement agreement | $0.00 |
| Baker Street Bread Co. | Schedule F | General Unsecured | 18-19060 | $10,460.14 | Waived as part of settlement agreement | $0.00 |
| Baker Street Bread Co. | Schedule F | General Unsecured | 18-19069 | $1,753.26 | Waived as part of settlement agreement | $0.00 |
| Delong Service Co. | 26 | Administrative | 18-19054 | $725.50 | Claim is for services provided to a Debtor, therefore provisions of 11 U.S.C. § 503(b)(9) pertaining to goods received by Debtor during 20 days prior to Petition Date is inapplicable. | $725.50 (General Unsecured) |
| Ecotek, LLC | 10 | Administrative | 18-19054 | $280.00 | Claim is for services provided to non-Debtor, Garces Trading – Union Gourmet, and should be expunged. | $0.00 |
| Ecotek, LLC | 4 | Administrative | 18-19050 | $900.00 | Claim is for services provided to non-Debtor, Distrito (PA), and should be expunged. | $0.00 |
| Featherstone Foods, Inc. | 49 | General Unsecured | 18-19054 | $22,619.46 | Waived as part of settlement agreement | $0.00 |
| First Choice Food Distributors | 7 | General Unsecured | 18-19054 | $80,315.72 | Claim is for goods provided to three non-Debtor entities and one Debtor (Amada). | $22,500 (Administrative) |
| Neil Lebude | 15 | Administrative | 18- | $1,170.00 | Claim already | $0.00 |

4079656

**EXHIBIT B**

| NAME | CLAIM TO BE EXPUNGED/ MODIFIED | CLAIM CLASSIFICATION | CASE NO. | SCHEDULED AND/OR FILED CLAIMS AMOUNT | BASES FOR OBJECTION | REMAINING AMOUNT/ CLASSIFICATION |
|---|---|---|---|---|---|---|
| | | | 19054 | | paid in full | |
| Quad656 LLC | 18 | General Unsecured | 18-19054 | $6,117.55 | Waived as part of settlement agreement | $0.00 |
| Vero Water, Inc. | 11 | Administrative | 18-19054 | $3,024.00 | Claim is for accelerated balance of lease agreement for water filtration systems  The property utilizing the filtration systems closed prior to the Petition Date. Furthermore, there is no basis for administrative priority, nor has Vero Water asserted a basis for claiming administrative priority. | $3,024.00 (General Unsecured) |
| W.B. Mason Co. Inc. | 9 | $573.02 (503(b)(9))  $196.96 (Administrative) | 18-19054 | $769.98 | This Proof of Claim related to four separate entities.  One entity (Distrito PA), accounting for $132.99 of the filed claim, is a non-Debtor and should be expunged.  The portion of the claim pertaining to Debtor Garces Restaurant Group claims 503(b)(9) and post-petition administrative priority, but the proof submitted shows services provided in May and June of *2017*, not 2018, and are not | $362.29 (503(b)(9))  $274.70 (General Unsecured) |

## **EXHIBIT B**

| NAME | CLAIM TO BE EXPUNGED/ MODIFIED | CLAIM CLASSIFICATION | CASE NO. | SCHEDULED AND/OR FILED CLAIMS AMOUNT | BASES FOR OBJECTION | REMAINING AMOUNT/ CLASSIFICATION |
|---|---|---|---|---|---|---|
| | | | | | entitled to administrative priority. The Debtors do not contest $362.29 of asserted 503(b)(9) claims related to Debtors Latin Quarter Concepts, LLC and La Casa Culinary, LLC. | |

4079656